UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

Shakir Maris Abdullah
      Plaintiff,

  V,

Francis A. Ford Et. AL
     Defendants.

# 05-11539DPW

## MOTION TO WAIVE FILING FEES AND COSTS

Now comes the Plaintiff, Shakir Maris Abdullah, in the above captioned matter and respectfully moves the Court to waive __all__ filing fees and costs in any-way related to the filing of this matter.

The Plaintiff states that he is a Prisoner of the Commonwealth of Massachusetts Department of Correction at its Old Colony Correctional Center at One Administration Road at Bridgewater, MA. 02324 and that he is an Indigent with __no__ real monies, either personal, or otherwise to pay the required fees and costs to file this action with the Court. The Plaintiff further states that his present economic status will be more fully setforth in his Affidavit of Pauperis and Institutional Inmate Account's Statement accompanying the aforesaid.

1.

The Plaintiff prays this motion be granted for the reasons stated herein, or for any other reasons the Court may deem just and appropriate to progress this matter to its Rightful conclusion.

Respectfully Submitted By

Shakir Maris Abdullah

Shakir Maris Abdullah Pro Se
Old Colony Corr. Center
One Administration Road
Bridgewater, MA. 02324

Dated: July 11, 2005

2.

UNITED STATES DISTRICT COURT
FOR THE ~~DISTRICT~~ OF MASSACHUSETTS

CIVIL ACTION NO.

Shakir Maris Abdullah
        Plaintiff

    V.

FRANCIS A. FORD Et. AL
        Defendants.

AFFIDAVIT IN SUPPORT OF
MOTION TO PROCEED IN FORMA
        PAUPERIS

This Affidavit is made in support of my Motion To Proceed IN FORMA Pauperis and is thereby incorporated therein and made part of that motion.

I, Shakir Maris Abdullah, the Plaintiff in the above captioned cause does hereby depose and say that I am an INdigent litigant, having NO MONIES, either real, personal, or otherwise in which to pay the fees and couss this action will incur. I further state that I am submitting my last INstitutional Statement of my Account (Personal & Savings) displaying there to be Twenty Five Dollars ($25.00) to be the total of my equity at the present time.

1.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050705 12:49

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit# : | W51043 | | | | **OLD COLONY CORRECTIONAL CENTER** | | | | Page : 1 |
| Name : | ABDULLAH, SHAKIR, M, | | | | Statement From | 20050101 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | | To | 20050705 | | | |
| Block : | ATTUCKS II | | | | | | | | |
| Cell/Bed : | G2 /T | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | **Total Transaction before this Period :** | | $2,997.49 | $2,986.86 | $57.50 | $57.50 |
| 20050105 23:01 | PY - Payroll | 3935804 | | OCC | ~20041219 To 20041225 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050111 22:30 | CN - Canteen | 3963331 | | OCC | ~Canteen Date : 20050111 | $0.00 | $19.83 | $0.00 | $0.00 |
| 20050112 08:39 | ML - Mail | 3964369 | | STH | ~BERNIE VIOLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050112 08:39 | MA - Maintenance and Administration | 3964370 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050112 08:39 | TI - Transfer from Institution | 3964372 | | STH | ~Associate Receipt Number is 3964369 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050112 08:39 | TI - Transfer from Institution | 3964373 | | OCC | ~Associate Receipt Number is 3964369 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050112 23:01 | PY - Payroll | 3969186 | | OCC | ~20041226 To 20050101 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982723 | | OCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20050118 22:30 | CN - Canteen | 4008656 | | OCC | ~Canteen Date : 20050118 | $0.00 | $33.25 | $0.00 | $0.00 |
| 20050119 23:01 | PY - Payroll | 4013212 | | OCC | ~20050102 To 20050108 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050125 22:30 | CN - Canteen | 4036578 | | OCC | ~Canteen Date : 20050125 | $0.00 | $10.82 | $0.00 | $0.00 |
| 20050126 23:01 | PY - Payroll | 4042372 | | OCC | ~20050109 To 20050115 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050201 22:30 | CN - Canteen | 4066770 | | OCC | ~Canteen Date : 20050201 | $0.00 | $10.09 | $0.00 | $0.00 |
| 20050202 23:01 | PY - Payroll | 4075347 | | OCC | ~20050116 To 20050122 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050208 22:30 | CN - Canteen | 4102596 | | OCC | ~Canteen Date : 20050208 | $0.00 | $10.32 | $0.00 | $0.00 |
| 20050209 08:27 | ML - Mail | 4104431 | | STH | ~BESSIE SHELTON | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050209 08:27 | MA - Maintenance and Administration | 4104432 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050209 08:27 | TI - Transfer from Institution | 4104434 | | STH | ~Associate Receipt Number is 4104431 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050209 08:27 | TI - Transfer from Institution | 4104435 | | OCC | ~Associate Receipt Number is 4104431 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111804 | | OCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20050209 23:01 | PY - Payroll | 4125476 | | OCC | ~20050123 To 20050129 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050214 08:47 | ML - Mail | 4142523 | | STH | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050214 08:47 | TI - Transfer from Institution | 4142525 | | STH | ~Associate Receipt Number is 4142523 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050214 08:47 | TI - Transfer from Institution | 4142526 | | OCC | ~Associate Receipt Number is 4142523 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050215 22:30 | CN - Canteen | 4152337 | | OCC | ~Canteen Date : 20050215 | $0.00 | $33.96 | $0.00 | $0.00 |
| 20050216 23:01 | PY - Payroll | 4158185 | | OCC | ~20050130 To 20050205 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050222 22:30 | CN - Canteen | 4181783 | | OCC | ~Canteen Date : 20050222 | $0.00 | $10.22 | $0.00 | $0.00 |
| 20050223 23:01 | PY - Payroll | 4187116 | | OCC | ~20050206 To 20050212 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050301 22:30 | CN - Canteen | 4212377 | | OCC | ~Canteen Date : 20050301 | $0.00 | $49.29 | $0.00 | $0.00 |
| 20050302 12:31 | IC - Transfer from Inmate to Club A/c | 4214617 | | OCC | ~CLOTHING-KCN WASH ACCOUNT - Z5~KCN WASH | $0.00 | $131.77 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20050705 12:49

| | | | |
|---|---|---|---|
| Commit# : | W51043 | | Page : 2 |
| Name : | ABDULLAH, SHAKIR, M, | OLD COLONY CORRECTIONAL CENTER | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | Statement From  20050101 | |
| Block : | ATTUCKS II | To  20050705 | |
| Cell/Bed : | G2 /T | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ACCOUNT - Z5 | | | | |
| 20050302 23:01 | PY - Payroll | 4218674 | | OCC | ~20050213 To 20050219 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050304 14:36 | IC - Transfer from Inmate to Club A/c | 4233979 | | OCC | ~808~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $17.00 | $0.00 | $0.00 |
| 20050308 22:30 | CN - Canteen | 4247683 | | OCC | ~Canteen Date : 20050308 | $0.00 | $25.27 | $0.00 | $0.00 |
| 20050309 10:55 | IC - Transfer from Inmate to Club A/c | 4249643 | | OCC | ~PHOTOS~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20050309 23:01 | PY - Payroll | 4253897 | | OCC | ~20050220 To 20050226 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050311 08:45 | ML - Mail | 4266597 | | STH | ~BESSIE BENTLEY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050311 08:45 | MA - Maintenance and Administration | 4266598 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050311 08:45 | TI - Transfer from Institution | 4266600 | | STH | ~Associate Receipt Number is 4266597 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20050311 08:45 | TI - Transfer from Institution | 4266601 | | OCC | ~Associate Receipt Number is 4266597 | $19.00 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4282904 | | OCC | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20050315 22:30 | CN - Canteen | 4295750 | | OCC | ~Canteen Date : 20050315 | $0.00 | $31.40 | $0.00 | $0.00 |
| 20050316 23:01 | PY - Payroll | 4301448 | | OCC | ~20050227 To 20050305 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050322 22:30 | CN - Canteen | 4327858 | | OCC | ~Canteen Date : 20050322 | $0.00 | $52.09 | $0.00 | $0.00 |
| 20050323 10:07 | IC - Transfer from Inmate to Club A/c | 4329088 | | OCC | ~CERT 7002241000044648883)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20050323 23:01 | PY - Payroll | 4333248 | | OCC | ~20050306 To 20050312 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050329 22:30 | CN - Canteen | 4359466 | | OCC | ~Canteen Date : 20050329 | $0.00 | $37.94 | $0.00 | $0.00 |
| 20050330 23:01 | PY - Payroll | 4364553 | | OCC | ~20050313 To 20050319 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050405 22:30 | CN - Canteen | 4395025 | | OCC | ~Canteen Date : 20050405 | $0.00 | $32.25 | $0.00 | $0.00 |
| 20050406 23:01 | PY - Payroll | 4402115 | | OCC | ~20050320 To 20050326 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050408 08:45 | ML - Mail | 4416445 | | STH | ~SUZETH JONES | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050408 08:45 | MA - Maintenance and Administration | 4416447 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050408 08:45 | TI - Transfer from Institution | 4416449 | | STH | ~Associate Receipt Number is 4416445 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20050408 08:45 | TI - Transfer from Institution | 4416450 | | OCC | ~Associate Receipt Number is 4416445 | $19.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4422859 | | OCC | | $0.37 | $0.00 | $0.00 | $0.00 |
| 20050412 22:30 | CN - Canteen | 4446651 | | OCC | ~Canteen Date : 20050412 | $0.00 | $32.02 | $0.00 | $0.00 |
| 20050413 12:08 | IC - Transfer from Inmate to Club A/c | 4449205 | | OCC | ~MUSLIM MASJID - Z166~MUSLIM MASJID - Z166 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050413 23:01 | PY - Payroll | 4453037 | | OCC | ~20050327 To 20050402 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050419 22:30 | CN - Canteen | 4479305 | | OCC | ~Canteen Date : 20050419 | $0.00 | $19.11 | $0.00 | $0.00 |
| 20050420 23:02 | PY - Payroll | 4483798 | | OCC | ~20050403 To 20050409 | $10.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20050705 12:49**

| | | |
|---|---|---|
| Commit# : | W51043 | **OLD COLONY CORRECTIONAL CENTER** |
| Name : | ABDULLAH, SHAKIR, M, | Statement From   20050101 |
| Inst : | OLD COLONY CORRECTIONAL CENTER | To   20050705 |
| Block : | ATTUCKS II | |
| Cell/Bed : | G2 /T | |

Page : 3

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050422 08:58 | ML - Mail | 4496352 | | STH | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050422 08:58 | TI - Transfer from Institution | 4496354 | | STH | ~Associate Receipt Number is 4496352 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050422 08:58 | TI - Transfer from Institution | 4496355 | | OCC | ~Associate Receipt Number is 4496352 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050426 22:30 | CN - Canteen | 4507360 | | OCC | ~Canteen Date : 20050426 | $0.00 | $9.94 | $0.00 | $0.00 |
| 20050427 23:01 | PY - Payroll | 4514321 | | OCC | ~20050410 To 20050416 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050428 10:28 | IC - Transfer from Inmate to Club A/c | 4522248 | | OCC | ~CERT 7003168000014009691I~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.35 | $0.00 | $0.00 |
| 20050503 22:30 | CN - Canteen | 4544160 | | OCC | ~Canteen Date : 20050503 | $0.00 | $5.62 | $0.00 | $0.00 |
| 20050504 23:01 | PY - Payroll | 4550608 | | OCC | ~20050417 To 20050423 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050510 22:30 | CN - Canteen | 4581566 | | OCC | ~Canteen Date : 20050510 | $0.00 | $53.61 | $0.00 | $0.00 |
| 20050511 11:24 | IC - Transfer from Inmate to Club A/c | 4583551 | | OCC | ~CERT 7003168000014009697J~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.34 | $0.00 | $0.00 |
| 20050511 11:24 | IC - Transfer from Inmate to Club A/c | 4583553 | | OCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589280 | | OCC | | $0.57 | $0.00 | $0.00 | $0.00 |
| 20050511 23:01 | PY - Payroll | 4602952 | | OCC | ~20050424 To 20050430 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050513 09:58 | ML - Mail | 4616993 | | STH | ~BOSSIE VIOLA BENTLY S. | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050513 09:58 | MA - Maintenance and Administration | 4616995 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050513 09:58 | TI - Transfer from Institution | 4616997 | | STH | ~Associate Receipt Number is 4616993 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050513 09:58 | TI - Transfer from Institution | 4616998 | | OCC | ~Associate Receipt Number is 4616993 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050517 22:30 | CN - Canteen | 4630836 | | OCC | ~Canteen Date : 20050517 | $0.00 | $14.69 | $0.00 | $0.00 |
| 20050518 23:02 | PY - Payroll | 4637441 | | OCC | ~20050501 To 20050507 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050524 22:30 | CN - Canteen | 4662597 | | OCC | ~Canteen Date : 20050524 | $0.00 | $29.92 | $0.00 | $0.00 |
| 20050525 11:06 | EX - External Disbursement | 4664185 | 100300 | OCC | ~FBTW, INC | $0.00 | $61.95 | $0.00 | $0.00 |
| 20050525 11:49 | IC - Transfer from Inmate to Club A/c | 4664420 | | OCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050525 11:50 | IC - Transfer from Inmate to Club A/c | 4664422 | | OCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050525 23:03 | PY - Payroll | 4669036 | | OCC | ~20050508 To 20050514 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050531 22:30 | CN - Canteen | 4690134 | | OCC | ~Canteen Date : 20050531 | $0.00 | $12.47 | $0.00 | $0.00 |
| 20050601 23:01 | PY - Payroll | 4699407 | | OCC | ~20050515 To 20050521 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050602 11:12 | EX - External Disbursement | 4707558 | 100437 | OCC | ~GORDON SPENCER | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050602 11:12 | MA - Maintenance and Administration | 4707560 | | OCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050607 22:30 | CN - Canteen | 4730403 | | OCC | ~Canteen Date : 20050607 | $0.00 | $12.57 | $0.00 | $0.00 |
| 20050608 23:01 | PY - Payroll | 4737525 | | OCC | ~20050522 To 20050528 | $10.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20050705 12:49**

| | | | |
|---|---|---|---|
| Commit# : | W51043 | **OLD COLONY CORRECTIONAL CENTER** | Page : 4 |
| Name : | ABDULLAH, SHAKIR, M, | **Statement From**  20050101 | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | **To**  20050705 | |
| Block : | ATTUCKS II | | |
| Cell/Bed : | G2 /T | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050609 08:46 | ML - Mail | 4744429 | | STH | ~BESSIE | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050609 08:46 | TI - Transfer from Institution | 4744430 | | STH | ~Associate Receipt Number is 4744429 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050609 08:46 | TI - Transfer from Institution | 4744431 | | OCC | ~Associate Receipt Number is 4744429 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4751129 | | OCC | | $1.71 | $0.00 | $0.00 | $0.00 |
| 20050610 11:21 | IC - Transfer from Inmate to Club A/c | 4767175 | | OCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050610 11:22 | IC - Transfer from Inmate to Club A/c | 4767177 | | OCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050614 22:30 | CN - Canteen | 4781245 | | OCC | ~Canteen Date : 20050614 | $0.00 | $24.13 | $0.00 | $0.00 |
| 20050615 11:15 | EX - External Disbursement | 4782902 | 100784 | OCC | ~GORDON SPENCER | $0.00 | $160.00 | $0.00 | $0.00 |
| 20050615 23:01 | PY - Payroll | 4787567 | | OCC | ~20050529 To 20050604 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050622 23:05 | PY - Payroll | 4820560 | | OCC | ~20050605 To 20050611 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050628 22:30 | CN - Canteen | 4845603 | | OCC | ~Canteen Date : 20050628 | $0.00 | $35.90 | $0.00 | $0.00 |
| 20050629 10:51 | EX - External Disbursement | 4846912 | 101064 | OCC | ~FRIENDS BEYOND THE WALL | $0.00 | $8.00 | $0.00 | $0.00 |
| 20050629 23:02 | PY - Payroll | 4852127 | | OCC | ~20050612 To 20050618 | $10.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $2,141.28 | $2,004.64 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $25.00 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |