UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Shakir Maris Abdullah
　　Plaintiff

v.

Francis A. Ford et. al
　　Defendants.

CIVIL ACTION No.

05-11539DPW

## MOTION TO AFFECT SERVICE OF COMPLAINT

Now comes the Pro Se Plaintiff: Shakir Maris Abdullah in the above captioned matter and move this Court to approve 'Service' of this action to be affected by the U.S. Marshall Service on <u>all</u> of the therein Name Defendant's as provided by F.R.C.P. Rule 4 and all other applicable Rules and Procedures governing said Service of Complaint, Summons.

As reason for this motion, the Pro Se Plaintiff states: he is a Prisoner of the Comm. of Mass. Department of Correction and also, an 'Indigent Litigant' in this cause and <u>does not</u> maintain enough monies to affect said Service, via 'Certified' U.S. Mail, as F.R.C.P. Rule 4 also provides for and is sometime utilized by the Court in Prisoner Litigations. The Pro Se Plaintiff further states that the context of his "Complaint" and the alleged allegations against the Clerk of Court and Assistant Clerk of Court warrant Service by said U.S. Marshall's Service to protect his interests.

1.

WHEREFORE, the Pro Se Plaintiff prays this motion be granted for the reasons stated herein and his FORMA PAUPERIS 'status'.

RESPECTFULLY SUBMITTED BY:

*Shakir Maris Abdullah*
Shakir Maris Abdullah Pro Se
O.C.C.C.
One Administration Road
Bridgewater, MA. 02324

Dated: July 11, 2005
File:

2.