UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

Shakir Mavis Abdullah
Plaintiff

v.

Francis A. Ford, Clerk
Catherine Brennan, Assistant
Clerk, Reverend Daniel Izzo
Defendants.

Referred to MJ JG Dein

## CIVIL COMPLAINT

1) Plaintiff brings this action alleging that Clerk of Court Francis A. Ford and Assistant Clerk of Court Catherine Brennan engaged in fraudulent and deceitful practices when plaintiff requested them to establish a legal fund with the clerk's office. However, when clerks Ford and Brennan determined their office did not establish legal funds, they kept the ONE HUNDRED THOUSAND Dollar ($100,000) bank note donation plaintiff had sent to them to establish the legal fund with. Then they sent plaintiff a fake and counterfeit One Million Dollar Bill ($1,000,000), to mislead plaintiff about the donation. They also kept a additional ($100,000) dollar donation sent to their office for the same purpose. Their actions have caused plaintiff continuous mental anguish and emotional distress.

1.

## PARTIES

2) The Plaintiff, Shakir Mavis Abdullah, is incarcerated at Old Colony Correctional Center at Bridgewater Massachusetts and at all time relevant to the facts as stated in the complaint was confined at Old Colony Correctional Center.

3) Defendant, FRANCIS A. Ford, is the Clerk of Court for Worcester County and is responsible for the overall operation of the Clerks office. Clerk Ford is also responsible for establishing a requested general legal fund with the Clerks' office. She is equally responsible for wrongfully withholding donations, attempting to mislead plaintiff about the donations and failing to supervise her subordinate assistant clerk Catherine Brennan. She is being sued in her official and individual capacity.

4) Defendant, Catherine Brennan, is the Assistant Clerk for Worcester County and is responsible for wrongfully withholding donations, attempting

2.

to mislead plaintiff about the donations and sending plaintiff a counterfeit ONE Million Dollar Bill ($1,000,000). Her office kept the ONE HUNDRED Thousand Dollar ($100,000) Federal Reserve Note plaintiff had initially forwadded with his Request to establish a general legal fund. She is being sued in her official and individual capacity.

5) Defendant, Reverend Daniel IZZO is the donor who forwarded to plaintiff the ONE Hundred Thousand Dollar ($100,000) Federal Reserve Bank Note to be sent to the Worcester Clerk office for the establishment of a general legal fund. When the Clerk's office determined that their office did not establish legal funds. They sent plaintiff documents that defendant IZZO had sent them along with a fake and counterfeit ONE Million Dollar Bill ($1,000,000). If this counterfeit money came from defendant IZZO he has sought to deceive plaintiff. He is being sued in his individual capacity.

3.

## FACTS

6) On January 27, 2004, plaintiff placed a Justice Denied Legal Ad on Friends Beyond The Wall website. See attachment.

7) Then on December 5, 2004 plaintiff received a Christmas Card from defendant IZZO containing a One Hundred Thousand Dollar ($100,000) Federal Reserve Bank Note instructing him to forward the item to the Court Clerk for the establishment of a Legal fund.

8) Then on December 6, 2004 plaintiff mailed to Clerk of Court Francis A. Ford a copy of the Christmas card and a copy of the One Hundred Thousand Dollar ($100,000) bank note requesting Clerk Ford to establish a legal fund consistent with the instructions given in the Christmas card.

4.

9) Then around December 10, 2004 plaintiff received back the December 6, 2004 letter requesting that he provide the clerk's office with the docket number to his case, in which plaintiff did on December 14, 2004.

10) After plaintiff received no reply for a period of six weeks. He forwarded another letter to Clerk of Court Francis H. Ford and sent a copy to Reverend Daniel Izzo on February 4, 2005 inquiring about the December 6, 2004 and the December 14, 2004 letter sent to her office.

11) Then on February 28, 2005, Assistant Clerk Catherine Brennan mailed plaintiff a letter indicating that the clerk's office did not establish legal funds.

5.

12) Enclosed in the letter from Assistant Clerk Catherine Brennan were other documents allegedly sent to the Clerk's office by defendant IZZO.

13) Contained between the pages of these documents plaintiff received from Assistant Clerk Catherine Brennan was a brand new ONE million Dollar Bill ($1,000,000).

14) However, Assistant Clerk Catherine Brennan never returned the One Hundred Thousand Dollar ($100,000) Federal Reserve Bank Note that plaintiff initially sent to Clerk of Court FRANCIS A. Ford.

15) Nor did Assistant Clerk Catherine Brennan mention what happen to the two Fidelity Corporation notes totaling (ONE Hundred Thousand Dollar) send in addition to what plain-

6.

tiff had already sent to Francis A. Ford for the establishment of a general legal fund.

16) After plaintiff received the $1,000,000 currency from Assistant Clerk Catherine Brennan, he contacted attorney Gordon W. Spencer and entered into a dialogue with him about representing him in his criminal case.

17) When attorney Spencer visited plaintiff on May 2, 2005 he provided plaintiff with a Million Dollar Source article he had downloaded from the internet and asked plaintiff to read the article and give him his opinion about how he could overcome the facts it contains.

18) Plaintiff read the Million Dollar Source article and realized from the article that he had been mislead about the authenticity of the $1,000,000 bill Assistant Clerk Catherine Brennan had sent to him.

7.

19) Plaintiff forthwith forwarded the ONE Million Dollar Bill ($1,000,000) to attorney Spencer by certified mail for his inspection and received a reply letter showing and illustrating how and why the money was counterfeit!

20) Plaintiff immediately forwarded a letter to Clerk of Court Francis A. Ford on May 9, 2005 seeking a explanation about the counterfeit money. See exhibit B attached hereto.

21) At the same time plaintiff mail letters to defendant Daniel Izzo on May 6, 2005, May 9, 2005 and May 11, 2005 concerning what had taken place with the money. He refused to accept any of plaintiff's letters.

22) Then on June 16, 2005 plaintiff received a letter from Assistant Clerk Catherine Brennan stating again that their office does not establish legal funds but she never explained how or why she sent the counterfeit money. See exhibit C attached hereto.

8.

23) Nor did Assistant Clerk Catherine Brennan state or explain what happen to the One Hundred Thousand Dollar ($100,000) bank note plaintiff initially forwarded to the clerk's office.

24) Nor did Assistant Clerk Catherine Brennan state or explain what happen to the additional One Hundred Thousand Dollar ($100,000) forwarded to the clerk's office.

## LEGAL CLAIMS

25) Plaintiff states a claim for relief based on the adverse treatment he has been subjected to and the mental anguish and emotional stress he has experience throughout this ordeal. And will continue to experience unless this Court grant the requested relief sought.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully request that this Honorable Court grant him the following relief:

9.

(26) Order the defendants Ford and Brennan to turn over the $200,000.00 donation they have in their possession to the plaintiff since they have determined their office does not establish legal funds.

(27) Order the defendant Izzo if it's concluded that he participated in deceiving the plaintiff with counterfeit money to pay plaintiff the $100,000.00 to pay for his defense.

(28) Grant mental anguish and emotional distress damages of $25,000.00 from each of the defendants.

(29) Award plaintiff the cost for prosecuting this action.

(30) Grant such other relief as the Court deems just and equitable.

Respectfully Submitted this 11th day of July 2005.

_Shakir Maris Abdallah_
Shakir Maris Abdullah Pro-Se
Old Colony Correctional Center
One Administration Road
Bridgewater, MA. 02324

10.

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

MELANIE AMARAL

**DEFENDANTS**

Jo Anne B. Barnhart
Commissioner Social Security Admi

05-11316 RWZ

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Bristol__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Sandra L. Smales    BBO#467130
P.O. Box 2913
Jamaica Plain, MA 02130
617-522-1062

ATTORNEYS (IF KNOWN)

U.S. Attorney
U.S. Courthouse  Suite 9200
1 Courthouse Way
Boston, MA 02210

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This is an appeal from a denial of Social Security disability benefits pursuant to 42 U.S.C. sec 405(g)

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☒ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:**  ☐ YES  ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
**IF ANY**

JUDGE _____  DOCKET NUMBER _____

DATE  6/11/05

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)   MELANIE AMARAL V.
   JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   X    IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

             05-11316

   ___  V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
   None

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                                    YES         (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
                                                                    YES         (NO)
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                    YES          NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
                                                                    YES         (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                                   (YES)         NO

   A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
        (EASTERN DIVISION)          CENTRAL DIVISION          WESTERN DIVISION

   B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
        EASTERN DIVISION            CENTRAL DIVISION          WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Sandra L. Smales
ADDRESS   PO Box 2913   Jamaica Plain   MA   02130
TELEPHONE NO.   617-522-1062

(Cover sheet local.wpd - 11/27/00)

*Sandra L. Smales*
*Attorney at Law*
*P.O. Box 2913*
*Jamaica Plain, MA 02130*

Telephone and Fax: 617-522-1062              E-Mail: AttySmales@aol.com

June 11, 2005

Clerk,
Civil Actions
U.S. District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Amaral v. Barnhart

Gentlepeople:

Enclosed please find for filing in the above-captioned matter, Plaintiff's Complaint, Civil Cover Sheet, Case Designation Sheet, Application to Proceed In Forma Pauperis, and Financial Affidavit.

Please send summonses to me at the above address.

Thank you for your attention to this matter.

Very truly yours,

Sandra L. Smales

SLS/enc.