

## Unresolved Events

Exhibit "A"





05-11589DPW

Dear Readers:

My name is Shakir Maris Abdullah, and I'm writing about unresolved events that occurred at my August 1991 trial. I have attached as an exhibit a four-page letter, which was written by my trial attorney Greg T. Schubert, that essentially provides many details about these events (condensed into one page below).

As this letter indicate there was a Sergeant Dennis Towner of the Worcester Police Department having a sexual relationship with a Naomi Papale who was believed to have fathered Ms. Papale's two children, Kara and Denn's Papale.

On two separate occasions a private investigator attempted to retrieve the birth certificates of both these children from Worcester City Hall and were denied on different grounds.

On the first occasion, during the course of my trial, the investigator went to Worcester City Clerk's office and upon inquiry of Naomi Papale's children birth records. Was told by Assistance City Clerk, David Rushford, that there was a birth record for Kara and Dennis Papale. But, that the birth record of Dennis Papale had been sealed by an order of the court. Therefore, no further investigation was conducted on the issue at that time and I was subsequently convicted shortly thereafter.

My appeals attorney had the same investigator reinvestigate this matter in December 1996 and was told by a Worcester City Hall Clerk name Mrs. Babitch that there was "no record on file" for Dennis Papale and indicated that there may have been a name change through adoption and or marriage. I have these documents available for anyone's inspection.

In fact, the investigator stated in his affidavit that he proceeded to the Bureau of Vital Statistics, Commonwealth of Massachusetts, 470 Atlantic Ave., Boston, MA and found no record of birth for Dennis Papale, dob 08/17/85. He further stated, in his affidavit that a clerk at the Bureau of Vital Statistics told him that Kara Papale, dob 05/24/87, birth record was impounded but her name remained the same.

Also, the investigator was never instructed to proceed to the police internal affairs division and obtain whatever records there may have existed concerning Sgt. Dennis Towner and Naomi Papale's relationship.

Given all the above facts I'm seeking some legal assistance or donations to hire a trained and skilled investigator to uncover these facts.

## Additional Information
*(Letter from Trial Attorney):*

### PROCTOR, RASNICK & GOEWEY
COUNSELLORS AT LAW
TEN MECHANIC STREET · SUITE 300
WORCESTER, MASSACHUSETTS 01608

JOHN H GOEWEY
MARVIN F. RASNICK
GREG T SCHUBERT

TELEPHONES
AREA CODE 508
798-8706
788-2034
798-2040

TELECOPIER
508 798-4092

William J. Leahy, Esquire
Chief Counsel
Committee for Public Counsel Services
Suite 600
80 Boylston, Street
Boston, MA. 02116

## RE: DENNIS SHELTON    AKA SHAKIR MARIS ABDULLAH
### Murder Conviction / Appeal Decisions

Dear Mr. Leahy:

At the suggestion of Diane Hanson I am writing to outline what matters are presently unresolved with regard to this case. Dennis Shelton was originally charged with the murder [felony murder theory] and armed robbery of one, Greg White. He was also charged with armed assault with intent to rob and assault and battery with a dangerous weapon [Handgun] of Naomi Papale. These alleged events occurred several hours apart and at different locations.

I am the third counsel appointed to Mr. Shelton. Previously he was represented by James Gribowski and Bernard Grossberg pursuant to Committee appointment. I have just finished an eight day trial by combat with the Commonwealth and more significantly Associate Justice James P. Donohue.

Prior to trial I filed extensive motions for relief under Rule 9 [a] [3] and 9 [d] [Misjoinder and prejudicial joinder]. I attempted to have these motions heard and decided two weeks prior to trial. Donohue, who was specially assigned, denied this request off the record. On the opening day of trial Judge Donohue would not allow me to be adequately heard [if at all] on these motions [which were of a crucial nature to the case]. Without the Papale incident, the Commonwealth was without any evidence to prove Mr. Shelton had a gun. Additionally, I had filed a motion for a 48 hour continuance due to the Commonwealth informing me of a new alleged admission witness [morning of trial] and another witness who had changed her testimony and thereon gave very incriminating new testimony [she later recanted her alleged new testimony and endorsed her initial testimony at the trial]. This motion was denied summarily—the 9 a & d motions were held under advisement. I indicated that that ruling was unacceptable to the defense. After a particularly bitter [but always respectful] exchange between myself and his honor, he denied all my pre-trial in limine motions. I declined to start the trial without Single Justice review. To say that his honor was incensed is an considerable understatement.

Justice Wilkins was of no assistance upon my Chapter 211, 3 petition. He wouldn't even assist me pursuant to my law clerk who had practicing papers, but who Judge Donohue would not allow to participate at side bar conferences. I can only imagine the reception I would have had with Justice Nolan! The trial commenced with the selection of a all white jury. There were no black persons in the 85 person venire. Perhaps this is a matter that Mr. Harris might inquire into and take appropriate action.

The Commonwealth proceeded on a theory of felony murder. At the conclusion of the Commonwealth's case, I moved for a directed finding on the armed robbery indictment of Greg White. This motion was granted after much argument. Thereon, by implication, so would the murder indictment die of consequential causes. The Commonwealth argued at length after the ruling that there was not sufficient evidence to submit the case to the jury on premeditation and malice aforethought or any theory other than felony murder. The judge then informed the Commonwealth that if it did not wish to proceed under his new theory of the case, he would direct on the murder. The Commonwealth--lights flashing chose to adopt Judge Donohue's new theory--wholeheartedly. The defense was now locked into further battle with both the Commonwealth and the bench.

The defense through some client information supplied by pimps of which I am friendly, informed me that Ms. Papale, who had testified as to the second alleged incident which connected my client with a gun, had in fact, been having sexual relations with the chief operations officer of the Worcester Police Department Vice Squad for a long period of time. This information was particularly significant in light that Ms. Papale

privilege some twenty-two times and prior to her testimony, I had sought a ruling to ascertain whether she would invoke her privilege, now at the trial. The A.D.A. and her counsel [a former A.D.A.] who stood with her throughout her testimony agreed that she would not if no questions were asked about her children and their father. I assented to this in good faith and in compliance with conduct beyond reproach, as I had no reason to believe said line of inquiry was relevant.

I immediately alleged the newly discovered information and accompanying prosecutorial misconduct and moved for dismissal thereon. The Court was oblivious. The Court did order both Sgt. Dennis Towner and Ms. Papale back for a voir dire examination. Towner denied sexual relations but admitted to dating, refusing to end his relationship with Ms. Papale such that he was relieved of his vice squad position [he maintained his rank upon transfer], paternity of Ms. Papale's youngest child [coincidentially named Dennis], and denied a police internal affairs investigation. Ms. Papale took the fifth amendment upon advise

of counsel as to sexual relations, admitted having numerous criminal charges squelched by Towner and denied paternity as to the child named Dennis. The Court informed counsel that it would not allow inquiry into sexual relations between the two before the jury. Objection was noted and I did not call these witnesses as part of the defense. I have good reason to believe that both of these individuals perjured themselves and cannot in writing commit my reasons for this view. Suffice it to say this matter may provide an excellent basis for Rule 30 relief.

The defense demonstrated by both expert opinion testimony and photographs adduced as a result of its extensive crime scene investigation that the primary Commonwealth witness, Holmes could not have heard or seen the client as alleged. His own common law wife disputed his testimony and she was in a position to much better hear or see Mr. Shelton—her testimony had him leaving the crime scene prior to the alleged admission by Shelton. Further, we produced evidence that he [Holmes] had been threatened by the police and gave new evidence against Mr. Shelton only upon such duress. The defense also offered unrefuted evidence of two individuals that had motive and opportunity to commit the murder—one being detained by the police on the night of the killing because he physically matched the victim's description and was clothed in black sweat shirt and black sweat pants.

Regarding the victim's dying declaration, there was evidence that while the victim was being transported to the hospital he identified his assailant as 5' 11' black male, wearing a black sweatshirt and black sweatpants. He further stated that he did not know his attacker. Shelton was known to the victim and he was wearing clothing not similar in color or style to that described by Mr. White. The EMT's characterized White as alert and fully conscious when he gave those statements.

Suffice it to say, that if I had not been obliterated by guilty verdicts of this ilk in the past, I would have put both Sgt. Towner and Papale back on the stand. It was my decision at the time that they represented an insurance policy against any murder conviction. I believe that decision was correct and still maintain its correctness. Presently, the major question confronting the Committee is to make a decision as to whether to await appellate review which might well elicit a Mazza or Salemme type decision or move on Rule 30 relief upon proof of the perjury. I must inform you that Mr. Shelton has throughout this case insisted upon his innocence. Personally I have never been accused of naivete—I must point out that the likelihood of this is upon the evidence substantially in his favor. This bothers me greatly. In fact—more than greatly.

I believe that if the case goes to the Appeals Court than new highly experienced appellate counsel should be appointed. This would

best protect Mr. Shelton should I have erred seriously somewhere. If the Rule 30 route is endorsed then I would like to continue in this representation. I am acutely aware of budget considerations and that this defense is already been immensely expensive for the Committee. I have over 200 hours involved. Private investigation expenses are going to be high--Mr. Lajoie was extremely valuable and much of the demonstrative evidence  presented was a result of his total dedication to this case. My clerk will also cost some additional expense.

As an aside, the Worcester County District Attorney is now not giving probable cause hearings [serious felonies] is only going to further raise investigative expenses substantially. At least, those decisions will not haunt me. I recommend that a transcript be ordered immediately and procurred with all due haste. My personal opinion is that reversible error is rife throughout these proceedings, but a new trial may not be what best serves Mr. Shelton and the time attendent to that end may require him to remain incarcerated even longer than the 19 months he has presently served awaiting trial.

I believe this gives you a broad overview of the situation, I will make myself available in Boston to you or Mr. Speer on specifics anytime this week if you believe further discussion would be fruitful. Bottomline--I'm frustrated over my present impotence. I realize that this is an occupational hazard, but it does not quell my anger at this result.

Very truly yours,

Greg T. Schubert

Dated: August 16, 1991
GTS/mk
cc: Theodore Harris, Esq.

**Write to me at:**

Shakir Maris Abdullah
#W51043
OCCC
One Administration Rd.
Bridgewater, MA 02324

**Send Email**

Justice Denied
Main Section

Shakir Maris Abdullah
OCCC
One Administration Road
Bridgewater, MA 02324

Exhibit B "

Francis A. Ford
Clerk/Magistrate
Worcester County Superior Court
2 Main Street
Worcester, MA 01608

# FILED

MAY 1 2 2005

ATTEST:

Francis A Ford

CLERK

Dear Madam:

On December 6, 2004 I forwarded to you a letter requesting that you establish a legal fund on my behalf. See exhibit A attached.

However, you wrote me back and asked me to provide you with the docket number to my case which I did. See attached exhibit B.

After receiving no reply I forwarded you another letter on February 4, 2005 inquiring about the December 6, 2004 and December 14, 2004 letters that I had written to you. See exhibit C attached hereto.

Then on February 28, 2005 I received a package of letters from Assistant Clerk Catherine Brennan stating that the clerks' office does not establish legal funds. See enclosed package as exhibit D.

Along with this package I received from Assistant Clerk Catherine Brennan a 1,000,000.00 (One Million Dollar Bill) that turned out to be Counterfeit! See exhibit E to Attorney Gordon W. Spencer who I forwarded this item to in hope of retaining his services.

What I need to know from you is what happen to the 100,000.00 Federal Reserve Bank Note attached to my December 6, 2004 and my December 14, 2004 letters to you that Assistant Clerk Catherine Brennan never returned in her February 28, 2005 letter to me.

1.

I also need to know what happen to the 2 Fidelity Corporation Notes totaling a $100,000.00 worth of National Bank Notes forwarded to you for a General Legal Fund.  These items were missing from Assistant Clerk Catherine Brennan February 28, 2005 letter to me as well.

Would you also explain to me why Assistant Clerk Catherine Brennan sent me a Counterfeit $1,000,000.00 instead of the real money I need to pay attorney Gordon W. Spencer to represent me in this unjust matter.

Please be advise that upon receiving Mr. Izzo's letter to forward the 100,000.00 Federal Reserve Bank Note to you for the establishment of a legal fund I had my legal Ad - Justice Denied article removed from the internet because innocence citizens were still writing that wanted to help me and Mr. Izzo's donation was sufficient enough to address my unjust conviction. *See exhibit F attached hereto.*

However, I'm placing this Legal Ad back on the internet and will leave it there until my unjust conviction is fully resolved.

I look forward to your reply right away.

Sincerely yours,

cc:  Attorney Gordon W. Spencer
     Reverend Daniel Izzo

*Shakir Mario Abdullah*

Dated: May 9, 2005

2.

Francis A. Ford
Clerk/Magistrate
Worcester County Superior Court
2 Main Street
Worcester, MA. 01608

Exhibit A

December 6, 2004

Shakir Maris Abdullah
OCCC
One Administration Rd.
Bridgewater, MA. 02324

Dear Mrs. Ford:

Enclosed please find my Justice Denied legal
Ad I had placed on the internet seeking legal
assistance or donations.

In response to this request I received the enclosed
Note for the Court Clerk to endorse and deposit
with the Court Clerk for a legal Fund on my behalf.

I have also provided herein a copy of the message that
accompanied the Note directing me to forward this item
to you that I may have a legal Fund established to
resolve the many issues contained in my Justice Denied
Legal Ad.

1.

Once this process is completed by your office would you please notify me forthwith.

Thank you for your time and attention into this very important matter.

Sincerely yours,

Shakir Maris Abdullah

cc: File

2.

## Justice Denied - Legal Ads

### Unresolved Events





Dear Readers:

My name is Shakir Maris Abdullah, and I'm writing about unresolved events that occurred at my August 1991 trial. I have attached as an exhibit a four-page letter, which was written by my trial attorney Greg T. Schubert, that essentially provides many details about these events (condensed into one page below).

As this letter indicate there was a Sergeant Dennis Towner of the Worcester Police Department having a sexual relationship with a Naomi Papale who was believed to have fathered Ms. Papale's two children, Kara and Dennis Papale.

On two separate occasions a private investigator attempted to retrieve the birth certificates of both these children from Worcester City Hall and were denied on different grounds.

On the first occasion, during the course of my trial, the investigator went to Worcester City Clerk's office and upon inquiry of Naomi Papale's children birth records. Was told by Assistance City Clerk, David Rushford, that there was a birth record for Kara and Dennis Papale. But, that the birth record of Dennis Papale had been sealed by an order of the court. Therefore, no further investigation was conducted on the issue at that time and I was subsequently convicted shortly thereafter.

My appeals attorney had the same investigator reinvestigate this matter in December 1996 and was told by a Worcester City Hall Clerk name Mrs. Eabitch that there was "no record on file" for Dennis Papale and indicated that there may have been a name change through adoption and or marriage. I have these documents available for anyone's inspection.

In fact, the investigator stated in his affidavit that he proceeded to the Bureau of Vital Statistics, Commonwealth of Massachusetts, 470 Atlantic Ave., Boston, MA and found no record of birth for Dennis Papale, dob 08/17/89. He further stated, in his affidavit that a clerk at the Bureau of Vital Statistics told him that Kara Papale, dob 05/24/87, birth record was impounded but her name remained the same.

Also, the investigator was never instructed to proceed to the police internal affairs division and obtain whatever records there may have existed concerning Sgt. Dennis Towner and Naomi Papale's relationship.

Given all the above facts I'm seeking some legal assistance or donations to hire a trained and skilled investigator to uncover these facts.

### Additional Information
*(Letter from Trial Attorney):*

**PROCTOR, RASNICK & GOEWEY**

COUNSELLORS AT LAW

TEN MECHANIC STREET · SUITE 300

WORCESTER, MASSACHUSETTS 01608

JOHN H GOEWEY
MARVIN P. RASNICK
GREG T SCHUBERT

TELEPHONES
AREA CODE 508
798-0706
788-2034
798-2040

TELECOPIER
508 798-4802

William J. Leahy, Esquire
Chief Counsel
Committee for Public Counsel Services
Suite 600
80 Boylston Street
Boston, MA. 02116

RE: DENNIS SHELTON AKA SHAKIR MARIS ABDULLAH
Murder Conviction / Appeal Decisions

Dear Mr. Leahy:

At the suggestion of Diane Hanson I am writing to outline what matters are presently unresolved with regard to this case. Dennis Shelton was originally charged with the murder [felony murder theory] and armed robbery of one, Greg White. He was also charged with armed assault with intent to rob and assault and battery with a dangerous weapon [Handgun] of Naomi Papale. These alleged events occurred several hours apart and at different locations.

I am the third counsel appointed to Mr. Shelton. Previously he was represented by James Gribowski and Bernard Grossberg pursuant to Committee appointment. I have just finished an eight day trial by combat with the Commonwealth and more signifigantly Associate Justice James P. Donohue.

Prior to trial I filed extensive motions for relief under Rule 9 [a] [3] and 9 [d] [Misjoinder and prejudicial joinder]. I attempted to have these motions heard and decided two weeks prior to trial. Donohue, who was specially assigned, denied this request off the record. On the opening day of trial Judge Donohue would not allow me to be adequately heard [if at all] on these motions [which were of a crucial nature to the case]. Without the Papale incident, the Commonwealth was without any evidence to prove Mr. Shelton had a gun. Additionally, I had filed a motion for a 48 hour continuance due to the Commonwealth informing me of a new alleged admission witness [morning of trial] and another witness who had changed her testimony entirely and thereon gave very incriminating new testimony [she later recanted her alleged new testimony and endorsed her initial testimony at the trial]. This motion was denied summarily—the 9 a & d motions were held under advisement. I indicated that that ruling was unacceptable to the defense. After a particularly bitter [but always respectful] exchange between myself and his honor, he denied all my pre-trial in limine motions. I declined to start the trial without Single Justice review. To say that his honor was incensed is an considerable understatement.

Justice Wilkins was of no assistance upon my Chapter 211, 3 petition. He wouldn't even assist me pursuant to my law clerk who had practicing papers, but who Judge Donohue would not allow to participate at side bar conferences. I can only imagine the reception I would have had with Justice Nolan! The trial commenced with the selection of a all white jury. There were no black persons in the 85 person venire. Perhaps this is a matter that Mr. Harris might inquire into and take appropriate action.

The Commonwealth proceeded on a theory of felony murder. At the conclusion of the Commonwealth's case, I moved for a directed finding on the armed robbery indictment of Greg White. This motion was granted after much argument. Thereon, by implication, so would the murder indictment die of consequential causes. The Commonwealth argued at length after the ruling that there was not sufficient evidence to submit the case to the jury on premeditation and malice aforethought or any theory other than felony murder. The judge then informed the Commonwealth that if it did not wish to proceed under his new theory of the case, he would direct on the murder. The Commonwealth—lights flashing chose to adopt Judge Donohue's new theory—wholeheartedly. The defense was now locked into further battle with both the Commonwealth and the bench.

The defense through some client information supplied by pimps of which I am friendly, informed me that Ms. Papale, who had testified as to the second alleged incident which connected my client with a gun, had in fact, been having sexual relations with the chief operations officer of the Worcester Police Department Vice Squad for a long period of time.

This information was particularly significant in light that Ms. Papale had, at the probable cause hearing, invoked her fifth amendment privilege some twenty-two times and prior to her testimony, I had sought a ruling to ascertain whether she would invoke her privilege, now at the trial. The A.D.A. and her counsel (a former A.D.A.) who stood with her throughout her testimony agreed that she would not if no questions were asked about her children and their father. I assented to this in good faith and in compliance with conduct beyond reproach, as I had no reason to believe said line of inquiry was relevant.

I immediately alleged the newly discovered information and accompanying prosecutorial misconduct and moved for dismissal thereon. The Court was oblivious. The Court did order both Sgt. Dennis Towner and Ms. Papale back for a voir dire examination. Towner denied sexual relations but admitted to dating, refusing to and his relationship with Ms. Papale such that he was relieved of his vice squad position [he maintained his rank upon transfer], paternity of Ms. Papale's youngest child [coincidentially named Dennis], and denied a police internal affairs investigation. Ms. Papale took the fifth amendment upon advise

of counsel as to sexual relations, admitted having numerous criminal charges squelched by Towner and denied paternity as to the child named Dennis. The Court informed counsel that it would not allow inquiry into sexual relations between the two before the jury. Objection was noted and I did not call these witnesses as part of the defense. I have good reason to believe that both of these individuals perjured themselves and cannot in writing commit my reasons for this view. Suffice it to say this matter may provide an excellent basis for Rule 30 relief.

The defense demonstrated by both expert opinion testimony and photographs adduced as a result of its extensive crime scene investigation that the primary Commonwealth witness, Holmes could not have heard or seen the client as alleged. His own common law wife disputed his testimony and she was in a position to much better hear or see Mr. Shelton—her testimony had him leaving the crime scene prior to the alleged admission by Shelton. Further, we produced evidence that he [Holmes] had been threatened by the police and gave new evidence against Mr. Shelton only upon such duress. The defense also offered unrefuted evidence of two individuals that had motive and opportunity to commit the murder—one being detained by the police on the night of the killing because he physically matched the victim's description and was clothed in black sweat shirt and black sweat pants.

Regarding the victim's dying declaration, there was evidence that while the victim was being transported to the hospital he identified his assailant as 5' 11' black male, wearing a black sweatshirt and black sweatpants. He further stated that he did not know his attacker. Shelton was known to the victim and he was wearing clothing not similar in color or style to that described by Mr. White. The EMT's characterized White as alert and fully conscious when he gave those statements.

Suffice it to say, that if I had not been obliterated by guilty verdicts of this ilk in the past, I would have put both Sgt. Towner and Papale back on the stand. It was my decision at the time that they represented an insurance policy against any murder conviction. I believe that decision was correct and still maintain its correctness. Presently, the major question confronting the Committee is to make a decision as to whether to await appellate review which might well elicit a Mazza or Salemme type decision or move on Rule 30 relief upon proof of the perjury. I must inform you that Mr. Shelton has throughout this case insisted upon his innocence. Personally I have never been accused of naivete—I must point out that the likelihood of this is upon the evidence substantially in his favor. This bothers me greatly. In fact—more than greatly.

I believe that if the case goes to the Appeals Court than new highly experienced appellate counsel should be appointed. This would

best protect Mr. Shelton should I have erred seriously somewhere. If the Rule 30 route is endorsed then I would like to continue in this representation. I am acutely aware of budget considerations and that this defense is already been immensely expensive for the Committee. I have over 200 hours involved. Private investigation expenses are going to be high--Mr. Lajoie was extremely valuable and much of the demonstrative evidence presented was a result of his total dedication to this case. My clerk will also cost some additional expense.

As an aside, the Worcester County District Attorney is now not giving probable cause hearings [serious felonies] is only going to further raise investigative expenses substantially. At least, those decisions will not haunt me. I recommend that a transcript be ordered immediately and procurred with all due haste. My personal opinion is that reversible error is rife throughout these proceedings, but a new trial may not be what best serves Mr. Shelton and the time attendent to that end may require him to remain incarcerated even longer than the 19 months he has presently served awaiting trial.

I believe this gives you a broad overview of the situation, I will make myself available in Boston to you or Mr. Speer on specifics anytime this week if you believe further discussion would be fruitful. Bottomline--I'm frustrated over my present impotence. I realize that this is an occupational hazard, but it does not quell my anger at this result.

Very truly yours,

Greg P. Schubert

Dated: August 16, 1991
GTS/mk
cc: Theodore Harris, Esq.

**Write to me at:**

Shakir Maris Abdullah
#W51043
OCCC
One Administration Rd.
Bridgewater, MA 02324

**Send Email**

Justice Denied
Main Section

Hi, ask the Court
to endorse the
Note under
USC Title 12 sec 412
and Deposit it
with the
Court Clerk
for a hearing

*As we thank God
for his many blessings this
Christmas,
let us also pray for
Peace on Earth.*

*Have a Merry Christmas
and Blessed New Year!*



**UNITED STATES OF AMERICA**

Search

TITLE 12 > CHAPTER 3 > SUBCHAPTER XII > § 412

## § 412. Application for notes; collateral required

*Release date: 2004-03-18*

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section 92, 342 to 348, 349 to 352, 361, 372, or 373 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of Federal Reserve banks.



REGISTERED:  X          County Clerk          X          County Judge

X   County Treasurer

Please Endorse and Deposit with Co. + Clerk for a General Legal Fund

FRANCIS A. FORD

CLERK OF THE COURT                    Exhibit B

ROOM 21 — COURT HOUSE

2 MAIN STREET

WORCESTER, MASSACHUSETTS

01608 - 1176


12-14-04


Shakin Maris Abdullah

O.C.C.C.

One Administration Rd.

Bridgewater, MA. 02324


RE: Shakin Maris Abdullah
aka Dennis Shelton
#90-1148 - 1150 - 1151


Dear MRS. FORD:

Enclosed please find my Justice Denied Legal
Ad I had placed on the internet seeking legal
assistance or donations.

In response to this request I received the
enclosed Federal Note for the Court Clerk to
endorse and deposit with the Court Clerk for
a legal Fund on my behalf.

I have also provided herein a copy of the message that accompanied the Federal Note directing me to forward this currency to you that I may have a Legal Fund established on my behalf.

Once this process is completed by your office I would request that no funds be withdrawn from this account by anyone without my approval and signature.

Thank you for your time and attention to this very important matter and I look forward to your reply.

Sincerely,

Shakir Maris Abdullah
aka Dennis Shelton
#90-1148-1150-1151

CC: File
Rev. Dan Izzo

Shakir Maris Abdullah          *Exhibit C*
OCCC
1 Administration Road
Bridgewater, MA. 02324

February 4, 2005


FRANCIS A. FORD
CLERK OF THE COURT
ROOM 21 - COURT HOUSE
2 MAIN STREET
WORCESTER, MA. 01608-1176

Dear Mrs. Ford:

On December 6, 2004 I forwarded to your office a request

to establish a legal fund on my behalf with the clerk's

office.  However, this request was returned on December

10, directing me to provide a docket entry number.  There-

after, I forwarded you another letter on December 14, 2005

containing this requested information.  But, I have received

no reply from you concerning this matter to date.  Please

see attachments.

Would you kindly inform me of the status of this request

that I may proceed to retain a attorney to correct these

injustices.


Shakir Maris Abdullah
AKA Dennis Shelton
No(s); 90-1148; 1150-51


                              Sincerely yours,

                              *Shakir Maris Abdullah*

                              Shakir Maris Abdullah

cc: file
Rev. Dan Izzo

# FRANCIS A. FORD

CLERK MAGISTRATE

ADDRESS ALL COMMUNICATIONS
TO
CLERK OF COURTS
ROOM 21 COURT HOUSE
2 MAIN STREET
WORCESTER. MA 01608-1176



County of Worcester

In The

Commonwealth of Massachusetts

Office of Clerk of the Courts

Telephone 508-770-1899

CORINNE L. GORMAN
FIRST ASSISTANT CLERK

OTHER ASSISTANT CLERKS
THOMAS F. GALLEN
KEVIN M. GOLDEN
ALEXANDER RODRIGUEZ. III
KAREN TYMON ZONA
EUGENE G. SULLIVAN
DENISE D. FOLEY
MARY F. STRATFORD
JOANNE C. HERRING
CATHERINE M. BRENNAN
GAIL M. DEMPSEY

February 28, 2005

Dear Sir:

We are returning these papers to you as our office

does not establish legal funds.

Exhibit D

Sincerely yours

Catherine Brennan
Assistant Clerk

*Donation Letter*

*For: Court General Fund*

Shakir Maris Abdullah
OCCC
1 Administration Road
Bridgewater, MA. 02324

February 4, 2005

FRANCIS A. FORD
CLERK OF THE COURT
ROOM 21 - COURT HOUSE
2 MAIN STREET
WORCESTER, MA. 01608-1176

*Relating to this Letter issue;*

Dear Mrs. Ford:

On December 6, 2004 I forwarded to your office a request to establish a legal fund on my behalf with the clerk's office. However, this request was returned on December 10, directing me to provide a docket entry number. Thereafter, I forwarded you another letter on December 14, 2005 containing this requested information. But, I have received no reply from you concerning this matter to date. Please see attachments.

Would you kindly inform me of the status of this request that I may proceed to retain a attorney to correct these injustices.

Shakir Maris Abdullah
AKA Dennis Shelton
No(s); 90-1148; 1150-51

*I do not Know Petitioner*

Sincerely yours,

Shakir Maris Abdullah
Shakir Maris Abdullah

*The Donation is For The Court For a "General Legal Fund" Rev Izzo*

cc:file

Rev. Dan Izzo,

FORM LETER

## ASSIGNMENT AND TRANSFER
## of NATIONAL BANK NOTES
### USC Title 12 sec 342  DEPOSITS


NOTICE THIS LETTER IS CONNECTED TO A DONATION

OF 2 FIDELITY CORPORATION NOTES MAILED TO THE COURT CLERK

FOR A **GENERAL LEGAL FUND** FOR THE COUNTY COURTS


DONATION OF @ **$100,000.00** total  **NATIONAL BANK NOTES**

**DEPOSIT like a paper coin, add to your bank account**

*" It* **was** *new money, created by the bank* ....."

TO THE County Court of *Worchester; Francis Ford,*
Court Clerk as Trustee

-------------------------------------------------------------------------------

FOR VALUE RECEIVED, the undersigned hereby sells, assigns

and transfers @ **$100,000.00**   total  **NATIONAL BANK NOTES** to:


**for DEPOSIT,**
**under**----------------------------------------------------------------------
----------------**US CODE**
**TITLE 12§ 342**. Deposits; exchange and collection; member and
nonmember banks or other depository institutions; charges

(US CODE TITLE 31  § 3302 Custodians of (Public) money )

NATIONAL BANK NOTES standing in the name of

( for most other donations: the FEDERAL GOVERNMENT agency CEDE & CO,

street name for , **The $19 Trillion Depository Trust Company**

the Security Exchange Commission's trust company. )

Holder NATIONAL BANK NOTES represented by:

(1) FIDELITY CORPORATION Certificate  No.

and (2) FIDELITY CORPORATION Certificate  No

**USC Title 12 § 342. Deposits; exchange and collection; member and nonmember banks or other depository institutions; charges**

**Any Federal Reserve bank may receive from any of its member banks, or other depository institutions, and from the Unites States, deposits of current funds in.., national-bank notes,....... solely for purposes of exchange, ....**may receive from any nonmember bank or trust company or other depository institution deposits of current funds in lawful money, **national-bank notes,**

NATIONAL BANKING ASSOCIATION NOTES issued after 1935 are not Lawful Money but may or may not be **Legal tender, I am not sure exactly.**

-------------------------------------------------------------------------------------

USC Title 31 Sec. 5103. - **Legal tender**

" *United States coins and currency (including* Federal reserve notes and
*circulating notes of* Federal reserve banks and *national banks*) are legal
tender for all debts, public charges, taxes, and dues. Foreign gold or silver
coins are not legal tender for debts "

-------------------------------------------------------------------------------------

The undersigned hereby and irrevocably constitutes and appoints

THE COUNTY COURT OF *Worchester, MA*

attorney-in-fact, to DEPOSIT said NATIONAL BANK NOTES under USC
TITLE 12 SEC 342 DEPOSITS
with full power of substitution in the premises.

If the COUNTY can use more of these monetary NBN instruments let me
know.

*Rev Dan'l Izzo* ☺

Cryonic Life Insurance Company
Dept of General Resurrection
Reverend Daniel Izzo
512 Onondaga Ave
Syracuse, NY 13207
1-315-472-5088

*PS You Can
Throw out Donation
iF you like;
No Reply NEEDED*

References

**US CODE**
**TITLE 12 > CHAPTER 3 > SUBCHAPTER IX > § 342 Prev | Next**

**§ 342. Deposits; exchange and collection; member and
nonmember banks or other depository institutions; charges**

**Any Federal Reserve bank may receive from any of its member banks,
or other depository institutions**, and from the Unites States, **deposits of**

**current funds** in lawful money, **national-bank notes**, Federal reserve notes, or checks, and drafts, payable upon presentation or other items, and also, for collection, maturing notes and bills; or, **solely for purposes of exchange** or of collection may receive from other Federal reserve banks deposits of current funds in lawful money, **national-bank notes**, or checks upon other Federal reserve banks, and checks and drafts, payable upon presentation within its district or other items, and maturing notes and bills payable within its district; or, solely for the purposes of exchange or of collection, may receive from any nonmember bank or trust company or other depository institution deposits of current funds in lawful money, **national-bank notes**, Federal reserve notes, checks and drafts payable upon presentation or other items, or maturing notes and bills: Provided, Such nonmember bank or trust company or other depository institution maintains with the Federal Reserve bank of its district a balance in such amount as the Board determines taking into account items in transit, services provided by the Federal Reserve bank, and other factors as the Board may deem appropriate: Provided further, That nothing in this or any other section of this chapter shall be construed as prohibiting a member or nonmember bank or other depository institution from making reasonable charges, to be determined and regulated by the Board of Governors of the Federal Reserve System, but in no case to exceed 10 cents per $100 or fraction thereof, based on the total of checks and drafts presented at any one time, for collection or payment of checks and drafts and remission therefor by exchange or otherwise; but no such charges shall be made against the Federal reserve banks.

-------------------------------------------------------------------------

**REFERENCES;**

**US CODE**
**TITLE 15**
**§ 77ppp. Directions and waivers by bondholders; prohibition of impairment of holder's right to payment; record date**


-------------------------------------------------------------------------

**"Those unaware are unaware of being unaware."**
**(Merrill Jenkins)**


**Do you mean that banks, in buying Government**

**securities, do not lend out their customers' deposits? That they create the money they use to buy the securities?"**

**Answer (by Secretary of the Treasury Anderson 1959 ): "That is correct. Banks are different from other lending institutions. When a savings and loan association, an insurance company, or a credit union makes a loan, it lends the very dollar that its customers have previously paid in. But when a bank makes a loan, it simply adds to the borrower's deposit account in the bank by the amount of the loan. The money is not taken from anyone else's deposit; it was not previously paid in to the bank by anyone. It's new money, created by the bank for the use of the borrower."**

First, Marriner Eccles, then chairman of the Board of Governors of the Federal Reserve System, in testimony before the Banking and Currency Committee of the House of Representatives on the Banking Act of 1935. Mr. Eccles testified: "In purchasing offerings of Government bonds, the banking system as a whole creates new money, or bank deposits. When the banks buy a billion dollars of Government bonds as they are offered -- and you have to consider the banking system as a whole, as a unit -- the banks credit the deposit account of the Treasury with a billion dollars. And they debit their Government bond account a billion dollars, or actually create, by a bookkeeping entry, a billion dollars."

Second, President Eisenhower's Secretary of the Treasury Anderson in an interview with U.S. News and World Report on August 31, 1959 was asked: "Do you mean that banks, in buying Government securities, do not lend out their customers' deposits? That they create the money they use to buy the securities?"

Answer (by Secretary Anderson): "That is correct. Banks are different from other lending institutions. When a savings and loan association, an insurance company, or a credit union makes a loan, it lends the very dollar that its customers have previously paid in. But when a bank makes a loan, it simply adds to the borrower's deposit account in the bank by the amount of the loan. The money is not taken from anyone else's deposit; it was not previously paid in to the bank by anyone. It's new money, created by the bank for the use of the borrower."

"We are completely dependent on the commercial Banks. Someone has to borrow every dollar we have in circulation, cash or credit. If the Banks create ample synthetic money we are prosperous; if not, we starve. We are absolutely without a permanent money system. When one gets a complete grasp of the picture, the tragic absurdity of our hopeless position is almost incredible, but there it is. It is the most important subject intelligent persons can investigate and reflect upon. It is so important that our present civilization may collapse unless it becomes widely understood and the defects remedied soon." (Robert H. Hemphill, Credit

**To the Court Clerk**

Dear Prison Officials:                      Nov 19th 2004

Mailroom;  **Donation Note For a General Legal Fund**

Concerning the American Art Classic (AAC) $10,000 Note Specimen series 2004 and or a worthless Stock Certificate.

I mailed a letter to some prisoners because

last week USA Today had an Internet news story concerning America's 2.2 Million People in US Jails, the article had a link to " Prison Pen Pals " with names and Prison addresses of @65 people seeking Legal and or monetary help and @ 35 kids under 21 with jail time over 3 years, out of @2100 prisoner postings.

I wrote to this group asking them to ask the Court to endorse the specimen note under USC Title 12 sec 412 and Deposit the note with the Court Clerk for a Legal Fund ( and to some a Trust and Text to Speech Software for Courts and Prisons )

If the Court has Special Drawing Right certificates/powers it maybe able to establish limited Legal Fund Trusts under USC Title 12 sec 412.

I did want to inform the prisoners that I hold bearer instruments that the Court could use as collateral under USC Title 12 sec 342 In the form of National Bank Notes or Guaranteed National Bank Notes.

I do not know much about prison or that other Trust programs do exist , my goal is to provide the Courts with Text to Speech Software and a possible EXHILE OF PRISONER program to volunteer mining prison work camps in one of America's 1000s of abandoned silver mines.

As a member of the clergy I thought I should do something productive for the Courts and possible the prisoners.

It seems the entire mailing was a failure because the novelty note.

If you have the $10,000 note specimen and or stock certificate you can keep it or throw it away.

( I'm scarred of some )

**No Reply Needed**

Br. Dan Izzo
512 Onondaga Ave.
Syracuse, NY 13207

RO:
nr Haskll
12/04
1st
mailing

*Reference Letter*

DEAR UNITED STATES SENATOR:

THIS LETTER IS NOT A JOKE
AMERICA HAS EXTRA TRILLIONS OF CAPITAL UNUSED
I SAY MORE THAN $50 TRILLION IN 2004 DOLLARS
THIS EMAIL MAYBE A EASY WAY TO LEGALLY SINK THE UNITED
STATES DEBT WITHOUT CIRCULATING EXTRA MONEY
AND ALSO SECURING US GOVERNMENT BONDS BUT IN INTEREST
BEARING TRUST HOW TO LEGALLY
SINK THE NATIONAL DEBT
The Unknown $19 Trillion
Depository Trust Company Part of the SEC US Gov Trust
Simple Formula to Secure and Sink the National Debt:
USE
(1) USC Title 12 sec 412; Apllication for Notes Collateral Required:
Then
(2) USC TITLE 12 SEC § 342. Deposits; exchange and collection; member and
nonmember banks or other depository institutions; charges
THEN
(3) DEPOSIT THE $19 TRILLION DOLLAR NOTE FROM USC TITLE 12 SEC
412, 342, SECURED BY THE $19 TRILLION DEPOSITORY TRUST
COMPANY AS SIMPLE COLLATERAL
THEN
(4) DEPOSIT SAID $19 TRILLION DOLLAR NOTE; BUT IN TRUST ; ( NOTE
NOT TO BE CIRCULATED ) WITH THE UNITED STATES TREASURY
THEN
(5) REMOVE THE UNITED STATES DEBT OBLIGATIONS FROM THE
GENERAL FUND
OBLIGATIONS OF THE UNITED STATES AND SEPARATE THESE DEBT
PAYMENTS FROM THE GENERAL FUND
THEN
(6) MAKE A PAYMENT PLAN TO SLOWLY PAY THE UNITED STATES
DEBT OBLIGATION FROM THE $19 TRILLION DOLLAR TREASURY
TRUST FROM NUMBER 3 ABOVE
WHEREAS THE ENTIRE UNITED STATES DEBT IS NOW SUNK, SECURED
AND IN THE PROCESS OF PAYMENT THRU TREASURY TRUST FUND OF
PART 3
WHEREAS FURTHER MONEY IS CREATED FROM THE TRANSMUATION
OF SILVER METAL INTO CREATED 10KT GOLD COIN ( SPECIE ) AND
SILVER ORE MINES ARE TREATED AS UNDER GROUND FORT KNOX
SILVER HOLDING MINES AND UNITED STATES SILVER CERTIFICATES
ARE ALSO ISSUED
THEREFORE MONEY IS PSYCHOLOGICAL,

Money is Created by Human Beings

The United States Postal Savings Bank can create money notes and sink National debt

THE $19 TRILLION DOLLAR DEPOSITORY TRUST COMPANY  a SEC GOV TRUST, as collateral under USC Title 12 sec 412 can sink the National Debt
(1) Reissue: UNITED STATES Notes as Legal tender,
(2) the United States Postal Savings Bank can create money notes and load money to Amtrak -Railroad bonds in exchange for US Postal Savings Bank money notes.
Dear Member of Congress, President Bush and Vice President Cheney and Staff:

The Depository Trust & Clearing Corporation (DTCC), established in 1999, is a new holding company that is the parent of and provides services to two principal subsidiaries - The Depository Trust Company (DTC) and National Securities Clearing Corporation (NSCC). These two firms provide the primary infrastructure for the clearance, settlement and custody of the vast majority of all equity, corporate debt and municipal bond transactions in the United States.
DTC is the world's largest securities depository and a major clearinghouse for institutional post-trade processing and settlement. DTC holds and services almost $23 trillion in assets for its participants and their customers. During 1999, DTC processed over 189 million book-entry deliveries valued at almost $94 trillion.
NSCC is the leading provider of centralized post-trade comparison, trade guarantee, trade netting, settlement and information services for equities, bonds, Unit Investment Trusts, mutual fund and insurance transactions in the U.S. In 1999, NSCC processed more than 1.5 billion transactions valued at almost $70 trillion.
For more information, check web sites at www.dtcc.com, www.dtc.org, or www.nscc.com.

View Jobs for Depository Trust & Clearing Corporation
--------------------------------------------------------------------------------------------
----------------------------LEGALLY SINK THE UNITED STATES DEBT WITHOUT CIRCULATING EXTRA MONEY

AND ALSO SECURING US GOVERNMENT BONDS BUT IN TRUST
HOW TO LEGALLY SELF FUND THE US MILITARY AND MAYBE SINK THE NATIONAL DEBT
The Unknown $19 Trillion
Depository Trust Company  Part of the SEC US Gov Trust
Simple Formula to Secure and Sink the National Debt:
USE
(1) USC Title 12 sec 412; Apllication for Notes Collateral Required:
Then
(2) USC TITLE 12 SEC § 342. Deposits; exchange and collection; member and nonmember banks or other depository institutions; charges

## GORDON W. SPENCER

*Attorney at Law*

1256 Park Street, Suite 104
Stoughton, MA 02072

(781) 297-9293
Fax: (781) 297-9295

*Exhibit E*

May 2, 2005

Mr. Shakir Maris Abdullah
Old Colony Correctional
One Administration Road
Bridgewater, MA 02324

Dear Mr. Abdullah:

I am writing to follow up on our meeting today at Old Colony. I managed to get over to the post office by five-o'clock today in order to pick up the correspondence you sent me (along with the 1M dollar currency). After review of the currency, I am 100% certain that the currency is fake. I took the liberty to copy the currency (along with a genuine 100$ bill), and you can see that the currency you sent me has stark differences as it relates to the data on the currency.

For example, the black seal on the left side of your currency reads "Millionaire Bank USA", where the black seal on my currency reads, "United States Federal Reserve System". Even more compelling is the notation underneath the black seal of your currency, which reads, "This certificate is **not legal tender, nor is it a presentation of any existing or previous U.S. Government note**". My currency reads, "this note is legal tender....". In essence, there is nothing on your currency which would give me any reason to believe that your currency is genuine.

Quite frankly, this is information that you should have realized before thinking the currency was real. Even the green seal on the right side of your currency reveals that your currency comes from the Department of "Funny Money".

Kindly advise how you want to proceed. I will hold on to the original until further instructions.

Very truly yours,

Gordon W. Spencer

Enc.

Exhibit F

**Friends Beyond The Wall, Inc.**
Poughkeepsie Plaza
2600 South Road, Suite 44-244
Poughkeepsie, NY 12601

## Subscription Expiration Notice ...

☐ Expiration Date: _____

**Renew today—less than 1/2 PRICE! Only $14.95 for 1 Full Year!**
Hurry...substantial discount available only through date above! Payment must be received by or before expiration or full price will apply (if payment is not received, your subscription will be deleted the day after expiration date).

## Confirmation...the following has been completed!

☐ Counter: _____   ☐ Counter Removed   ☐ Counter Reset'0'
☐ Address Change   ☐ Alternate Address
☐ Ad Renewal  - Received $ _____
☐ New & Featured  - Received $ _____
☐ Mail Account  - Received $ _____
   (not available for NY State prisoners)
☐ Cancellation of Subscription
☐ Other _Ad copies - Full Page_
   _$3.00 each_          _thank you!_

## New Subscriptions...

Your subscription request has been received; however, the following has not yet arrived at our office (item(s) below are needed to complete your order).
**MISSING INFO** – Send items below to: **ATTN: PENDING ORDER**
☐ Payment in amount of: $ _____   ☐ Text   ☐ Photo
☐

_Thank you! The staff of Friends ..._

**SEND TO:**

Shakir Abdullah
#W51043
OCCC
One Administration Rd.
Bridgewater, MA 02324

*Exhibit C*

**FRANCIS A. FORD**

CLERK MAGISTRATE

ADDRESS ALL COMMUNICATIONS
TO
CLERK OF COURTS
ROOM 21 COURT HOUSE
2 MAIN STREET
WORCESTER, MA 01608-1176



County of Worcester

In The

Commonwealth of Massachusetts

Office of Clerk of the Courts

Telephone 508-770-1899

CORINNE L. GORMAN
FIRST ASSISTANT CLERK

OTHER ASSISTANT CLERKS:
THOMAS F. GALLEN
KEVIN M. GOLDEN
ALEXANDER RODRIGUEZ, III
KAREN TYMON ZONA
EUGENE G. SULLIVAN
DENISE D. FOLEY
MARY F. STRATFORD
JOANNE C. HERRING
CATHERINE M. BRENNAN
GAIL M. DEMPSEY

June 16, 2005

Shakir Maris Abdullah
OCCC
One Administration Road
Bridgewater,   MA   02324

Dear Sir:

We are returning to you all materials mailed to the
Worcester Superior Court Clerk's Office. As previously stated in
our letter dated February 28th, our office does not establish
or keep legal funds.

Sincerely yours

*Catherine Brennan*

Catherine Brennan
Assistant Clerk