AO 240 (1/94)

# United States District Court

──────── DISTRICT OF ────────

Shakir Maris Abdullah
       Plaintiff   W 51043

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

Francis A. Ford, et al.,
       Defendant

CASE NUMBER: **05-11539DPW**

I, _Shakir Maris Abdullah_ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  [✓] Yes  [ ] No  (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _Old Colony Correctional Center_

    Are you employed at the institution? _yes_  Do you receive any payment from the institution? _yes_

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?  [ ] Yes  [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   [ ] Yes  [ ] No
    b. Rent payments, interest or dividends            [ ] Yes  [ ] No
    c. Pensions, annuities or life insurance payments  [ ] Yes  [ ] No
    d. Disability or workers compensation payments     [ ] Yes  [ ] No
    e. Gifts or inheritances                           [ ] Yes  [ ] No
    f. Any other sources                               [✓] Yes  [ ] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

    _I receive once a month $20.00 or $25.00 from my mother_

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☑ Yes ☐ No

   If "Yes" describe the property and state its value.

   34.643 Mutual Funds worth $676.58

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

1/12/06                    Shakir Marie Abdullah
DATE                       SIGNATURE OF APPLICANT


## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 35.84 on account to his/her credit at (name of institution) Bridgewater Car Complex. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ 8.38.

1/17/2006                  Evelyn S. Smith
DATE                       SIGNATURE OF AUTHORIZED OFFICER

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
Inmate Transaction Report

Date: 20060117 14:46

| Commit# : | W51043 | | | OLD COLONY CORRECTIONAL CENTER | | | Page: 1 |
|---|---|---|---|---|---|---|---|
| Name : | ABDULLAH, SHAKIR, M, | | | Statement From | 20050717 | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20060117 | | |
| Block : | ATTUCKS II | | | | | | |
| Cell/Bed : | G2 /T | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $5,199.69 | $5,134.78 | $57.50 | $57.50 |
| 20050719 22:30 | CN - Canteen | 4967508 | | OCC | ~Canteen Date : 20050719 | $0.00 | $21.17 | $0.00 | $0.00 |
| 20050720 23:05 | PY - Payroll | 4973742 | | OCC | ~20050703 To 20050709 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050726 22:30 | CN - Canteen | 4998334 | | OCC | ~Canteen Date : 20050726 | $0.00 | $28.52 | $0.00 | $0.00 |
| 20050727 23:03 | PY - Payroll | 5004278 | | OCC | ~20050710 To 20050716 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5041364 | | OCC | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20050803 23:05 | PY - Payroll | 5056274 | | OCC | ~20050717 To 20050723 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050809 22:30 | CN - Canteen | 5086990 | | OCC | ~Canteen Date : 20050809 | $0.00 | $34.21 | $0.00 | $0.00 |
| 20050810 23:02 | PY - Payroll | 5094316 | | OCC | ~20050724 To 20050730 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050812 11:09 | IC - Transfer from Inmate to Club A/c | 5108369 | | OCC | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $2.25 | $0.00 | $0.00 |
| 20050816 22:30 | CN - Canteen | 5121829 | | OCC | ~Canteen Date : 20050816 | $0.00 | $16.81 | $0.00 | $0.00 |
| 20050817 08:23 | ML - Mail | 5122366 | | STH | ~BESSIE | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050817 08:23 | MA - Maintenance and Administration | 5122368 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050817 08:23 | TI - Transfer from Institution | 5122370 | | STH | ~Associate Receipt Number is 5122366 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050817 08:23 | TI - Transfer from Institution | 5122371 | | OCC | ~Associate Receipt Number is 5122366 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050817 23:02 | PY - Payroll | 5128420 | | OCC | ~20050731 To 20050806 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050823 22:30 | CN - Canteen | 5153618 | | OCC | ~Canteen Date : 20050823 | $0.00 | $35.44 | $0.00 | $0.00 |
| 20050824 23:04 | PY - Payroll | 5159280 | | OCC | ~20050807 To 20050813 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050831 23:04 | PY - Payroll | 5189853 | | OCC | ~20050814 To 20050820 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050906 22:30 | CN - Canteen | 5219821 | | OCC | ~Canteen Date : 20050906 | $0.00 | $18.54 | $0.00 | $0.00 |
| 20050907 23:02 | PY - Payroll | 5228012 | | OCC | ~20050821 To 20050827 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5249080 | | OCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050913 07:47 | ML - Mail | 5268976 | | STH | ~BESSIE SHELTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050913 07:47 | MA - Maintenance and Administration | 5268978 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050913 07:47 | TI - Transfer from Institution | 5268980 | | STH | ~Associate Receipt Number is 5268976 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20050913 07:47 | TI - Transfer from Institution | 5268981 | | OCC | ~Associate Receipt Number is 5268976 | $19.00 | $0.00 | $0.00 | $0.00 |
| 20050914 23:31 | PY - Payroll | 5280464 | | OCC | ~20050828 To 20050903 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050920 22:30 | CN - Canteen | 5306720 | | OCC | ~Canteen Date : 20050920 | $0.00 | $40.74 | $0.00 | $0.00 |
| 20050921 23:03 | PY - Payroll | 5314439 | | OCC | ~20050904 To 20050910 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050928 23:02 | PY - Payroll | 5346128 | | OCC | ~20050911 To 20050917 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051004 22:30 | CN - Canteen | 5376151 | | OCC | ~Canteen Date : 20051004 | $0.00 | $19.91 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060117 14:46

| | | | Page: 2 |
|---|---|---|---|
| Commit# : | W51043 | OLD COLONY CORRECTIONAL CENTER | |
| Name : | ABDULLAH, SHAKIR, M, | Statement From  20050717 | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | To  20060117 | |
| Block : | ATTUCKS II | | |
| Cell/Bed : | G2 /T | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051005 23:04 | PY - Payroll | 5384113 | | OCC | ~20050918 To 20050924 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051012 23:03 | PY - Payroll | 5418515 | | OCC | ~20050925 To 20051001 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051013 09:12 | ML - Mail | 5426231 | | STH | ~BESSIE S | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051013 09:12 | MA - Maintenance and Administration | 5426233 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051013 09:12 | TI - Transfer from Institution | 5426235 | | STH | ~Associate Receipt Number is 5426231 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20051013 09:12 | TI - Transfer from Institution | 5426236 | | OCC | ~Associate Receipt Number is 5426231 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5432344 | | OCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20051019 23:04 | PY - Payroll | 5468840 | | OCC | ~20051002 To 20051008 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051026 23:03 | PY - Payroll | 5500831 | | OCC | ~20051009 To 20051015 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051101 22:30 | CN - Canteen | 5532022 | | OCC | ~Canteen Date : 20051101 | $0.00 | $55.26 | $0.00 | $0.00 |
| 20051102 23:04 | PY - Payroll | 5541257 | | OCC | ~20051016 To 20051022 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5571904 | | OCC | | $0.17 | $0.00 | $0.00 | $0.00 |
| 20051109 11:28 | IC - Transfer from Inmate to Club A/c | 5583976 | | OCC | ~MUSLIM MASJID - Z166~MUSLIM MASJID - Z166 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20051109 23:04 | PY - Payroll | 5594084 | | OCC | ~20051023 To 20051029 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051110 09:00 | ML - Mail | 5601138 | | STH | ~BESSIE SHEETON | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051110 09:00 | MA - Maintenance and Administration | 5601140 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051110 09:00 | TI - Transfer from Institution | 5601142 | | STH | ~Associate Receipt Number is 5601138 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20051110 09:00 | TI - Transfer from Institution | 5601143 | | OCC | ~Associate Receipt Number is 5601138 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20051115 22:30 | CN - Canteen | 5622285 | | OCC | ~Canteen Date : 20051115 | $0.00 | $23.26 | $0.00 | $0.00 |
| 20051116 23:04 | PY - Payroll | 5629151 | | OCC | ~20051030 To 20051105 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051122 15:10 | IC - Transfer from Inmate to Club A/c | 5656780 | | OCC | ~OCCC AFRICAN AMERICAN COALITION - Z167~OCCC AFRICAN AMERICAN COALITION - Z167 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051123 23:03 | PY - Payroll | 5667319 | | OCC | ~20051106 To 20051112 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051129 22:30 | CN - Canteen | 5686180 | | OCC | ~Canteen Date : 20051129 | $0.00 | $38.85 | $0.00 | $0.00 |
| 20051130 23:03 | PY - Payroll | 5692612 | | OCC | ~20051113 To 20051119 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051206 22:30 | CN - Canteen | 5726730 | | OCC | ~Canteen Date : 20051206 | $0.00 | $10.03 | $0.00 | $0.00 |
| 20051207 23:04 | PY - Payroll | 5733761 | | OCC | ~20051120 To 20051126 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051214 09:32 | ML - Mail | 5766878 | | STH | ~MO # 54923284284 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051214 09:32 | MA - Maintenance and Administration | 5766880 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051214 09:32 | TI - Transfer from Institution | 5766882 | | STH | ~Associate Receipt Number is 5766878 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20051214 09:32 | TI - Transfer from Institution | 5766883 | | OCC | ~Associate Receipt Number is 5766878 | $19.00 | $0.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date: 20060117 14:46

| | | | | | | Page: 3 |
|---|---|---|---|---|---|---|
| Commit# : | W51043 | | OLD COLONY CORRECTIONAL CENTER | | | |
| Name : | ABDULLAH, SHAKIR, M, | | Statement From | 20050717 | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | To | 20060117 | | |
| Block : | ATTUCKS II | | | | | |
| Cell/Bed : | G2 /T | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051214 16:57 | IS - Interest | 5773993 | | OCC | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20051214 23:06 | PY - Payroll | 5789285 | | OCC | ~20051127 To 20051203 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051220 22:30 | CN - Canteen | 5819922 | | OCC | ~Canteen Date : 20051220 | $0.00 | $38.02 | $0.00 | $0.00 |
| 20051221 23:05 | PY - Payroll | 5828135 | | OCC | ~20051204 To 20051210 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051227 22:30 | CN - Canteen | 5856161 | | OCC | ~Canteen Date : 20051227 | $0.00 | $10.37 | $0.00 | $0.00 |
| 20051228 23:04 | PY - Payroll | 5865278 | | OCC | ~20051211 To 20051217 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051229 08:46 | ML - Mail | 5872489 | 203 | STH | ~ISLAMIC MULTI SERVICE ORG | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051229 08:46 | TI - Transfer from Institution | 5872491 | | STH | ~Associate Receipt Number is 5872489 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20051229 08:46 | TI - Transfer from Institution | 5872492 | | OCC | ~Associate Receipt Number is 5872489 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060104 23:06 | PY - Payroll | 5901239 | | OCC | ~20051218 To 20051224 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060110 22:30 | CN - Canteen | 5933260 | | OCC | ~Canteen Date : 20060110 | $0.00 | $44.49 | $0.00 | $0.00 |
| 20060111 23:05 | PY - Payroll | 5940611 | | OCC | ~20051225 To 20051231 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060112 08:34 | ML - Mail | 5947829 | | STH | ~BESSIE SHELTON | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060112 08:34 | MA - Maintenance and Administration | 5947831 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060112 08:34 | TI - Transfer from Institution | 5947833 | | STH | ~Associate Receipt Number is 5947829 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20060112 08:34 | TI - Transfer from Institution | 5947834 | | OCC | ~Associate Receipt Number is 5947829 | $24.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $584.80 | $613.87 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $35.84 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $35.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | personal | savings | total |
|---|---|---|---|---|
| Inmate Name............ | Shakir Abdullah | | | |
| Commitment number.... | W51043 | | | |
| Period encompassed.... | 7/17/2005    1/17/2006 | | | |
| Beginning Balance: | 07/17/05 | $ 64.91 | $ - | $ 64.91 |
| Balance as of | 08/17/05 | $ 36.27 | $ - | $ 36.27 |
| Balance as of | 09/17/05 | $ 41.39 | $ - | $ 41.39 |
| Balance as of | 10/17/05 | $ 44.82 | $ - | $ 44.82 |
| Balance as of | 11/17/05 | $ 30.47 | $ - | $ 30.47 |
| Balance as of | 12/17/05 | $ 39.72 | $ - | $ 39.72 |
| Ending Balance: | 01/17/06 | $ 35.84 | $ - | $ 35.84 |

Six month average balance:     $   41.92

20% of six month average balance:     $    8.38

total expenditures for period:     $  613.87

total income for period:     $  584.80

To the best of my knowledge the above summary information is true and accurate:

Signed: *[signature]*     1/17/2006
Jeanne Petrillo

*note to clear numbers Ctrl-Z*