



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Bridgewater Correctional Complex*
*15 Administration Road*
*Bridgewater, Massachusetts 02324*
www.mass.gov/doc

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary

Kathleen M. Dennehy
Commissioner

James Bender
Deputy Commissioner

Timothy Hall
Assistant Deputy Commissioner
Bridgewater Correctional Complex

February 1, 2006

U.S. District Court
Cashier–Suite 2300
1 Courthouse Way
Boston, MA  02210

RE:  CA # 05-11539-DPW

To Whom it may concern;

Inmate Shakir Maris Abdullah W51043 currently does not have the funds in his account to satisfy the initial partial filing fee. His account has been frozen for that amount and when those funds become available, I will forward that amount to the court.

Sincerely,

*Evelyn Smith*
Evelyn Smith
Deputy Director
Bridgewater Correctional Complex

(508) 279-3700

Printed on Recycled Paper