UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br><br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE BRENNAN, Assistant Clerk, and REVEREND DANIEL IZZO,<br>    Defendants. | C.A. NO. 05-11539-DPW |

## DEFENDANTS FRANCIS H. FORD AND CATHERINE BRENNAN'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(1)

Defendants Francis H. Ford and Catherine Brennan in their official and individual capacities, move this Honorable Court to dismiss the Complaint with prejudice for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12 (b)(1). The federal courts are courts of limited jurisdiction and plaintiff's complaint does not satisfy the jurisdictional requirements of 28 U.S.C. § 1331.

The Defendants have attached hereto a copy of its memorandum in support of its motion to dismiss.

          Respectfully Submitted,

          FRANCIS FORD,
          CATHERINE BRENNAN,
          By Their Attorney,

          /s/ Ernest L. Sarason, Jr.
          Ernest L. Sarason, Jr., BBO # 441980
          Assistant Attorney General
          One Ashburton Place, 18th Floor
          Boston, MA  02108
          (617) 727-2200   x 3220

Dated: March 10, 2006

## CERTIFICATE OF SERVICE

I, Ernest L. Sarason, Jr., hereby certify that on March 10, 2006, I served a copy of the above Motion to Dismiss upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

          /s/ Ernest L. Sarason, Jr.
          Ernest L. Sarason, Jr.
          Assistant Attorney General