UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>　　　Plaintiff,<br><br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>　　　Defendants. | C.A. NO. 05-11539-DPW |

## DEFENDANTS FRANCIS H. FORD AND CATHERINE BRENNAN'S MOTION TO WAIVE LOCAL RULE 7.1

Now comes the Defendants, Francis H. Ford and Catherine Brennan, and respectfully request this Court to waive Local Rule 7.1 on the grounds that the Plaintiff is currently incarcerated at the Old Colony Correctional Center in Bridgewater, Massachusetts, and is unable to confer with the Defendants in compliance with this rule.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　FRANCIS FORD,
　　　　　　　　　　　　　　　　　　　　CATHERINE BRENNAN,
　　　　　　　　　　　　　　　　　　　　By Their Attorney,


　　　　　　　　　　　　　　　　　　　　/s/ Ernest L. Sarason, Jr.
　　　　　　　　　　　　　　　　　　　　/s/ Ernest L. Sarason, Jr.
　　　　　　　　　　　　　　　　　　　　Ernest L. Sarason, Jr., BBO # 441980
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　One Ashburton Place, 18th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　　　(617) 727-2200   x 3220

Dated: March 10, 2006

**CERTIFICATE OF SERVICE**

      I, Ernest L. Sarason, Jr., hereby certify that on March 10, 2006, I served a copy of the above Motion to Waive Local Rule 7.1 upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

                                                    /s/ Ernest L. Sarason, Jr.
                                                   /s/ Ernest L. Sarason, Jr.
                                                   Ernest L. Sarason, Jr.
                                                   Assistant Attorney General