UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAKIR MARIS ABDULLAH
Plaintiff,

v.

FRANCIS A. FORD, et al.,
Defendants.

C.A. No. 05-11539-DPW

FILED IN CLERKS OFFICE
2006 MAR 13 P 2: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

AFFIDAVIT FOR ENTRY
OF DEFAULT BY
THE CLERK

Shakir Maris Abdullah, Pro Se, being sworn deposes and says:

1. I am the plaintiff herein.

2. The complaint herein was filed on the 15th day of July 2005.

3. The court files and record herein show that the Defendants Francis A. Ford and Catherine Brennan were served by the United States Marshal with a copy of summons together with a copy of Plaintiffs' complaint, on the 14th day of February 2006. See attachments.

1.

4. More than 20 days have elapsed since the date on which the said Defendants Ford and Brennan were served with summons and a copy of the complaint, excluding the date thereof.

5. The Defendants Ford and Brennan have failed to answer or otherwise defend as to Plaintiffs' complaint or serve a copy of any answer or other defense which it might have had, upon the Plaintiff herein.

6. Defendants Ford and Brennan are not in the military service and are not infants or incompetents.

7. This Affidavit is executed in accordance with Rule No. 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff herein to obtain an entry of default against the Defendants Ford and Brennan for their failure to answer or otherwise defend as to the plaintiffs' complaint.

*Shakir Mario Abdullah, Pro Se*

March 9, 2006

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Shakir Maris Abdullah | COURT CASE NUMBER<br>C.A.05-11539-DPW |
| DEFENDANT<br>Francis A. Ford, Clerk of Worcester County | TYPE OF PROCESS<br>Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Worcester County Superior Court Clerks Office

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Room 21 - Court House, 2 Main Street, Worcester, MA. 01608-1176

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA. 02324

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 2/7/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Diane LaPlant Ass't

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service  2/14/06    Time 1:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Shakir Maris Abdullah | C.A.05-11539-DPW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Catherine Brennan, Assistant Clerk | Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Worcester County Superior Court Clerks Office

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Room 21 - Court House 2 Main Street, Worcester, MA. 01608-1176

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA. 02324

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. | No. | | 2/7/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Diane L. Plante - Complet

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/14/06   Time: 1 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**NOTE**