UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR 27  P 1:53

U.S. DISTRICT COURT
DISTRICT OF MASS

SHAKIR MARIS ABDULLAH,
    Plaintiff,

C.A. NO. 05-11539-DPW

v.

FRANCIS A. FORD, et al.,
    Defendants.

## MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff requests that this Honorable Court appoint him counsel in the above-reference matter.

As reasons therefore,

1. The plaintiff is indigent and without funds to hire an attorney.

2. The plaintiff is not sufficiently acquainted with the Federal Rules of Civil Procedures to fully litigate this matter without the assistance of the Court.

1.

3. At some point in the future, plaintiff will request the Court to provide him with a investigator to uncover any facts and details concerning the allegations in plaintiff complaint. And a attorney will be needed to carry out this task because of plaintiffs' incarceration.

4. Justice dictates that such counsel be appointed.

Respectfully Submitted,

*Shakir Maris Abdullah Pro Se*

Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, Pro Se, hereby certify that on March 23, 2006, I served a copy of the Motion to Appoint Counsel upon Ernest L. Sarason, Jr. Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

*Shakir Maris Abdullah Pro Se*

2.