UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

_____

SHAKIR MARIS ABDULLAH,                    )
     Plaintiff,                          )
                                           )

v.                                        )         C.A. NO. 05-11539-DPW
                                          )
FRANCIS H. FORD, Clerk, CATHERINE         )
BRENNAN, Assistant Clerk, and REVEREND    )
DANIEL IZZO,                              )
     Defendants.                         )
_____)

### ANSWER AND JURY DEMAND OF DEFENDANTS FRANCIS FORD AND CATHERINE BRENNAN

Now comes the Defendants, Francis Ford ("Ford") and Catherine Brennan ("Brennan"),

and answer the Complaint, paragraph by paragraph, as follows:

### CIVIL COMPLAINT

1.     To the extent the allegations in this paragraph call for a conclusion of fact or law, they

are hereby denied.

### PARTIES

2.     The allegations in this paragraph are statements of identity which require no response.

3.     The allegations in this paragraph are statements of identity which require no response.

To the extent the allegations in this paragraph call for a conclusion of fact or law, they

are hereby denied.

4.     The allegations in this paragraph are statements of identity which require no response.

To the extent the allegations in this paragraph call for a conclusion of fact or law, they

are hereby denied.

5.      The allegations in this paragraph are statements of identity which require no response. To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

## **FACTS**

6.      Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

7.      Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

8.      Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

9.      Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

10.     Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

11.     Defendants Ford and Brennan admit the allegations in this paragraph.

12.     Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.  To the extent the allegations in

this paragraph call for a conclusion of fact or law, they are hereby denied.

13. Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph. To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

14. Defendants Ford and Brennan deny the allegations in this paragraph.

15. Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph. To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

16. Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.

17. Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.

18. Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph. To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

19. Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.

20. Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.

21. Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.

22. Defendants Ford and Brennan admit that Defendant Brennan sent Plaintiff a letter on

June 16, 2005 stating that the Clerk's Office does not establish legal funds.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

23.    Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

24.    Defendants Ford and Brennan are without information or knowledge sufficient to form a belief about the truth of the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

25.    Defendants Ford and Brennan deny the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

## PRAYER FOR RELIEF

26.    Defendants Ford and Brennan deny the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

27.    Defendants Ford and Brennan deny the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

28.    Defendants Ford and Brennan deny the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

29.    Defendants Ford and Brennan deny the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

30.    Defendants Ford and Brennan deny the allegations in this paragraph.  To the extent the allegations in this paragraph call for a conclusion of fact or law, they are hereby denied.

4

All allegations that are not admitted nor denied are hereby denied.

## AFFIRMATIVE DEFENSES

Further answering the plaintiff's complaint, Defendants Ford and Brennan asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Defendants Ford and Brennan are immune from suit for civil rights violations in their official capacities as clerks of court as they are state officials, and the state has not waived its Eleventh Amendment immunity and therefore may not be subjected to suit in federal court.

### SECOND AFFIRMATIVE DEFENSE

Defendants Ford and Brennan are immune from suit for civil rights violations in their individual capacities by the doctrine of qualified immunity.

### THIRD AFFIRMATIVE DEFENSE

This claim is barred as Plaintiff has failed to plead a federal cause of action, and this Court has no subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

### FOURTH AFFIRMATIVE DEFENSE

This claim is barred as Plaintiff has failed to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

### FIFTH AFFIRMATIVE DEFENSE

The Defendants, Francis Ford and Catherine Brennan, hereby give notice that they intends to rely upon such other and further defenses that may become available or apparent during discovery proceedings in this case and hereby reserve the right to amend this answer to assert any such defense.

## JURY DEMAND

The Defendants, Francis Ford and Catherine Brennan, hereby request a trial by jury as to all issues, claims and defenses asserted in this action.

Respectfully Submitted,

FRANCIS FORD,
CATHERINE BRENNAN,
By Their Attorney,


/s/ Ernest L. Sarason, Jr.
Ernest L. Sarason, Jr., BBO # 441980
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108
(617) 727-2200   x 3220


Dated: March 30, 2006

## CERTIFICATE OF SERVICE

I, Ernest L. Sarason, Jr., hereby certify that on March 30, 2006, I served a copy of the above **Answer and Jury Demand** upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

/s/ Ernest L. Sarason, Jr.
Ernest L. Sarason, Jr.
Assistant Attorney General