UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
    Plaintiff

    v.

Francis H. Ford, Clerk
Catherine Brennan, Assistant
Clerk, Reverend Daniel Izzo
    Defendants.

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff hereby requests that Defendants produce for inspection and copying, the documents and tangible things identified below within thirty (30) calendar days of the service of this document request.

1. Any and all Bank Accounts, Saving Account, checking Account, Retirement Account, 401(K) Account, Mutual Fund Account, Bond Account, Annuities, Life Insurance payments, Trust Account owned and or accessed by the Defendants from December 14, 2004 through and including the date of your response to this Request.

1.

2. Any and all policies, procedures, regulations, instructions, notes, memoranda, internal communications and directives the Clerks Office and employees use in making deposits and withdrawals to and from banks from December 14, 2004 through and including the date of your response to this Request.

3. Any notes, documents, letters, memoranda, files, Records, Record books, logs, reflecting all deposits and withdrawals that was made within the Clerks Office from December 14, 2004 through and including the date of your response to this Request.

Respectfully Submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, Pro Se, hereby certify that on April 5, 2006, I served a copy of the Plaintiff's First Request For Production Of Documents upon Ernest L. Sarason, Jr. Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

Shakir Maris Abdullah, Pro Se

2.