UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED

CIVIL ACTION No.
05-11539-DPW

Shakir Maris Abdullah
Plaintiff

V.

FRANCIS A. FORD, Clerk
Catherine Brennan, Assistant
Clerk, Reverend Daniel Izzo
Defendants.

PLAINTIFF'S REPLY TO DEFENDANTS
FRANCIS FORD AND CATHERINE BRENNAN
ANSWER AND JURY DEMAND

Now comes the Plaintiff, Shakir Maris Abdullah,
and Reply to Defendants Ford and Brennan
answer and jury demand by submitting the
following additional exhibits:

1) A letter Plaintiff sent to Reverend Daniel
Izzo thanking him for his contribution. Exhibit
1.

1.

2) A letter Plaintiff received from Prison Services Project Director, Regina A. Mullen concerning the $100,000 note sent to the Clerk of Court. Exhibit 2.

3) A letter Plaintiff wrote to Prison Service Project Director Regina A. Mullen concerning the $100,000 note sent to the Clerk of Court. Exhibit 3.

4) A letter Plaintiff wrote to Attorney Kathleen M. McCarthy concerning the $100,000 Federal Reserve Note filed with the Clerk of Court. Exhibit 4.

5) A letter Plaintiff forwarded to Attorney John M. Thompson asking his legal opinion about the $100,000 note filed with the Clerk of Court. Exhibit 5.

6) A letter Plaintiff sent to his mother after Receiving the fake $1,000,000 from the Clerk of Court. Exhibit 6.

2.

7) A Contract of Agreement Plaintiff had drafted for his mother to manage the fake $1,000,000 from the Clerk of Court. Exhibit 7.

8) A letter addressed to Plaintiff from Attorney John M. Thompson concerning the $100,000 Plaintiff sent to the Clerk of Court. Exhibit 8.

9) A letter Plaintiff sent to Attorney John M. Thompson concerning the contraband of the fake $1,000,000 received from Catherine Brennan, Assistant Clerk. Exhibit 9.

10) A letter Plaintiff sent to Attorney's Stephen Hrones, Rosemary Scapicchio and **Wendy** Sibbison concerning the $100,000 Plaintiff sent the Clerk of Court. Exhibit 10.

11) A letter Plaintiff recieved from Rosemary Curran Scapicchio. Exhibit 11.

12) A letter Plaintiff recieved from Attorney Wendy Sibbison. Exhibit 12.

19) A letter from Plaintiff to First Justice Paul F. CoConto complaining about the actions of Clerks Ford and Brennan. Exhibit 19.

20) A letter from Plaintiff to Boston columnist Ryan Owen about the fake $1,000,000. Exhibit 20.

21) A letter from Plaintiff to Clerk of Court Francis A. Ford and a carbon copy to Reverend Dan Izzo. Here's what the Court should be made aware of about this particular letter. Once Mr. Izzo received letter from Plaintiff, Mr. Izzo personally wrote "donation letter" at the top of the letter and then wrote "for a Court General Fund" in the left hand corner and placed a arrow pointing directly to the sentence in which Plaintiff had made to the Clerks Office to establish a legal fund. This arrow pointing letter is very interesting for two reasons. One, the Court does not know that Reverend Izzo sent this arrow pointing letter not to Plaintiff upon receipt but directly to Clerk of Court Francis A. Ford. And two, if Plaintiff had not sent the $100,000 bank note to Defendants Ford and Brennan, then there was no need for Mr. Izzo to direct their attention to the purpose of the $100,000 bank note. This is proof that both Ford and Brennan had and have knowledge and information about the $100,000 bank note Plaintiff sent them. See exhibit 21. Therefore, the Defendants Ford and Brennan assertions and or their responses about this entire matter have been deliberately false and the Court should make note of that. What Mr. Izzo was actually doing through his "arrow pointing letter" was directing Defendants Ford and Brennan what

5.

to do with the $100,000 Note received from Plaintiff on December 6, 2004 and then again on December 14, 2004 but they stole the money and converted it to their own use. Plaintiff only filed this donation letter with his complaint because Assistant Clerk Catherine Brennan had sent it to him on February 28, 2005. Moreover, Plaintiff filed with his initial complaint a letter sent to Francis A. Ford and marked as exhibit B to his complaint. Contained in this exhibit B was/is exhibits a thru f. All the documents contained in exhibit d to exhibit B were, in fact, sent to Francis A. Ford by Reverend IZZO himself. Plaintiff only received these documents from Defendant BRENNAN. Either way this "letter" is viewed, it indicates that both Defendants Ford and Brennan possessed the $100,000 bank Note. Exhibit 21.

✳          ✳          ✳

## AFFIRMATIVE DEFENSE

Defendants Ford and Brennan First and Second Affirmative Defenses should be denied because the Defendants are not entitle to qualified immunity because what official (acting under the color of state law) doesn't know that it's not ok to convert someone else Hundred Thousand Dollar Certificate into their own use? An official cannot claim a defense of

6.

qualified immunity when that official's actions violated constitutional rights.

＊          ＊          ＊

Plaintiff's claim is not barred for failure to plead a federal cause of action or failure to state claim upon which relief can be granted:

42 USC Section 1983 reads:

"Every person who, under color of any statute, ordinance, regulation, custom or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress."

Nor is the Court without subject matter jurisdiction. See Memorandum And Order entered on January 3, 2006 and Memorandum And Order on March 23, 2006 both issued by District Judge Douglas P. Woodlock.

＊          ＊          ＊

The Court should take into account any instances that the Plaintiff prove that Defendant Ford and Brennan have been deliberately dishonest when answering the complaint; while evaluating Defendants Fifth Affirmative Defense.

7.

Respectfully Submitted,

Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

## CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, Pro Se, hereby
certify that on April 5, 2006, I served
a copy of the laintiff's Reply to Defendants
Francis Ford and Catherine Brennan Answer
and Jury Demand upon Ernest L. Sarason,
Jr. Assistant Attorney General, One Ashburton
Place, 18th Floor, Boston, MA. 02108

Shakir Maris Abdullah Pro Se

8.

EXHIBIT
1

DeFILED OFFICE 6, 2004
IN CLERKS OFFICE

2006 APR 11 A 11: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

Rev Dan Izzo:

I'm very grateful and overwhelm by
your generous contribution towards my legal
situation.

I have followed your instructions and am now
awaiting the Court's reply.

May God continue to bless you to be instrumental
toward good causes and I can never thank
you enough for your benevolence. May God reward
you success on the Day of Judgment.

Your Brother In Faith

Shakir Maris Abdullah



# PRISON SERVICES PROJECT

**2232 South Main Street #364**
**Ann Arbor, Michigan 48103-6938**

EXHIBIT
2

January 7, 2005

Mr. Shakir Maris Abdullah
( DOC/DIN # W51043 )
Old Colony Correctional Center
1 Administration Road
Bridgewater, Massachusetts   02324

Dear Mr. Abdullah:

Thank you for your letter of December 7, 2004. Enclosed please find the original documents sent to this office, which have been scanned and added to your Application materials.

With respect to the letter inquiry about the $100,000 note sent to the Clerk of Court, I think you might want to find out more about the philanthropist before asking the Court to accept as legal tender an instrument for such a large amount. While you may be familiar with this person, please recognize that your request of the Court was highly unusual. A better course of action would have been to have your benefactor establish a bank account trust for your benefit. A legal trust account needs to be handled carefully, so I recommend that you authorize someone you trust as an administrator and make sure that an accountant conducts a periodic review.

If you wish this office to be involved, please let me know and I will follow up with the Court to see what the status of your request is at present.

Sincerely,

Regina A. Mullen
Director

1-13-05

Shakin Manis Abdollah
W 51043
O.C.C.C.
1 Administration Road
Bridgewater, MA. 02324

EXHIBIT
3

Regina A. Mullen
Director
Prison Services Project

Dear Mrs. Mullen:

Pursuant to your January 7, 2005 letter pertaining to the $100,000 Note I sent to the Clerk of Court. I would like for your office to get involved or even be my administrator in handling this legal fund.

Also, I have enclosed the latest letter I sent to the Clerk of Court. I had to provide the Clerk of Court with my birth name in order for the Clerk of Court to establish the fund under the name I got convicted. Compare this letter with the December 6, 2004 letter I sent you.

However, I have received No reply from the Clerk of Court about this request.

I also need to Know whether or Not your office ever receive the trial Record from my prior attorney.

I further need to Know whether or Not I can be refer to a attorney in my area to make these matters less distant.

I look forward to your reply.

Sincerely,

Shakir Maris Abdullah

Shakir Maris Abdullah
aka Dennis Shelton
O.C.C.C.
One Administration Road
Bridgewater, MA. 02324

**EXHIBIT 4**

March 7, 2005

Mrs. Kathleen M. McCarthy
Attorney at Law
160 State Street, 8th Floor
Boston, MA. 02109

RE: File

Dear Mrs. McCarthy:

On January 27, 2004 I placed a Legal Ad on the internet. Around June 2004 I received a letter from Regina A. Mullen, Esquire, Director of Prison Service Project informing me of their program and how it could be of assistance to me.

At the time that was the only response I had received from the ad.

However, on December 4, 2004 I received a letter containing a $100.000 dollar Federal Reserve Note directing me to file it with the Clerk of Court for a general Legal fund. See enclosures.

Therefor, I would like for you to hold on to my file at this time. I have written several letter to different attorneys and should receive a response soon. After retaining a attorney they with pick up the file.

Thank you

Shakir M. Abdullah

cc: File
    Regina A. Mullen, Esq.

Shakir Maris Abdullah
O. C. C. C.
1 Administration Road
Bridgewater, MA.
March 14, 2005

John M. Thompson
Attorney at Law
1331 Main Street
Springfield, MA. 01103

EXHIBIT
5

Dear John:

It's' been quite some time since we communicated but nonetheless I have not forgotten you.

The reason I'm writing is to get your Legal opinion on a very very important matter.

Enclose please find a copy of my Justice Denied Legal Ad I had placed on the internet January 27, 2004.

Around December 5, 2004 I received the attached Federal Reserve bank note to the legal Ad worth a $100.000 dollars for the establishment of a general Legal fund.

I forwarded these documents to the Clerks office around December 6, 2004 Requesting their office to establish the general legal fund.

1.

3-15-05

EXHIBIT
6

Dear Mom:

What I am about to say in this letter may sound funny to you but it is the truth.

I received from the clerk of court here in Massachusetts a letter stating that they do not establish legal funds for individuals. They sent me all the paper work concerning this situation.

The courts also sent me a substantial amount of money to establish this legal fund myself. It's a very large sum of money that I have never seen nor have you ever seen. But, I need someone to manage it for me and it has to be someone that I can truly trust. And you were the only one I could think of to be my accountant and trustee for me without having unnecessary worries.

I know you are not a certified accountant but you handle money very well. So, I would like to hire you for this purpose and pay you a very reasonable salary for your services.

All you would have to do is deposit the money in your bank account or establish a bank account in my name giving you authority to make deposits and withdrawals. Which ever is easier for you.

over

Your responsibility would include paying attorneys and corresponding with them. Since I am here in Massachusetts and the attorneys would come from this area I will follow up on your payments to them.

If you are interest in this proposal please write me back to let me know you understand and accept this offer. Also, read the enclose contract and sign it and return it when you write back.

I know this is something new to you but now you are not only my mother but you are my business partner as well. Keep this letter for your records. I have the original.

I am currently waiting on a attorney to write me about the papers and money I received from the court. Once I receive this reply from him we can finalize the deal.

P.S. I kept the contract until its time to finalize the deal.

Love Always,

Shakir

# CONTRACT OF AGREEMENT

EXHIBIT
7

I, Shakir Maris Abdullah, aka Dennis James Shelton, authorize my mother Bessie Viola Bentley Shelton to deposit and manage One Million Dollars on my behalf.

I also give my mother the option to deposit this money in her bank account keeping all records of transactions or have one created in my name, whichever is easier.

I further give my mother authority and permission to make withdrawals from said account whenever needed at anytime.

This contract is to be a part of the bank records for this account.

Shakir Maris Abdullah
Shakir Maris Abdullah
O.C.C.C.
1 Administration Road
Bridgewater, MA. 02324
Date: March 21, 2005

Bessie Viola Bentley Shelton
P.O. Box #1852
Tuscaloosa, Ala. 35401
Date:

CC:

thompson & thompson, p.c.

attorneys at law

1331 main street ~ springfield, ma 01103
(413) 739~2100 ~ fax (413) 739~2300

linda j. thompson

john m. thompson

EXHIBIT
8

March 24, 2005

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

Dear Shakir:

Nice to hear from you after so long.  Hope all is as well with you as can be expected under the circumstances.

I reviewed the very interesting papers you enclosed with your March 14 letter, which I received yesterday.  I believe it is lawful for you to keep whatever monies are returned to you by the clerk's office.  They are a gift.

I also suggest that you should not put a great deal of confidence in receiving anything of value.  As you know, if anything of value as currency is sent to you, the institution will intercept it and deposit in your account.  However, from the papers you sent, I think the most you can expect to receive is a photocopy of some old currency.

If you do receive something valuable, I agree with your idea of using it to conduct an investigation into your case.

Sincerely,

John M. Thompson

criminal and civil trials ~ post trial litigation

Thompson & Thompson
Attorney at Law
1131 Main Street
Springfield, MA. 01103
April 5, 2005

EXHIBIT
9

Dear John:

In following up on our Monday night conversation please
find enclosed all the paper I received from the clerk's
office.

I was as shocked as you were when I saw how much money
the clerk had sent me. The only thing I could make out
of it was that because the person who donated the money
for a general legal fund stated in the papers he forwarded
to the court "that they could throw out the donation if
they liked and no reply was necessary."
When the court determined that they were NOT going to establish
the legal fund couple with the donors no reply needed,
they just sent me the money instead of throwing it out.
As you can see from the enclosed paper the person has
considerable access to government funds. Feel free to ask
Assistant Clerk Catherine Brennan who sent me these papers and money.
This is all for now and I look forwarded to your next course
of action upon clarity of this matter.

Sincerely,

Sherlin Maurs Abdullah

P.S The Disapproved Correspondence
    Publication And Contraband Notice
    To Inmate Form does not contain the
    amount of money but it is $1,000.000
    dollars with the serial number B03231025A
    Series 2001. Would you please pick this
    Money up as soon as possible and place
    it in a trust fund before it comes up
    misplaced or missing altogether.

Shakir Maris Abdullah
Old Colony Correction Center
1 Administration Road
Bridgewater, MA. 02324
March 4, 2005

ATTORNEY AT LAW

EXHIBIT
10

Dear Attorney:

Enclose please find a copy of my "Justice Denied Legal Ad,"
I had placed on the internet January 27, 2004.
Around December 5, 2004 I received the attached Federal
Reserve note to the Legal Ad worth a $100.000 dollars for
establishment of a general legal fund.
This $100.000 dollar bank note was directed to the Clerk's
office giving them authority to endorse it and deposit it for
a general legal fund.
However, I received the enclosed February 28, 2005 letter
from the Office of Clerk of Court informing me that their office
does not establish legal funds. Also, the clerk office forwarded
me other documents they had received from the person that donated
the money. See other enclosures.
What I need at this time is a lawyer to represent me in
this criminal matter now that money is being donated to resolve
issues in my case that I did not have to resolve before.
Even though, my appeals were unsuccessful the contents of
the Justice Denied Legal Ad and other "serious travesties"
occurring at my trial have never been addressed for lack of
"proper resources."
So, what I need first is a commitment to accept my case
based on the aforementioned facts. Then, I need a trust fund
established that I may request my benefactor to donate the money
to this fund for my legal defense. I will provide from my prison
account $15.00 dollars to open the trust fund. Of course, I would
provide the donor with this letter and all information derived
therefrom to legitimize the contract.
Upon completion of this process all expenses may be extracted
from this fund, including but not limited to, retainer fees,
investigative fees and miscellaneous fees.
What is important to me at this time is that a great
injustice has been committed upon me and this is a great
opportunity to address it or I will continue to languish in
prison.
If you have any interest to this injustice and windfall
or know of another attorney who might would you contact me
forthwith.
Thank you for your time and concern to this matter.

cc: Stephen Hrones
    Rosemary Scapicchio
    Wendy Sibbison

SINCERELY YOUR'S

Shakir Maris Abdullah



EXHIBIT
11

## ROSEMARY CURRAN SCAPICCHIO
ATTORNEY AT LAW



FOUR LONGFELLOW PLACE
37ᵀᴴ FLOOR
BOSTON, MASSACHUSETTS 02114

TEL. (617) 263-7400
FAX (617) 742-5761
E-MAIL: SCAPICCHIO_ATTORNEY@YAHOO.COM
WWW.SCAPICCHIOLAW.COM

April 5, 2005

Shakir Maris Abdullah
OCCC
One Administration Road
Bridgewater, MA 02324

Dear Mr. Abdullah:

We appreciate you contacting our firm. I am currently scheduled to try four murder cases by the end of the year. Unfortunately, due to my heavy trial schedule we are unable to take on any new clients at this time. Best of Luck!

Sincerely,

Rosemary Curran Scapicchio
(JEC)

RCS/jec



# WENDY SIBBISON
### ATTORNEY AT LAW
### 26 BEECH STREET
### GREENFIELD, MASSACHUSETTS 01301-2308

*Telephone*
**(413) 772-0329**

*Telefax*
**(413) 772-0009**

March 24, 2005

Mr. Shakir Maris Abdullah
MCI Old Colony
1 Administration Rd.
Bridgewater, MA 02324

Dear Mr. Abdullah:

Thank you for your letter of March 4th.  I'm sorry to report that I am not taking on any new post-appeal cases, paid or appointed, state or federal.  I wish you well in your search for justice.

Sincerely yours,

Wendy Sibbison

WS/dr

## GORDON W. SPENCER

*Attorney at Law*

1256 Park Street, Suite 104
Stoughton, MA 02072

(781) 297-9293
Fax: (781) 297-9295

EXHIBIT
**13**

April 14, 2005

Mr. Shakir Maris Abdullah
Old Colony Correctional
One Administration Road
Bridgewater, MA 02324

Dear Mr. Abdullah:

I am writing to follow up on your correspondence sent to me on April 11, 2005, and received by myself today. After my initial review of your correspondence, I smell a monstrous miscarriage of justice. However, I have a ton of questions, most of which focus around the factual allegations of your charges, and the specific involvement of the female and male witness whose credibility is at controversy. In order to adequately absorb all the relevant information surrounding your case, what I propose is the following:

1) I come to visit with you so I can interview you, and you can provide me with all the documentation you have;

2) I take back said documentation to my office so I can perform a records review, and perform an investigation; and

3) Meet with you again, so that we may discuss particular strategies and process.

As far as the fee, I charge approximately $150.00 an hour for my time. I would like to proceed on an hourly basis, as I believe such an arrangement would be in the best interests of both parties. I also use an investigator named Mr. James Shugrue out of Cambridge, Massachusetts. He is an attorney licensed to practice law in this state, but has since hung up that hat to pursue investigations. If you have a personal preference on investigators, I would obviously defer to your particular judgment.

As far as the trust fund that you are talking about, I think it best to discuss this in person, but I don't forsee that as being a problem. Have in mind who you want as trustee, as well as whether you want it revocable or irrevocable.

Please write or call me upon your receipt of this letter, telling me if you want a visit.

Very truly yours,

Gordon W. Spencer

April 18, 2005

TO: Mail Room

EXHIBIT
14

FROM: Shakir Maris Abdullah
         W51043


TO Whom it May concern:

   On April 4, 2005 I received a Disapproved Correspondence/Publication and Contraband Notice.

   The item rejected for delivery was a One Million Dollar (1,000,000) currency bill with the serial number B03231025A inscribed on it.

   I would like this item turned over to my attorney Gordon W. Spencer upon his visit here at the institution on April 20th, or 21st 2005.

                              Thank you,

cc: Gordon W. Spencer          Shakir Maris Abdullah

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

EXHIBIT
15

April 27, 2005

Gordon W. Spencer, Esq.
Attorney at Law
1256 Park Street, Suite 104
Stoughton, MA 02072

Dear Attorney Spencer:

Enclosed please find the One Million Dollar currency bearing the Serial Number B03231025A and manufactured in 2001.

I went ahead and forwarded this money to you because there is a timetable of thirty days to dispose of the contraband. I did not want to take the chance of losing the money!

Would you please notify me of your receipt of this money when you receive it.

Sincerely yours,

Shakir Maris Abdullah

cc: file

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

EXHIBIT
16

April 28, 2005

Gordon W. Spencer, Esq.
Attorney at Law
1256 Park Street, Suite 104
Stoughton, MA 02072

Dear Attorney Spencer:

By the time you receive this brief letter you should have received a certified letter containing the One Million Dollars.

I forgot to include my mothers' name and address as my beneficiary for the trust fund. Below is her name and address.

Mrs. Bessie Viola Bentley Shelton
P.O. Box 1852
Tuscaloosa, Alabama 35401

Also, I have gather all the prior police reports, motions, and transcripts I have in my possession to turn over to you when we meet.

Thank you for your time and assistance for everything.

Sincerely,

*Shakir Maris Abdullah*

cc: file

Shakir Maris Abdullah
O.C.C.C.
One Administration Road
Bridgewater, MA. 02324

EXHIBIT
17

May 4, 2004

Dear Mr. Izzo:

On February 28, 2005 I received the enclosed papers from
Worcester Clerks' Office informing me that their office does not
establish legal funds. Also, accompanied with these papers from
the clerks office was a One Million Dollar BILL.

So, I started contacting different lawyers to take on my case.
I received a genuine reply from attorney Gordon W. Spencer. See
his April 14, 2005 letter enclosed to me.

Upon attorney Spencer's visit with me on May 2, 2005 to discuss
some of the details concerning my case. He presented to me upon
his departure the enclosed Million Dollar Source print-out from the
internet stating that "there is no such thing as a real Million Dollar
Bill."

Would you please inform me or attorney Spencer whether or not
you forwarded this Million Dollar instrument to the clerks office
and whether or not it is real and how it could be used in this matter.

This is a very critical stage of my life and I need the funds
to provide for attorney Spencer's representation as well as the
assistance of his investigator. I look forward to your reply.

Sincerely yours,

Shakir Maris Abdullah

cc: Gordon W. Spencer, Esq.



Million Dollar Sourc

H...        Products        Orders        Your Car        About U..

## FAQs & Facts
### Answers to Questions Most Often Asked

**Q. Is it legal?**
**A. Yes!** But it is obviously not real currency. This is the *most often asked question* by a person seeing one for the first time. Our Million Dollar Bill is not only legal, it has official U.S. Government approval. First, it has an approved Copyright (Number VA777-015, dated May 30,1996), from the Library of Congress. Second, and much more important, the Counterfeit Division, U.S. Secret Service, has conducted periodic formal reviews and each time officially approved this specific bill, in writing. You can use this Million Dollar Bill with complete confidence that you are not violating any U.S. law.

**Q. Is there such a thing as a real Million Dollar Bill?**
**A. No, and there never has been.** This is the *second most often asked question.* According to the Information Please Almanac, the Federal Government has never printed a bill larger than $100,000 (this bill was only used to transfer money between the Federal Reserve System and Treasury Department). The largest bill they ever printed, for public use, was a $10,000 bill, which they stopped printing in 1969. The largest bill printed since then, and in current circulation, is $100.

**Q. What are they used for?**
**A. There are "millions" of business and personal uses.** This is the *third most often asked question.* Use them to get attention for your business, to make an impression, to be remembered, to say "Thanks a Million" for "millions" of reasons, to say Happy Birthday, Happy Anniversary, Congratulations, etc., etc., or to simply bring a smile and make someone happier for a moment -- to make their day. Just think about all the ways you can use them.

**Q. How are they used?**
**A. Millions of ways!** And this is the *fourth most often asked question.* The answer requires an extensive response so a special section of this Website is devoted to providing you with specific "How To Use" Tips.

**Q. Where can I get my own Million Dollar Bill?**
**A. This is the _most important question!_**  You can order Million Dollar Bills here and now, underline at this Website, or by calling toll free, or by fax, or by mail. Find out how.

**Q. Can I Customize the Million Dollar Bills?**
**A. Yes.**  By customizing the bills you can use them as business cards, for advertising or promotional messages, anything. The easiest, and least expensive way, is to simply apply a label, sticker, or stamp to your bills with whatever information you desire. Or, you can order custom printed Million Dollar Bills with your own contact information. Here is how.

**Q. What about "compliance" issues in the financial services industry?**
**A. It should not be necessary to obtain approval.** A brief answer is that the compliance issue pertains to what you say or imply -- not the Million Dollar Bill itself. A more detailed answer, for those who are interested, is provided separately.

| Home | Products | Ordering Info | Your Cart | About Us | Contact Us |
| FAQ's | How To Use | Fast Track | Newsletters | Links |
| Bills | Cards | Specials | More | Site Map | Contact Webmaster |

© 1999-2003 ComeToBuy INC. All rights reserved.

May 5, 2005

EXHIBIT
_18_

Dear Mr. Izzo:

Please find enclosed a letter I received from a lawyer I am trying to retain to help me in my unjust criminal matters.

This letter is a explanation of his examination of the One Million Dollar Bill I received from Worcester Clerks' Office!  I know you did forward me a 100,000.00 dollars specimen to forward to the court of clerk for a legal fund.  But, I never received anything from you about a Million Dollars (1,000,000.00).

I am very confused about what has taken place because the clerks' office never returned the 100,000.00 specimen with the other papers I sent you.

Would you kindly advise me as to your involvement in this matter. But, I will proceed in the mean time to place my justice denied - legal ad back on the internet in hope of getting the assistance I need.

I look forward to your reply.

Sincerely yours,

Shaku Maris Abdullah

cc: Gordon W. Spencer

# GORDON W. SPENCER

*Attorney at Law*

1256 Park Street, Suite 104
Stoughton, MA 02072

(781) 297-9293
Fax: (781) 297-9295

May 2, 2005

Mr. Shakir Maris Abdullah
Old Colony Correctional
One Administration Road
Bridgewater, MA 02324

Dear Mr. Abdullah:

I am writing to follow up on our meeting today at Old Colony. I managed to get over to the post office by five-o'clock today in order to pick up the correspondence you sent me (along with the 1M dollar currency). After review of the currency, I am 100% certain that the currency is fake. I took the liberty to copy the currency (along with a genuine 100$ bill), and you can see that the currency you sent me has stark differences as it relates to the data on the currency.

For example, the black seal on the left side of your currency reads "Millionaire Bank USA", where the black seal on my currency reads, "United States Federal Reserve System". Even more compelling is the notation underneath the black seal of your currency, which reads, "This certificate is **not legal tender, nor is it a presentation of any existing or previous U.S. Government note".** My currency reads, "this note is legal tender....". In essence, there is nothing on your currency which would give me any reason to believe that your currency is genuine.

Quite frankly, this is information that you should have realized before thinking the currency was real. Even the green seal on the right side of your currency reveals that your currency comes from the Department of "Funny Money".

Kindly advise how you want to proceed. I will hold on to the original until further instructions.

Very truly yours,

Gordon W. Spencer

Enc.



**Friends Beyond The Wall, Inc.**
Poughkeepsie Plaza
2600 South Road, Suite 44-244
Poughkeepsie, NY 12601

## Subscription Expiration Notice ...

☐ Expiration Date: ___/___/___

**Renew today--less than 1/2 PRICE! Only $14.95 for 1 Full Year!**
Hurry...substantial discount available only through date above! Payment
must be received by or before expiration, or full price will apply (if payment
is not received, your subscription will be deleted the day after expiration date).

### Confirmation...*the following has been completed!*

☐ Counter: _____  ☐ Counter Removed  ☐ Counter Reset '0'
☐ Address Change  ☐ Alternate Address
☐ Ad Renewal   - Received $_____
☐ New & Featured  - Received $_____
☐ Mail Account  - Received $_____
    *(not available for NY State prisoners)*     thank you!
☑ Cancellation of Subscription
☑ Other  Ad copies - Full Page
           $3.00 each

**SEND TO:**

Shakir Abdullah
#W51043
OCCC
One Administration Rd.
Bridgewater, MA 02324

### New Subscriptions...

Your subscription request has been received; however, the following has not
yet arrived at our office (item(s) below are needed to complete your order).
**MISSING INFO** -- Send Items below to: **ATTN: PENDING ORDER**
☐ Payment in amount of: $ _____   ☐ Text   ☐ Photo
☐ _____
        Thank you! The Staff of FBTW, Inc.

Old Colony Correctional Center
One Administration Road
Bridgewater, MA. 02324
June 9, 2005

EXHIBIT
19

First Justice
Paul F. CoConto
50 Harvard St.
Worcester, MA. 01608

Dear Justice CoConto:

On January 27, 2004, I had the enclosed Justice Denied - Legal Ad placed on the internet. See attachment.

Around December 5, 2004 I received from a donor a donation of $100.000 dollars to be forwarded to the Clerk of court for a general Legal fund. See all details and exhibits explaining this matter to Clerk of Court Francis A. Ford marked as exhibit B.

After you read exhibit B, I need to find out why the clerks' office have not responsed to this complaint.

Thank you for your time and consideration.

cc: file

Sincerely,

Shaka Maris Abdullah

Shakir Maris Abdullah
OCCC
One Administration Road
Bridgewater, MA 02324

EXHIBIT
20

Dear *Mr. Owens:*

Here is a great story for you!

Who can you trust these days?


On January 27, 2004 I had a Justice Denied-Legal Ad placed on
Friends Beyond The Wall, Inc. website.  See Legal Ad Attached.

Around December 4, 2004 I received a favorable response from
a donor directing me to forward a $100,000.00 (One Hundred Thousand
Dollar) Federal Reserve Bank Note to the clerk of Worcester County
for the establishment of a legal fund to address the issues in my
Legal Ad.

However, worcester county Assistant Clerk Catherine Brennan
informed me via mail on February 28, 2005 that their office does
not establish legal funds and returned all the relevant papers
concerning the matter.

However, she never returned the $100,000.00 Federal Reserve
Bank Note I sent on December 4, 2004 but instead she sent me a
$1,000,000.00 (One Million Dollar Bill) that turned out to be
counterfeit!  I was shocked, devastated and disappointed that she
would do such a thing.  See enclosed letter and exhibits addressed
to Clerk of Court Francis A. Ford exposing this corruption dated
May 9, 2005.

I have tried very hard to bring my unjust conviction to light.
Now I have to bring attention to a public official whose actions
are unconcerned whether I'm innocent or not but govern by greed!

1.

Once again, "who can you trust these days."

I look forward to your reply or interview or any type of exposure to address both injustices!

Sincerely Yours,

*Shakia Maris Abdellah*

cc: file
Dated: *July 15*    ,2005

2.

*Donation Letter* (handwritten across header)

*Form:* (handwritten left margin)
*Court*
*General*
*Fund* (handwritten left margin)

Shakir Maris Abdullah
OCCC
1 Administration Road
Bridgewater, MA. 02324

EXHIBIT
21

February 4, 2005

*Relating to this Letter issue;* (handwritten)

FRANCIS A. FORD
CLERK OF THE COURT
ROOM 21 - COURT HOUSE
2 MAIN STREET
WORCESTER, MA. 01608-1176

Dear Mrs. Ford:

On December 6, 2004 I forwarded to your office a request to establish a legal fund on my behalf with the clerk's office.  However, this request was returned on December 10, directing me to provide a docket entry number.  There-after, I forwarded you another letter on December 14, 2005 containing this requested information.  But, I have received no reply from you concerning this matter to date.  Please see attachments.

Would you kindly inform me of the status of this request that I may proceed to retain a attorney to correct these injustices.

Shakir Maris Abdullah
AKA Dennis Shelton
No(s); 90-1148; 1150-51

*I do not Know Petitioner* (handwritten)

Sincerely yours,

*Shakir Maris Abdullah* (signature)
Shakir Maris Abdullah

*The Donation* (handwritten)

cc: file

Rev. Dan Izzo,

*"is For the Court For a General Legal Fund" Rev Izzo* (handwritten)