UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAKIR MARIS ABDULLAH
    Plaintiff,

v.

FRANCIS A. FORD, et al.,
    Defendants.

## PLAINTIFF'S AMENDED MOTION FOR APPOINTMENT OF COUNSEL

The Plaintiff Request that this Honorable Court appoint Him counsel in the above matter for the following below Reasons:

1. The Plaintiff is indigent and his financial status has not changed since the Court allowed him to proceed in forma pauper on January 27, 2006.

2. Plaintiff has filed with the Court a Request for Subpoena duces tecum to issue for Worcester's Clerks office deposits and withdrawals that the Court may conduct an in camera inspection of such Reports.

1.

3. Plaintiff has also requested of the Defendants Ford and Brennan for production of bank account, saving account, checking account and many other accounts as well as policies, procedures, regulations governing the practices of the Clerks Office.

4. Plaintiff has also asked the Defendants Ford and Brennan for record books, logs, reflecting all deposits and withdrawals made within the Clerks Office.

5. Given the extent of the requests to the Court and to the Defendants Ford and Brennan, Plaintiff will require an attorney under section 1915(d), for these exceptional circumstances.

6. See Kilgo v. Ricks, 983 F.2d 189, 193 (11th Cir. 1993) ("Key is whether the pro-se litigant needs help in presenting the essential merits of his or her position to the court"). and that exceptional circumstances were present such that a denial of counsel was likely to result in fundamental unfairness impinging on his due process rights. Childs v. Duckworth 705 F.2d 915, 922 (7th Cir. 1983).

2.

7) Because the request is a exceptional circumstance such as where facts and legal issues are so novel or complex as to require assistance of trained practitioner to advance proper administration of justice. The Court should allow the motion.

Respectfully Submitted,

Shakir Maris Abdullah Pro Se
Shakir Maris Abdullah Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, Pro Se, hereby certify that on April 25, 2006, I served a copy of the Amended Motion for Appointment of Counsel upon Ernest L. Sarason, Jr. Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

Shakir Maris Abdullah Pro Se

3.