UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2006 MAY 24 P 1:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
    Plaintiff

v.

Francis A. Ford, Clerk
Catherine Brennan, Assistant
Clerk, Reverend Daniel Izzo
    Defendants.

PLAINTIFF'S FIRST SET OF
INTERROGATORIES TO DEFENDANTS
FRANCIS A. FORD AND CATHERINE BRENNAN

In accordance with Rule 33 of the Federal Rules of Civil Procedure, Plaintiff request Catherine Brennan and Francis A. Ford answer the following interrogatories separately and fully in writing under oath and that the answers be signed by the person making them and be served on plaintiff within 30 days of service hereof.

In responding to these interrogatories, furnish all information which is available to you, including information in the possession of your attorneys or investigators for your attorneys, and not merely information known of your own personal knowledge.

1.

If you cannot answer the following interrogatories in full, after exercising due diligence to secure the information to do so, so state, and answer to the extent possible, specifying your inability to answer the remainder, and stating whatever information or knowledge you have concerning the unanswered portions.

These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

1. Did you at any time received a fake One Million Dollar Bill ($1,000,000) from Reverend Daniel IZZO between the times of December 14, 2004 thru February 28, 2005 via mail?

2. If yes,
   (a) was any written report made of its Receipt by you are anyone else?
   (b) were there a note, letter or instructions accompanying the $1,000,000 bill indicating to you what should be done with it?

3. Have you ever spoke with Reverend Daniel IZZO by telephone or written communication between December 14, 2004 thru February 28, 2005 or know of anyone who has?
   (a) If yes, provide their names, addresses and telephone numbers.

2.

4. Have you spoken with Reverend Dan Izzo by telephone or written communication between the time of March 1, 2005 up to this present day or know of anyone who has?

(a) If yes, provide their names, addresses and telephone numbers.

5. What is the full name of the person(s) that receives, records and deposits all monies (bonds, bank notes, cash, checks, money orders, currency), within the division of the Clerk's office?

6. Have you ever deposited any National Bank Notes, Federal Reserve Banks Notes, Fidelity Corporation Notes or Pennsylvania Company Notes under USC title 12 sec 342 or USC title 12 sec 412 associated with this matter/action with the Clerk's treasury account or any other banking institutions from December 14, 2004 until this present day?

(a) If no, has anyone in your office, staff and/or employees deposited any of the afore-mentioned bank notes mentioned in paragraph six above in any clerk's treasury or banking institution in the Commonwealth of Massachusetts or any banking institution outside of the state of the Commonwealth of Massachusetts — that you are aware of?

3.

7. State the name and address or otherwise identify and locate any person or persons who, to your knowledge, or to the knowledge of your agents and attorneys, purport to have knowledge of facts relevant to the Requests and questions described in these interrogatories?

8. Was any written Reports, logs or records made of the letters, correspondences, and bank notes you or anyone in your office Received from Reverend Daniel Izzo at anytime?

9. If yes, state:

   (a) The date, month and year Received;

   (b) provide copies of such written Reports, logs or records.

10. Did you are anyone in your office write any of the markings on SMA 0049 attached hereto or is it the handwriting of Reverend Daniel Izzo himself?

4.

11. Do you, your attorney, or any person employed by you or your attorney, have possession or know of the existence of any records, reports made in the ordinary course of business, other printed or documentary material, or documents, or other tangible objects that are relevant to the requests and questions described in these interrogatories?

12. If yes, state:

(a) The name and description of each such item;

(b) The name and address of each person who made, prepared or took each such item;

(c) The name and address of the present custodian of each such item;

(d) The date, time and place where each such item was made, prepared or taken;

(e) The method by and purpose for which each such item was made, prepared or taken;

(f) The manner in which each such item is relevant to the requests and questions described in these interrogatories.

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

## CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, Pro Se, hereby certify that on May 16, 2006 I served a copy of Plaintiff's First Set of Interrogatories to Defendants Francis A. Ford and Catherine Brennan upon Ernest L. Sarason Jr., Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

Shakir Maris Abdullah Pro Se

6.

Francis A. Ford
Clerk/Magistrate
Worcester County Superior Court
2 Main Street
Worcester, MA. 01608

COPY

Shakir Maris Abdullah
OCCC
One Administration Rd.
Bridgewater, MA. 02324

December 6, 2004

(I don't know)
Petitioner

SMA 0049

Dear Mrs. Ford:

Enclosed please find my Justice Denied legal Ad I had placed on the internet seeking legal assistance or donations.

In response to this request I received the enclosed note for the Court Clerk to endorse and deposit with the Court Clerk for a legal fund on my behalf.

I have also provided herein a copy of the message that accompanied the Note directing me to forward this item to you that I may have a legal fund established to resolve the ~~money~~ General Legal ~~Fund~~ ~~on my~~ Justice Denied Legal Ad.

To The Court:
Deposit under USC Title 12 sec 342
National Bank Notes as, for
the Same Collated under USC 12 sec 412