UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSCHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
    Plaintiff

v.

Francis A. Ford, Clerk
Catherine Brennan, Assistant
Clerk, Reverend Daniel Izzo

## Motion For Discovery

Under Fed. R. Civ. P. Rule 26(a)(1) each party is supposed to provide to the other the following:

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subject of the information;

(B) a copy of, or description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;

1.

(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including material bearing on the nature and extent of injuries suffered----

Also required under this rule is the disclosure of any insurance agreements that may cover all or part of any judgment.

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, Pro Se, hereby certify that on May 16, 2006 I served a copy of Plaintiff Motion for Discovery upon Ernest L. Sarason Jr. Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

Shakir Maris Abdullah Pro Se

2.