UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 JUN 15 P 12: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
        Plaintiff

v.

Francis A. Ford, Clerk
Catherine Brennan,
Assistant Clerk
        Defendants.

PLAINTIFF'S MOTION FOR LIEN TO BE PLACED ON DEFENDANT'S FRANCIS A. FORD AND CATHERINE BRENNAN'S PAYCHECK, SAVINGS AND CHECKING ACCOUNT AND PROPERTY POSSESSIONS

Plaintiff moves this Court to place a lien on Defendants Ford and Brennan paycheck, savings and checking accounts and their property for the following reasons:

1.