UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br><br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>    Defendants. | C.A. NO. 05-11539-DPW |

## DEFENDANTS FRANCIS H. FORD AND CATHERINE BRENNAN'S PROPOSED DISCOVERY SCHEDULE

Per the June 13, 2006 order of this Court, Defendants Francis H. Ford and Catherine Brennan in their official and individual capacities, submit the following proposed discovery schedule. The Defendants further state that they attempted to comply with the Court's directive that the parties confer as to this discovery schedule by mailing a letter to the Plaintiff on June 13, 2006 at Old Colony Correctional Center. The Defendants have not received a response as of this date, and subsequently file this motion on behalf of both parties per the Court's directive.

**Proposed Schedule**

1. All required disclosures pursuant to Rule 26(a)(1) to be made by 7/30/06.

2. All interrogatory and production of documents requests to be answered by 11/30/06.

3. All depositions (potentially 3) to be taken by 12/31/06.

4. Motions for summary judgment to be filed by 2/28/06.

Respectfully Submitted,

FRANCIS FORD,
CATHERINE BRENNAN,
By Their Attorney,


/s/ Ernest L. Sarason, Jr.
/s/ Ernest L. Sarason, Jr.
Ernest L. Sarason, Jr., BBO # 441980
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108
(617) 727-2200   x 3220


Dated: June 30, 2006

## CERTIFICATE OF SERVICE

    I, Ernest L. Sarason, Jr., hereby certify that on June 30, 2006, I served a copy of the above Motion to Dismiss upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

/s/ Ernest L. Sarason, Jr.
/s/ Ernest L. Sarason, Jr.
Ernest L. Sarason, Jr.
Assistant Attorney General