UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

FILED
IN CLERKS OFFICE
2006 JUL 10 P 3: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

Shakir Maris Abdullah
　　Plaintiff

v.

Francis H. Ford, Clerk
Catherine Brennan, Assistant Clerk
　　Defendants.

### PLAINTIFF'S MOTION TO STRIKE FIRST SET OF INTERROGATORIES TO DEFENDANTS FRANCIS H. FORD AND CATHERINE BRENNAN

The plaintiff moves that the court strike the first set of interrogatories sent to the defendants on May 16, 2006 for the following:

1) That plaintiff served the defendants Ford and Brennan with his first set of interrogatories on May 16, 2006.

1.

2) That on June 14, 2006 the court ordered the parties to confer and present a proposed discovery schedule by June, 30 2006.

3) Upon receipt of the court's June 14, 2006 order plaintiff informed defendants attorney that if the first set of interrogatories had not been answered by the court's reception of the proposed discovery schedule that the first set of interrogatories were to be disregarded and replaced by plaintiff's set second of interrogatories which were sent to the defendants attorney on July 1, 2006. See attached letters dated June 17, 2006 and July 1, 2006.

4) Plaintiff further seek to strike the first set of interrogatories because the first set of interrogatories contained only twelve interrogatories while the second set of interrogatories consist of twenty interrogatories that are more concise and more descriptive of details. See first and second set of interrogatories attached hereto.

Wherefore, plaintiff request the court to strike plaintiff's first set of interrogatories and direct the defendants to answer only plaintiff's second set of interrogatories dated June 30, 2006.

Shakir Maris Abdullah
OCCC
One Administration Road
Bridgewater, MA. 02324

Ernest Sarason Jr.
Assistant Attorney General
One Ashburton Place, 18th Place
Boston, MA. 02108

Dear Attorney Sarason Jr.,

I'm in receipt of your June 13, 2006 letter from Paralegal Cathleen Collins concerning the proposed discovery schedule for consideration.

I concur and agree with the discovery schedule to be submitted to the Court except that I would request that you change, "All interrogatory and production of documents requests to be answered by 11/30/06," to "All interrogatory and request for admission and production of documents requests to be answered by 11/30/06."

Also, I did submit interrogatories to you on May 16, 2006 in which I have received no reply. Please be advise that if I receive no reply to the interrogatories by the courts decision on the schedule proposal I will resubmit new interrogatories containing additional interrogatories. — Thank you,

Shakir Maris Abdullah Pro Se

June 17, 2006

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA. 02324

Ernest Sarason Jr.
Assistant Attorney General
One Ashburton Place, 18th Place
Boston, MA. 02108

Dear Mr. Sarason Jr.

Enclosed please find my second set of Interrogatories and my second Request for Production of Documents.

As I mentioned to you in my June 17, 2006 letter "that if I receive no reply to the interrogatories by the courts decision on the schedule proposal for discovery I would resubmit new interrogatories containing additional interrogatories." See June 17, 2006 attachment.

I have received no reply to the first set of interrogatories and ask that you disregard the first set of interrogatories and address the second set which are basically the same but contain additional and clearer interrogatories.

Thank you

July 1, 2006

Shakir Maris Abdullah
Pro Se