UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAKIR MARIS ABDULLAH.
    Plaintiff

CIVIL ACTION NO. 05-11539-DPW

v.

FRANCIS H. FORD, CATHERINE BRENNAN, and
REVEREND DANIEL IZZO
    Defendant

## SCHEDULING ORDER

WOODLOCK, D.J.

    This Order is intended primarily to aid and assist counsel/parties in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    In accordance with this Court's adoption of defendants Ford and Brennan's proposed schedule, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

1. All required disclosures pursuant to Rule 26(a)(1) to be made by **JULY 30, 2006**.

2. All interrogatory and production of documents requests to be answered by **NOVEMBER 30, 2006.**

3. All depositions (potentially 3) to be taken by **DECEMBER 31, 2006.**

4. Motions for summary judgment are to be filed by **FEBRUARY 28, 2007**, and responses are to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order,

if necessary.

      Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

                                                  By the Court,

DATED:  July 12, 2006                    /s/ Michelle Rynne
                                                  Deputy Clerk