Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

FILED
IN CLERKS OFFICE
2006 JUL 14 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
c/o Docket Clerk Richard Nici
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

RE: Abdullah v. Ford, et al.,
C.A. No. 05-11539-DPW

Dear Mr. Nici:

Would you please forward to to my above Reference address a copy of the docket entry sheet to the above-reference matter.

Thank you,

Shakir Maris Abdullah Pro Se

Date: July 13, 2006