UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
  Plaintiff,

V.

Francis A. Ford, Clerk,
Catherine Brennan, Assistant
Clerk
  Defendants.

MOTION FOR ORDER THAT FACTS BE TAKEN AS ESTABLISHED - FAILURE TO RESPOND TO INTERROGATORIES

Plaintiff moves the Court for an order that the following facts be taken to be established for the purposes of this action: That Defendant Francis A. Ford did receive from Plaintiff on December 14, 2004 a $100,000 Federal Reserve Bank Note to established a legal fund; That Defendant Francis A. Ford did deposit this $100,000 Federal Reserve Bank Note with the Worcester Clerk's office treasury account; That Defendant Francis A. Ford did convert the $100,000 Federal Reserve Bank Note to personal use; and that Defendant Francis A. Ford

1.

had Defendant Catherine Brennan forward Plaintiff a counterfeit and fake One Million Dollar Bill ($1,000,000) along with a letter that their office did not establish legal funds.

Defendant Francis A. Ford has failed to serve answers or objections in response to interrogatories served upon defendant Ford by plaintiff on June 30, 2006, within the thirty day time period specified, which time period expired on July 31, 2006. The defendant Ford was properly served pursuant to the provisions of Rule 33 and has not responded.

Attached is supporting affidavit.

Plaintiff further moves the Court for an order requiring the defendant Ford to pay plaintiff for his reasonable pro se fees and other expenses in the amount of $50.00, which were incurred as a result of defendant's Ford failure to respond.

August 9, 2006

Respectfully submitted,
Shakir Mauis Abdullah, Pro Se
Shakir Mauis Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

2.

CERTIFICATE OF SERVICE

I, Shakir Mawis Abdullah, pro se, hereby certify that on August 9, 2006, I served a copy of Plaintiff's Motion for Order that fact be taken as established - failure to respond to interrogatories upon Ernest L. Sarason Jr., Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

Shakir Mawis Abdullah, Pro Se

3.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
C.A. No. 05-11539-DPW

Shakir Mavis Abdullah
  Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan, Assistant
Clerk
  Defendants.

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER THAT FACT BE TAKEN AS ESTABLISHED - FAILURE TO RESPOND TO INTERROGATORIES

I, Shakir Mavis Abdullah, pro se, under oath depose and say:

1) That plaintiff served defendants Francis A. Ford and Catherine Brennan with twenty interrogatories on June 30, 2006.

2) That on July 31, 2006 defendant Catherine Brennan provided her answers to the interrogatories.

1.

3) However, defendant Francis A. Ford has failed to respond on time or file a motion for extension of time to file interrogatories. See exhibits attached to plaintiff's motion to compel defendant Catherine Brennan to answer interrogatories.

August 9, 2006

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

## CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, pro se, hereby certify that on August 9, 2006, I served a copy of Plaintiff's affidavit in support of Motion for Order that fact be taken as established - failure to respond to Interrogatories upon Ernest L. Sarason Jr., Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

Shakir Maris Abdullah, Pro Se

2.