UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.
05-11539-DPW

Shakir Manis Abdullah
    Plaintiff,

    V.

Francis A. Ford, Clerk
Catherine Brennan,
Assistant Clerk

    Defendants.


PLAINTIFF'S MOTION FOR SUBPEONA
DUCES TECUM

_____

    Now comes the plaintiff, Shakir Manis
Abdullah, prose, and Request the court
pursuant to Federal Rules of Civil Procedure
45 to issue a subpeona duces tecum for the
production of the worcester superior court
clerk's office deposits and withdrawals records
from December 14, 2004 to May 31, 2005 that
the court may conduct an in camera review
of said records for the reasons set forth
in paragraphs (7) and (9) to plaintiff's

1.

Second Request for production of documents
to defendants Ford and Brennan to secure
any privileged information not relevant to
the subject matter of the case. And for the
Reasons set forth in plaintiff's motion to compel
production, inspection and copying of documents
pursuant to Fed.R.Civ.P. 37(a).

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
OCCC
One Administration Road
Bridgewater, MA. 02324

August 2, 2006

CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, pro se, hereby
Certify that on August 2, 2006, I served
a copy of the plaintiff's request for a
Motion for Suppeona Duces Tecum upon
Ernest L. Sarason, Jr., Assistant Attorney
General, One Ashburton Place, 18th Floor,
Boston, MA. 02108.

Shakir Maris Abdullah, Pro Se

2.