UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 AUG -7 P 2:35
U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO
05-11539-DPW

SHAKIR MARIS ABDULLAH
Plaintiff,

v.

FRANCIS A. FORD, Clerk
CATHERINE BRENNAN,
ASSISTANT CLERK
Defendants.

PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 28 U.S.C. §§ 1915(d)

The plaintiff request that this Honorable court appoint him counsel in the above matter for the following below reasons:

1. The plaintiff is indigent and his financial status has not changed since the court allowed plaintiff to proceed in forma pauper on January 27, 2006

2. Plaintiff has filed with the court a motion to compel production, inspection and copying of documents which he needs a attorney to assist him with.

3. Plaintiff has also motioned the court for a subpoena duces tecum to issue for Worcester Superior Court Clerk's office deposits and withdrawals from December 14, 2004 to May 31, 2005 for a in camera inspection of such Records.

4. Plaintiff has also motioned the court to compel required discovery from defendants pursuant to Federal Rules of Civil procedure 26(a)(1).

5. Plaintiff has also filed his motion objecting to affirmative defense number 7 to defendants Francis Ford and Catherine Brennan's response to plaintiff's second request for production of documents and plaintiff's motion to strike same.

6. Given the extent of plaintiff's motions before the court plaintiff will require a attorney assistance under U.S.C. section 1915(d) to assist plaintiff in preparing his case.

7. See Kilgo v. Ricks, 983 F.2d 189, 193 (11th Cir. 1993) ("key is whether the pro-se litigant needs help in presenting the essential merits of his or her position to the court"); or that exceptional circumstances were present such that a denial of counsel was likely to result in fundamental unfairness impinging on his due process rights. Childs v. Duckworth 705 F.2d 915, 922 (7th Cir. 1983).

8. Because the motions are a exceptional circumstance such as where facts and legal issues are so novel or complex as to require assistance of trained practitioner to advance proper administration of justice. The Court should allow the motion.

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

Dated: August 2, 2006

CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, pro se, hereby certify that on August 2, 2006, I served a copy of the Motion To Appoint Counsel upon Ernest L. Sarason, Jr. Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108.

 Shakir Maris Abdullah, Pro Se