UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 AUG -7 P 2: 35

DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO.
05-11539-DPW

Shakir Morris Abdullah
    Plaintiff,

v.

Francis H. Ford, Clerk
Catherine Brennan,
Assistant Clerk
    Defendants.

## MOTION FOR HEARINGS

The plaintiff, pro se, moves the court to schedule hearings on his motions to compel production, inspection and copying of documents; motion for subpoena duces tecum; motion to compel required discovery pursuant to Fed.R.Civ.P. 26(a)(1); and objection to affirmative defense number 7 to defendants Francis Ford and Catherine Brennan's response to plaintiff's second Request for production of documents and plaintiff motion to strike same.

1.

Respectfully submitted,

Shakir Mauis Abdullah, Pro Se

Shakir Mauis Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

August 2, 2006

CERTIFICATE OF SERVICE

I, Shakir Mauis Abdullah, pro se, hereby certify that on August 2, 2006, I served a copy of the Motion for Hearings upon Ernest L. Sarason, Jr. Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108.

Shakir Mauis Abdullah, Pro Se

2.