UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 AUG -7 P 2:35

Shakir Maris Abdullah
Plaintiff

v.

CIVIL ACTION NO.
05-11539-DPW

Francis A. Ford, Clerk
Catherine Brennan,
Assistant Clerk
        Defendants.

PLAINTIFF'S OBJECTION TO AFFIRMATIVE
DEFENSE NUMBER 7 TO DEFENDANTS FRANCIS
FORD AND CATHERINE BRENNAN'S RESPONSE TO
PLAINTIFF'S SECOND REQUEST FOR PRODUCTION
OF DOCUMENTS AND PLAINTIFF'S MOTION
TO STRIKE SAME

_____

The pro se plaintiff, Shakir Maris Abdullah,
moves the court for ruling on Plaintiffs ob-
jection to Affirmative Defense Number 7 To
Defendants Francis Ford and Catherine Brennan's
Response to Plaintiff's second request for
Production of Documents and Plaintiffs Motion
to strike same for the following reasons:

1.

Defendants Francis Ford and Catherine Brennan stated in their General Objections to Plaintiff's Second Request for Production of Documents number 7 that:

7. By making these responses, the Defendants do not concede that the information produced is properly discoverable or admissible and the Defendants reserve the right to object to additional discovery with respect to the subject matter and to object to the introduction of these responses into evidence. A response made despite a state objection may not be construed as a waiver of the stated objection and such a response is made in an effort to provide responsive information based on a fair reading of the requests intended meaning. In addition, Defendant's discovery and investigation herein are ongoing and the responses set forth here are based upon current information. Defendants reserve the right to present further or different evidence at hearings or trials on this matter.

Plaintiff object to this response and state the following:

1) Defendants stated, "By making these responses, the Defendants do not concede that the information produced is properly discoverable or admissible..."

2.

Plaintiff response that any information submitted by Defendants should be admissible because it goes to the heart of plaintiff's case and the Defendants shouldn't be or attempting to present false and misleading information at anytime.

2) Defendant further stated, " Defendant's reserve the right to object to additional discovery with respect to the subject matter and to object to the introduction of these Responses into evidence."

Plaintiff response that once Defendants Submitted exhibits SMA 0001–0066 to Plaintiff they waived any objection to their responses being entered into evidence and Defendants cannot Now come and object to additional discovery Regardinging the subject matter or object to the introduction of these Responses into evidence.

3) Defendants also stated, " Defendants reserve the right to present further or different evidence at hearings or trials on this matter."

Plaintiff objects to this statement mainly because Defendants have not complied with the courts July 30, 2006 deadline to provide

3.

Required discovery pursuant to Fed. R. Civ. P. 26(a)(1) and because Defendants are seeking to switch evidence to benefit their interest without being held accountable for their previous introduced evidence.

For these reasons Plaintiff request that the court strike Defendants Number 7 Affirmative Defense to Defendants Francis Ford and Catherine Brennon's Response to Plaintiff's Second Request for production of documents.

Respectfully submitted,

Shakir Maris Abdullah, Pro Se

Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02354

August 2, 2006

CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, pro se, here by certify that on August 2, 2006, I served a copy of Plaintiff's objection to Affirmative Defense Number 7 To Defendants Francis Ford and Catherine Brennon upon Ernest L. Sarason, Jr. Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108.

Shakir Maris Abdullah Pro Se

4.