UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
C.A. NO. 05-11539-DPW

Shakir Maris Abdollah
  Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan, Assistant Clerk
  Defendants.

MOTION TO COMPEL DEFENDANT FRANCIS
H. FORD TO ANSWER INTERROGATORIES

Plaintiff moves the Court for an order compelling Defendant Francis A. Ford to answer Interrogatories Nos. 4, 6, 8, 11, 12, 15 and 19 heretofore served on Defendant Francis A. Ford by Plaintiff on the 30th day of June, 2006 which Defendant Ford has failed to answer completely or refused to answer. Annexed to this motion is a copy of the interrogatories submitted, a copy of the answers thereto, and an affidavit attached hereto.

1.

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

### CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, pro se, hereby certify that on August 14, 2006, I served a copy of the Plaintiff's Motion to Compel Defendant Francis A. Ford To Answer Interrogatories upon Ernest L. Sarason Jr., Assistant Attorney General, One Ashburton Place, 18th Floor, Boston MA. 02108.

Shakir Maris Abdullah, Pro Se

2.