UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>　　Plaintiff,<br><br>v.<br><br>FRANCIS A. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>　　Defendants. | C.A. NO. 05-11539-DPW |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER THAT FACTS BE TAKEN AS ESTABLISHED-FAILURE TO RESPOND TO INTERROGATORIES

Now Comes the Defendants, Francis A. Ford and Catherine Brennan and oppose the Plaintiff's Motion for an Order That Facts Be Taken As Established-Failure to Response to Interrogatories. As grounds for the opposition the Defendants state the following: The Defendants received Plaintiff's Second Set of Interrogatories on July 5, 2006, and full and complete answers were provided by Defendant Ford on August 8, 2006. (See attached Interrogatory responses).

The Defendant concedes that the Interrogatory responses were provided to Plaintiff three days past the thirty day deadline established by Fed. R. Civ. P. 33, however, Plaintiff has since received full and complete responses and has not been prejudiced in any way. The Defendants respectfully request this motion be denied, as the issue is moot.

Respectfully Submitted,

FRANCIS FORD,
CATHERINE BRENNAN,
By Their Attorney,


/s/ Ernest L. Sarason, Jr.
Ernest L. Sarason, Jr., BBO # 441980
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108
(617) 727-2200   x 2596


Dated: August 18, 2006

## CERTIFICATE OF SERVICE

    I, Ernest L. Sarason, Jr., hereby certify that on August 18, 2006, I served a copy of the above Opposition upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

/s/ Ernest L. Sarason, Jr.
Ernest L. Sarason, Jr.
Assistant Attorney General