UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br><br>v.<br><br>FRANCIS A. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>    Defendants. | C.A. NO. 05-11539-DPW |

## OMNIBUS RESPONSE OF DEFENDANTS FRANCIS A. FORD AND CATHERINE BRENNAN'S TO PLAINTIFF'S MOTIONS

Defendants Francis A. Ford and Catherine Brennan ("Defendants") submit this omnibus response to Plaintiff's numerous motions. Plaintiff's Motions fail to state any valid legal arguments or cite any case law to support his allegations. The Defendants will address each motion in turn.

### Plaintiff's Motion for Appointment of Counsel

The Defendants do not respond to this Motion.

### Plaintiff's Motion to Compel Production, Inspection and Copying of Documents

Plaintiff's Motion is nothing more than an unsupported factual attack on the Defendant's Answer, Affirmative Defenses and Jury Demand. Defendants' answers and affirmative defenses are true, accurate and to the best of their knowledge.

Plaintiff has predicated his motion on a disbelief of the Defendant's answers, not on any legal grounds. The Plaintiff has repeatedly asked the Defendants to turn over information about the Worcester Superior Clerk's Office withdrawals and deposits from December 14, 2004 until

1

May, 2005.  The Defendants have objected to providing this information on the grounds that this information is privileged and confidential, and it is not likely to lead to discoverable evidence.  The Defendants have also objected to producing the personal banking information of either Defendant on the grounds of c. 66A, and that it is unlikely to lead to discoverable evidence.  The Defendants continue to oppose this discovery request, and will do so unless this Court orders otherwise.

**Motion for Subpoena Duces Tecum**

The Defendants oppose this subpoena for the same reasons as stated above.  Plaintiff seeks a Court order for the production of the Worcester Superior Clerk's Office deposit and withdrawal records from December 14, 2004 until May 31, 2005.  Defendants oppose this subpoena and move to quash it on the grounds that Plaintiff is seeking privileged and confidential information, and that these deposit and withdrawal records are unlikely to lead to any discoverable evidence.  The Defendants oppose this motion for a subpoena, and respectfully request this Court deny Plaintiff's request.

**Plaintiff's Motion to Compel Required Discovery Pursuant to Fed. R. Civ. P. 26(a)(1)**

The Defendants oppose Plaintiff's Motion to Compel Required Discovery on the grounds that the Defendants have already turned over all relevant, non-privileged documents in their possession, custody or control to the Plaintiff.  The Defendants have duly informed the Plaintiff that all documents have been produced, including all mandatory disclosures.  There are no additional discoverable documents that the Defendants have in their possession, custody or control.

**Plaintiff's Objection to Affirmative Defense Number 7 to Defendants Francis Ford and Catherine Brennan's Response to Plaintiff's Second Request for Production of Documents and Plaintiff's Motion to Strike Same**

The Defendants oppose this Motion on the grounds that the "Affirmative Defense Number 7" in question is actually a general objection that the Defendants are entitled to make at the beginning of the Defendant's Response to Production of Documents. A party is permitted to object to a discovery request with good cause under Fed. R. Civ. P. 26(g) and 34(b). The Defendants have stated a valid general objection under the Rules, and the Plaintiff has no basis upon which to move to strike this objection. Furthermore, the Defendants have made no attempt to change any evidence or deny the admissibility of any discovery sent to the Plaintiff. The Defendants respectfully request this Court deny Plaintiff's Motion to Strike.

**Plaintiff's Motion to Compel Defendant Catherine Brennan to Answer Interrogatories**

Defendant Brennan opposes this Motion on the grounds that she has answered the Plaintiff's Interrogatories fully and to the best of her knowledge. Complete answers have been provided to the Plaintiff to all of the questions he is seeking answers to, save for legitimate legal objections proffered by the Defendant. Plaintiff also fails to state any legal grounds for his Motion. The Defendant will not provide further answers to the interrogatories unless this Court orders otherwise.

Defendant Brennan further states that in Plaintiff's Affidavit accompanying this motion that Plaintiff asks specific questions of the Defendant that were not present in the original interrogatory request. The Defendant is not obligated to answer interrogatories not proffered in the form of a discovery request, and will not do so here.

**Plaintiff's Motion for Order Compelling Production**

The Defendants object to Plaintiff's Motion for an Order Compelling Production on the grounds that, as previously stated to Plaintiff, there are no written statements regarding this matter. Any and all conversations the Defendants had with anyone regarding this matter were not recorded in writing or in any other form, and there were no interviews conducted. The Defendants also object to the fact that Plaintiff is again requesting in this Motion documents not previously requested within the Plaintiff's Request for Production of Documents; the Defendants are under no obligation to respond to these further requests. Notwithstanding this objection, the Defendants again state that any and all relevant documents have been produced to the Plaintiff, and there are no written statements or interviews in existence regarding this matter.

The Defendants respectfully request that the Court deny this motion to compel.

**Plaintiff's Motion to Compel Defendant Francis Ford to Answer Interrogatories**

Defendant Ford opposes this Motion on the grounds that he has answered the Plaintiff's Interrogatories fully and to the best of his knowledge. Complete answers have been provided to the Plaintiff to all of the questions he is seeking answers to, save for legitimate legal objections proffered by the Defendant. Plaintiff also fails to state any legal grounds for his Motion. The Defendant will not provide answers to the objected to interrogatories unless this Court orders otherwise.

**CONCLUSION**

The Defendants respectfully request this Court to deny all of Plaintiff's Motions for the above reasons.

   Respectfully Submitted,

FRANCIS FORD,
CATHERINE BRENNAN,
By Their Attorney,

/s/ Ernest L. Sarason, Jr.
Ernest L. Sarason, Jr., BBO # 441980
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108
(617) 727-2200   x 2596

Dated: August 24, 2006

## CERTIFICATE OF SERVICE

     I, Ernest L. Sarason, Jr., hereby certify that on August 24, 2006, I served a copy of the above Opposition upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

/s/ Ernest L. Sarason, Jr.
Ernest L. Sarason, Jr.
Assistant Attorney General