UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
    Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan,
Assistant Clerk
    Defendants.

PLAINTIFF'S REQUEST FOR A SUBPOENA DUCES TECUM PURSUANT TO FED. R. CIV. P. 34(c), FOR PRODUCTION OF DOCUMENTS FROM REVEREND DANIEL IZZO

Plaintiff, Shakir Maris Abdullah, pro se, request Reverend Daniel Izzo:

(1) To produce and to permit plaintiff to inspect and to copy each of the following documents:

1.

a. Copies of any and all Federal Reserve Bank Notes, National Bank Notes and Bonds of all kinds sent to Worcester County Superior Court Clerk's Office for a general legal fund.

b. Copies of any and all receipts or notifications received from the redemption of any Bank Notes (Federal or National) or Bonds sent to Worcester County Superior Court Clerk's Office for general legal funds.

c. A copy of any and all correspondents, letters or memos sent to Worcester County Superior Court Clerks Office at anytime.

d. A copy of any and all documents and records associated with any donations made to Worcester County Superior Court Clerk's Office at anytime for general legal funds.

Respectfully submitted,
Shakir Maris Abdullah Pro Se
Shakir Maris Abdullah Pro Se
Old Colony Connection Center
One Administration Road
Bridgewater, MA. 02324

2.