UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
    Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan,
Assistant Clerk.
    Defendants.

MOTION REQUESTING COURT TO SERVE SUBPOENA PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 34(c) UPON REVEREND DANIEL IZZO FOR PRODUCTION OF DOCUMENTS

The plaintiff, pro se, moves the court pursuant to Federal Rules of Civil Procedures 45 to issue an subpoena to Reverend Daniel Izzo whose address is Department of General Resurrection, 512 Onondaga Ave., Syracuse, NY 13207 for production of documents for the following reasons:

1) When plaintiff realized that Catherine Brennan had sent a fake and counterfeit

1.

One Million Dollar Bill (1,000,000), plaintiff sought to contact Reverend Daniel Izzo about the matter through the mail but plaintiff received the mail back stating, "return to sender refused." See exhibit "A" attached hereto.

2) Plaintiff also submits as exhibit "B" a Nov 19th 2004 letter containing parentheses at the bottom of the letter with the inserted phrase, "I'm scared of some." This phrase reveals that someone within the clerks office did, in fact, speak with Reverend Daniel Izzo in an attempt probably to dissuade Reverend Izzo about the donation.

3) The defendants Ford and Brennan have denied in plaintiff's second set of interrogatories that they had any correspondent or telephone conversation with Reverend Daniel Izzo at all. But, exhibit "B" shows otherwise.

4) Further, what the court is unaware of about the Nov 19th 2004 letter is that when Reverend Izzo was contacted by the clerk's office about the $100,000 donation plaintiff had forwarded to their office. Reverend Izzo responded to the clerk's office by sending them this Nov 19th 2004 letter explaining through his arrow pointing evidence that he had taken plaintiffs name from a USA Today

2.

website and that his first mailing to plaintiff was 12-4-04. The entire contents of the letter were not meant to be applied to plaintiff (in terms of what the donation was for), as is obvious from the highlighted area and the arrow pointing evidence. The Nov 19th 2004 letter was meant to inform the clerk's office as to how Reverend Izzo became acquainted with the plaintiff. But, the clerk's office was concerned about such a large amount of money ($100,000) plaintiff had sent to their office for a legal fund at the directions of Reverend Izzo. That the clerk's office made efforts to poison Reverend Izzo's mind about prisoners and plaintiff to the extent that Reverend Izzo stated at the bottom of the Nov 19th 2004 letter, (I'm scared of some). Despite the defendants denial that they never corresponded or spoke with Reverend Izzo the Nov 19th 2004 letter illustrate differently. It was itself (the Nov 19th letter) addressed and sent directly to the Court Clerk. Certainly, Reverend Izzo would not have forwarded plaintiff this type of information to send to the Clerk's office!

5. For the foregoing reasons plaintiff request that the Court serve motion for production of documents upon Reverend Daniel Izzo with instructions from the Court and that Reverend Izzo responses and answers be returned directly to the Court and thereafter distributed to the parties at the Court's supervision.

3.

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

### Certificate of Service

I, Shakir Maris Abdullah, pro se, hereby certify that on August 22, 2006, I served a copy of the Plaintiff's Motion for Court to Serve Subpoena pursuant to Fed. R. Civ. P. 34(c) upon Reverend Daniel Izzo for production of documents upon Ernest L. Sarason Jr., Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA 02108.

Shakir Maris Abdullah
Pro Se

4.

**EXHIBIT A**

Shakir Maris Abdullah
.C.C.C.
e Adminis— Road
Bridgewater, MA. 02324

Return to sender
Refused

Shakir Maris Abdullah
OCCC
One Administration Road
Bridgewater, MA 02324

Return to sender
Refused

I can not help anyone now





May 5, 2005

Dear Mr. Izzo:

Please find enclosed a letter I received from a lawyer I am trying to retain to help me in my unjust criminal matters.

This letter is a explanation of his examination of the One Million Dollar Bill I received from Worcester Clerks' Office! I know you did forward me a 100,000.00 dollars specimen to forward to the court of clerk for a legal fund. But, I never received anything from you about a Million Dollars (1,000,000.00).

I am very confused about what has taken place because the clerks' office never returned the 100,000.00 specimen with the other papers I sent you.

Would you kindly advise me as to your involvement in this matter. But, I will proceed in the mean time to place my justice denied - legal ad back on the internet in hope of getting the assistance I need.

I look forward to your reply.

                                    Sincerely yours,

                                    *Shaku Maris Abdullah*

cc: Gordon W. Spencer

Shakir Maris Abdullah
OCCC
One Administration Road
Bridgewater, MA 02324

Francis A. Ford
Clerk/Magistrate
Worcester County Superior Court
2 Main Street
Worcester, MA 01608

Dear Madam:

On December 6, 2004 I forwarded to you a letter requesting that you establish a legal fund on my behalf. See exhibit A attached.

However, you wrote me back and asked me to provide you with the docket number to my case which I did. See attached exhibit B.

After receiving no reply I forwarded you another letter on February 4, 2005 inquiring about the December 6, 2004 and December 14, 2004 letters that I had written to you. See exhibit C attached hereto.

Then on February 28, 2005 I received a package of letters from Assistant Clerk Catherine Brennan stating that the clerks' office does not establish legal funds. See enclosed package as exhibit D.

Along with this package I received from Assistant Clerk Catherine Brennan a 1,000,000.00 (One Million Dollar Bill) that turned out to be Counterfeit! See exhibit E to Attorney Gordon W. Spencer who I forwarded this item to in hope of retaining his services.

What I need to know from you is what happen to the 100,000.00 Federal Reserve Bank Note attached to my December 6, 2004 and my December 14, 2004 letters to you that Assistant Clerk Catherine Brennan never returned in her February 28, 2005 letter to me.

1.

I also need to know what happen to the 2 Fidelity Corporation Notes totaling a $100,000.00 worth of National Bank Notes forwarded to you for a General Legal Fund. These items were missing from Assistant Clerk Catherine Brennan February 28, 2005 letter to me as well.

Would you also explain to me why Assistant Clerk Catherine Brennan sent me a Counterfeit $1,000,000.00 instead of the real money I need to pay attorney Gordon W. Spencer to represent me in this unjust matter.

Please be advise that upon receiving Mr. Izzo's letter to forward the 100,000.00 Federal Reserve Bank Note to you for the establishment of a legal fund I had my legal Ad - Justice Denied article removed from the internet because innocence citizens were still writing that wanted to help me and Mr. Izzo's donation was sufficient enough to address my unjust conviction. *See exhibit F attached hereto.*

However, I'm placing this Legal Ad back on the internet and will leave it there until my unjust conviction is fully resolved.

I look forward to your reply right away.

Sincerely yours,

cc: Attorney Gordon W. Spencer
    Reverend Daniel Izzo

*Shakir Maris Abdullah*

Dated: May 9, 2005

2.

**To the Court Clerk**

EXHIBIT B

Dear Prison Officials:          Nov 19th 2004

Mailroom; **Donation Note for a General Legal Fund**

Concerning the American Art Classic (AAC) $10,000 Note Specimen series 2004 and or a worthless Stock Certificate.

 I mailed a letter to some prisoners because last week USA Today had an Internet news story concerning America's 2.2 Million People in US Jails, the article had a link to " Prison Pen Pals " with names and Prison addresses of @65 people seeking Legal and or monetary help and @ 35 kids under 21 with jail time over 3 years, out of @2100 prisoner postings.

 I wrote to this group asking them to ask the Court to endorse the specimen note under USC Title 12 sec 412 and Deposit the note with the Court Clerk for a Legal Fund ( and to some a Trust and Text to Speech Software for Courts and Prisons )

 If the Court has Special Drawing Right certificates/powers it maybe able to establish limited Legal Fund Trusts under USC Title 12 sec 412.

 I did want to inform the prisoners that I hold bearer instruments that the Court could use as collateral under USC Title 12 sec 342 In the form of National Bank Notes or Guaranteed National Bank Notes.

 I do not know much about prison or that other Trust programs do exist , my goal is to provide the Courts with Text to Speech Software and a possible EXHILE OF PRISONER program to volunteer mining prison work camps in one of America's 1000s of abandoned silver mines.

 As a member of the clergy I thought I should do something productive for the Courts and possible the prisoners.

 It seems the entire mailing was a failure because the novelty note.

 If you have the $10,000 note specimen and or stock certificate you can keep it or throw it away.

Br. Dan Izzo
512 Onondaga Ave.
Syracuse, NY 13207

*Handwritten annotations:* Re: Mr Abdullah 12/04 1st mailing ; (I'm scared of ___) ; No Reply Needed