UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
    Plaintiff,

V.

Francis H. Ford, Clerk
Catherine Brennan,
Assistant Clerk,
    Defendants.

MOTION REQUESTING COURT TO SERVE
SUBPOENA PURSUANT TO FEDERAL RULE
CIVIL PROCEDURE 34(c) UPON SUPER-
INTENDENT BERNARD F. BRADY FOR
PRODUCTION OF DOCUMENTS

The Plaintiff, pro se, moves the Court
pursuant to Fed. R. Civ. P. 45 to issue an
subpoena to Superintendent Bernard F.
Brady whose address is Old Colony Connection
Center, One Administration Road, Bridgewater
MA. 02324 for production of documents for
the following reasons:

1.

52

1) Plaintiff served Defendant Catherine Brennan on June 30, 2006 with Plaintiffs second set of interrogatories. See exhibit "A", questions and answers to interrogatories.

2) That in Defendant Brennan's Answer NO. 9 she stated that: "Worcester Superior Court Clerk's Office has on file all documents filed by the plaintiff pertaining to this matter."

3) Defendant Brennan seems to be suggesting in interrogatory no. 9 that all documents on file in Worcester Superior Court pertaining to this matter were submitted by plaintiff and that's not true or correct.

4) The issuance of this request and the production of plaintiff's incoming and outgoing mail will prove without doubt that the Defendant is lying and not truthful.

2.

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

Certificate of Service

I, Shakir Maris Abdullah, pro se, hereby
certify that on August 31, 2006, I served
a copy of the Plaintiff's motion requesting
Court to serve subpoena pursuant to Federal
Rule civil Procedure 34(c) upon superintendent
Bernard F. Brady for Production of documents
upon Ernest L. Sarason Jr., Assistant Attorney
General, One Ashburton Place, 18th Floor, Boston
MA. 02108.

Shakir Maris Abdullah Pro Se

3.

**ANSWER NO. 6**

*Exhibit*
*"A"*

No, I have not.

**INTERROGATORY NO. 7**

If your answer to the preceding interrogatory is in the affirmative, state:

a) the name and address of each person to whom you made or gave any such statement;

b) the date of each such statement;

c) the form of each such statement, whether oral, in writing, stenographic, transcription or otherwise;

d) the name and address of each person now having possession or custody of any such statement; and

e) the substance and content, as best you recall, of each such statement.

**ANSWER NO. 7**

No answer is required.

**INTERROGATORY NO. 8**

Did you or any agent or employee in the clerk's office (including the office manager) ever take or receive any statement, either oral or in writing, from any person, who had any information or knowledge relating to the alleged $100,000 Federal Reserve Bank Note plaintiff sent to the clerk's office?

**ANSWER NO. 8**

I never took or received any statements from anyone regarding the alleged $100,000 Federal Reserve Note.

**INTERROGATORY NO. 9**

Did you at any time receive a fake One Million Dollar Bill ($1,000,000) from Reverend Daniel Izzo between the times of December 14, 2004 up unto February 28, 2005 via mail?

a) If yes, did Reverend Izzo explain why he sent it?

4