UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
 Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan,
Assistant Clerk
 Defendants.

PLAINTIFF'S REQUEST FOR A SUBPOENA DUCES TECUM TO ISSUE TO SUPERINTENDENT BERNARD F. BRADY FOR PRODUCTION OF DOCUMENTS

Plaintiff, Shakir Maris Abdullah, pro se, Request superintendent Bernard F. Brady:

(1) To produce and to permit plaintiff to copy each of the following documents;

1.

53

a. Copies of any and all incoming and outgoing mail of the Plaintiff from December 1, 2004 to May 31, 2005.

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

Certification of Service

I, Shakir Maris Abdullah, pro se, hereby certify that on August 31, 2006, I served a copy of the Plaintiff's Request for a Subpoena Duces Tecum To Issue To Superintendent Bernard F. Brady for Production of Documents upon Ernest L. Sarason Jr., Assistant Attorney General, One Ashburton Place, 18th Floor, Boston MA. 02108.

Shakir Maris Abdullah, Pro Se

2.