UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Manis Abdullah
    Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennans,
Assistant Clerk
    Defendants.

PLAINTIFF'S MOTION OF CLARITY IN RESPONSE TO DEFENDANTS FRANCIS A. FORD AND CATHERINE BRENNAN'S MOTION FOR A PROTECTIVE ORDER

Plaintiff submits the following facts of clarity to Defendants Francis A. Ford and Catherine Brennan's motion for protective order.

The Defendants have stated in their third sentence of paragraph two to their motion for protective order that, " Plaintiff has alleged (and Defendants have denied) that he sent one hundred thousand

1.

dollars ($100,000), in the form of a $100,000 bill, to the defendants with instructions to deposit the funds in a court account....

This is a misstatement of the facts and evidence. Plaintiff has never alleged that he sent a one hundred thousand dollar ($100,000) in the form of a $100,000 bill to the Worcester Superior Court clerk's office at anytime. What Plaintiff has stated and maintains is that a one hundred thousand dollar ($100,000) Federal Reserve Bank Note was sent to the Worcester Superior Court clerk's office to be deposited with that office under USC Title 12 section 412 as instructed by Reverend Daniel Izzo for the establish of a legal fund. See original Civil Complaint at numbers four, five, seven and fourteen as well as exhibit "A" attached thereto. See also exhibits SMA 0041-0048 and 0049-0056 connected to Plaintiff's motion to Compel Production, Inspection and Copying of Documents.

Additionally, Plaintiff has never sought to use tactics of annoyance, embarrassment, oppression, or undue burden or expenses toward the defendants or waste valuable judicial resources.

For example, interrogatories number four to Plaintiff's second set of interrogatories to Defendants Ford and Brennan ask in advance of their

2.

answers to provide the name, address, date and substance of all persons from whom you have obtained written (signed or unsigned) or oral statements regarding the occurrences **alleged** in plaintiff complaint. Defendant Brennan stated that she had discussed the matter with her superiors and other members of her office but provided no name, addresses, dates or substances of these occurrences. Defendants Brennan also stated that Assistant District Attorney James Lemire and Trooper John Conron of the CPAC office in Auburn, MA. were involved but never provided addresses, dates, or substances of these occurrences as requested in the interrogatories. Rule 37(a)(3) states that an evasive or incomplete answer or disclosure is treated as a failure to answer or disclose.

Likewise, Defendant Ford has failed to state the name of the members of his staff that he discussed this matter with, or give the address or substance of his discussion with Assistant District Attorney James Lemire concerning this matter. Though this request was made in advance of Defendant answers.

**It** is these type of showings that's rite throughout the pending motions Plaintiff has before the Court that **has** prompted the Plaintiff to seek the Courts involvement for speedy resolution to Defendants nondisclosures and evasive or incomplete answers in order that Plaintiff may meet the Court scheduling **order** deadline.

3.

Further, the law allows Plaintiff to file twentyfive interrogatories, the law allows Plaintiff to seek motions to compel, and the law allows Plaintiff to file and seek resolutions to all the pending motions plaintiff has before the Court and for the Defendants to say that Plaintiff is abusing the Federal Rules of Civil Procedure should be determine by the Court based upon the facts contained in Plaintiff's omnibus motions.

Respectfully Submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

<u>Certificate of Service</u>

I, Shakir Maris Abdullah, hereby certify that on September 6, 2006, I served a copy of the Motion of Clarity upon Ernest L. Sarason, Jr., Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

Shakir Maris Abdullah, Pro Se

4.