UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Manis Abdullah
          Plaintiff,

     v.

Francis A. Ford, Clerk,
Catherine Brennan, Assistant
Clerk,
          Defendants.

MOTION REQUESTING COURT TO SERVE SUBPOENA DUCES TECUM UPON ASSISTANT DISTRICT ATTORNEY JAMES LEMIRE AND TROOPER JOHN CONRON FOR PRODUCTION OF DOCUMENTS

The plaintiff, pro se, moves the court pursuant to Federal Rules of Civil Procedures 45 to issue a subpoena to Assistant District Attorney Jame Lemire whose address is Courthouse, 2 Main Street, Worcester, MA. 01608 and Trooper John Conron of the CPAC office in Auburn, MA. whose address is unknown, for the following reasons:

1.

1. Defendant Catherine Brennan has stated in her Answers to Plaintiff's Second Set of Interrogatories, Answer No. 4 that Assistant District Attorney James Lemire has been involved in this matter as also Trooper John Conron of the CPAC office in Auburn, MA. See exhibit "A" attached.

2. Defendant Francis A. Ford has stated in his Answers to Plaintiff's Second Set of Interrogatories, Answer No. 4 that he discussed the plaintiff's claims with Assistant District Attorney Jame Lemire who was investigating the plaintiff's claims. See exhibit "B" attached.

For these reasons the information in the possession of Assistant District Attorney Jame Lemire and Trooper John Conron are relevant and material to this matter.

## PRODUCTION OF DOCUMENTS

Plaintiff, Shakir Manis Abdullah, pro se, Request Assistant District Attorney James Lemire and Trooper John Conron:

1. To produce and permit plaintiff to copy each of the following documents:

2.

2. Copies of any and all Reports or investigative Reports, documents, correspondence, letters, memos, in your possession, that were prepared in connection with, the occurrences alleged in plaintiff's complaint, including any statements by the Defendants FRANCIS A. Ford and Catherine Brennan.

3. Any and all documents, reports and/or recordings containing statements by any person, including FRANCIS A. Ford and Catherine Brennan which relate to the occurrences alleged in plaintiff's complaint, including transcriptions of oral statements.

4. Copies of any and all documents, correspondence, letters, memos made to your office requesting a investigation or inquest into plaintiff's complaint.

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

Certificate of Service

I, Shakir Maris Abdullah, pro se, hereby certify that on September 14, 2006, I served a copy of the Plaintiff's Motion for Subpoena Duces Tecum upon Ernest L. Sarason Jr., Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

3.

**INTERROGATORY NO. 3**

Exhibit A

Please describe in detail your employment history.

**ANSWER NO. 3**

I was a lawyer in private practice from 1979 through 2003, and I have been the Clerk of Courts in Worcester Superior Court from 2003 until the present.

**INTERROGATORY NO. 4**

Please identify by full name and address all persons from whom you have obtained written (signed or unsigned) or oral statements regarding the occurrences alleged in plaintiff's complaint, and set forth dates and substance of any such statements.

**ANSWER NO. 4**

I have discussed the plaintiff's claims with members of my staff on various dates. I have also discussed the plaintiff's claims with Assistant District Attorney James Lemire who was investigating the plaintiff's claims. I do not recall the dates of the conversations.

**INTERROGATORY NO. 5**

Please identify by full name, address and occupation each person that was presented with plaintiff's December 6, 2004 or December 14, 2004 requests to establish a legal fund including (judges and other court or county officials) and their responses and actions to the request?

**ANSWER NO. 5**

Francis A. Ford objects to the form of this interrogatory and on the grounds that it is confusing and difficult to understand. Notwithstanding the objection, I am not aware of any such person.

**INTERROGATORY NO. 6**

State whether or not you ever made or gave any statement, whether oral or in writing to your attorney, investigator or agent concerning what happened to the alleged $100,000 Federal Reserve Bank Note plaintiff sent to your office?

**ANSWER NO. 6**

There was no $100,000 Federal Reserve Note, and thus, no conversations regarding one ever took place.

3

Without waiving said objection, the Defendant responds as follows:

Anna Maria College, Master's Degree in Criminal Justice.



Exhibit B

### INTERROGATORY NO. 3

Please describe in detail your employment history.

### ANSWER NO. 3

I have been employed by the Commonwealth of Massachusetts Trial Court for the past twenty-five years.

### INTERROGATORY NO. 4

Please identify by full name and address all persons from whom you have obtained written (signed or unsigned) or oral statements regarding the occurrences alleged in plaintiff's complaint, and set forth dates and substance of any such statements.

### ANSWER NO. 4

I have discussed this matter with my superiors and other members of my office on various occasions. Assistant District Attorney James Lemire also was involved at some point and I believe that Trooper John Conron of the CPAC office in Auburn, MA was also contacted.

### INTERROGATORY NO. 5

Please identify by full name, address and occupation each person that was presented with plaintiff's December 6, 2004 or December 14, 2004 requests to establish a legal fund including (judges and other court or county officials) and their responses and actions to the request?

### ANSWER NO. 5

I was. Please see answer to Interrogatory Number 1.

### INTERROGATORY NO. 6

State whether or not you ever made or gave any statement, whether oral or in writing to your attorney, investigator or agent concerning what happened to the alleged $100,000 Federal Reserve Bank Note plaintiff sent to your office?