UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

CIVIL ACTION NO.
05-11539-DPW

U.S. DISTRICT COURT
DISTRICT OF MASS

Shakir Maris Abdullah
  Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan,
Assistant Clerk
  Defendants.

### MOTION FOR FUNDS FOR A STENOGRAPHER

The plaintiff moves, that a stenographer be permitted to record the proceedings scheduled by the Court.

The plaintiff, being indigent, further moves that the compensation and expenses of a stenographer be paid by the order of the Court. An Affidavit of Indigency follows.

Shakir Maris Abdullah, Pro Se

### Affidavit of Indigency

Under oath, I depose and state to the best of my knowledge:

1.

1. I am the Pro Se Plaintiff in this matter.

2. I am requesting funds to hire a stenographer to assure that the proceedings are recorded in as clear and accurate a fashion as possible.

3. My financial status has not change since the Court allow me to proceed in forma pauperis on 1/27/06.

4. This matter is a serious one, and the plaintiff Request that the Court act on his pending motion for appointment of counsel to assist in conducting the depositions of the defendant.

5. Neither the court nor the Defendant is, in any way, prejudiced by this request. Conversely, both will benefit by the services of a stenographer.

Signed under the penalties of perjury, this 22nd day of September 2006.

Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, Mass. 02324

Certificate of Service

I, Shakir Maris Abdullah, pro se, hereby certify that on September 22, 2006, I served a copy of the Plaintiff's Motion For Funds For A Stenographer and Affidavit of Indigency upon Ernest L. Sarason Jr., Assistant Attorney General, One Ashburton Place, 18th Floor, Boston MA 02108.

2.