UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
    Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan, Assistant Clerk
    Defendants.

### MOTION TO TAKE DEPOSITIONS BY STENOGRAPHIC MEANS

The plaintiff moves that he be allowed to take the depositions of the defendants by stenographic means.

The plaintiff further moves that the order of the court designate the person before whom the deposition shall be taken, the manner of recording, preserving and filing of the deposition.

Respectfully submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324