UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdollah
    Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan, Assistant
Clerk
        Defendants.

## NOTICE OF ORAL EXAMINATION

Please take notice that the testimony of Francis A. Ford, Catherine Brennan and Matthew S. Lefebvre whose address is Worcester County Superior Court Clerks Office, Room 21 - Court House, 2 Main Street, Worcester, MA. 01608 will be taken by oral examination by scheduling of a Court Order.

Plaintiff also reserve the right to take the oral testimony of Assistant District Attorney James R. Lemire whose address is Courthouse, 2 Main St., Worcester, MA. 01608 and Trooper John Conron of CPAC whose address is unknown if necessary.

This examination by oral deposition will be subject to continuance or adjournment from time to time or place to place until completed.

1.

## Certificate of Service

I, Shakir Maris Abdullah, pro se, hereby certify that on September 22, 2006, I served a copy of the Plaintiff's Notice of Oral Examination upon Ernest L. Sarason Jr., Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

*Shakir Maris Abdullah Pro Se*

2.