Shakir Maris Abdullah Pro Se
Old Colony Correction Center
1 Administration Road
Bridgewater, MA. 02324

Richard Nici
United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

FILED
CLERKS OFFICE

2006 SEP 22 P 3:43

U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Abdullah v. Ford et al.,
C.A. No. 05-11539-DPW

Dear Mr. Nici:

Would you please forward me a copy of the docket sheet to the above-reference matter.

Also, I have numberous motion pending in this matter since August 2006 that have not been ruled on yet. Can you give me some idea when these motions may be addressed.

I look foward to your reply.

Thank you,

cc: file

Shakir Maris Abdullah Pro Se