UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies and to

**WARDEN OR SUPERINTENDENT**
**Old Colony Correctional Center**
**One Administration Rd.**
**Bridgewater, MA 02324**

**YOU ARE COMMANDED** to have the body of **SHAKIR MARIS ABDULLAH (Commitment Number W51043)** now in your custody, available for a video conference before Hon. Douglas P. Woodlock, U.S.D.J., United States District Court on **JANUARY 9, 2007 AT 10:00 A.M.** for the purpose of a MOTION HEARING, in connection with the case SHAKIR MARIS ABDULLAH V. FRANCIS A. FORD ET AL , CA 05-11539-DPW.

And you are to retain the body of said **SHAKIR MARIS ABDULLAH** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 20TH day of NOVEMBER 2006.

SARAH THORNTON
CLERK OF COURT
By:  /s/ Michelle Rynne
Deputy Clerk