UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>    Defendants. | C.A. NO. 05-11539-DPW |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the Defendants, Francis H. Ford and Catherine Brennan.

    Respectfully Submitted,
    COMMONWEALTH OF MASSACHUSETTS

    By its Attorneys,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ Anne Sterman
    Anne Sterman, BBO # 650426
    Assistant Attorney General
    Government Bureau/Trial Division
    One Ashburton Place, Room 1813
    Boston, MA  02108
Date: January 9, 2007    (617) 727-2200 x 2109

## CERTIFICATE OF SERVICE

    I, Anne Sterman, Assistant Attorney General, certify that on January 9, 2007 I served the foregoing **document** upon all parties, by electronically filing a copy through the ECF System, and mailing a copy to plaintiff:

        Shakir Maris Abdullah
        Old Colony Correctional Center
        One Administration Rd.
        Bridgewater, MA  02324


        /s/ Anne Sterman
        Anne Sterman, Assistant Attorney General
        Government Bureau/Trial Division