UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

CIVIL ACTION NO.
05-11539-DPW    2007 JAN 26  P 12: -5

U.S. DISTRICT COURT
DISTRICT OF MASS

Shakir Maris Abdullah
        Plaintiff,

V.

Francis A. Ford, Clerk,
Catherine Brennan, Assistant
Clerk,
        Defendants.

## MOTION FOR LEAVE TO FILE ADDITIONAL INTERROGATORIES

The plaintiff moves for leave to file the following additional interrogatories to the defendants Francis A. Ford and Catherine Brennan

26. Did Ford or Brennan provide any documents, material or two corporate debentures associated with this matter to a Sergeant Stephen Kelly for investigation at anytime?

a. If No, state so.

b. If yes, describe.

1.

27. Did Ford or Brennan provide any documents, material or two corporate debentures associated with this matter to Trooper John M. Conron for investigation at anytime?

a. If No, state so.

b. If yes, describe.

28. Did Ford or Brennan provide any documents, material or two corporate debentures associated with this matter to Assistant District Attorney James Lemire for investigation at anytime?

a. If No, state so.

b. If yes, describe.

29. Does Ford or Brennan know of anyone within the Clerks office that provided any documents, material or two corporate debentures associated with this matter to ADA James Lemire, Trooper John M. Conron and Sergeant Stephen Kelly at anytime?

a. If No, state so.

b. If yes, provide Names.

2.

On the ground that information received by the plaintiff since the filing of the original interrogatories on June 30, 2006 and August 14, 2006 and since the defendants answered said interrogatories on August 2nd and 7th of 2006 and August 18, and September 7, 2006 makes it necessary that he be furnished the answers to said interrogatories.

See attached January 18, 2007 cover letter from Anne Sterman Assistant Attorney General and documents Bates labeled SNIA 0067-0069.

Shakir Manis Abdullah, Pro Se
Shakir Manis Abdullah, Pro Se
Old Colony Connection Center
One Administration Road
Bridgewater, MA. 02324

Certificate of Service

I, Shakir Manis Abdullah, pro se, hereby certify that on January 22, 2007, I served a copy of the Plaintiff's Motion for leave to file Additional Interrogatories upon Assistant Attorney General Anne Sterman, One Ashburton Place, 18th Floor, Boston MA. 02108.

3.



# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

January 18, 2007

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

> **Re:    Abdullah v. Ford, et al.**
> **USDC, 05-11539DPW**

Dear Mr. Abdullah:

Enclosed please find:

1. Defendant Francis Ford's Supplemental Answers to Plaintiff's Second Set of Interrogatories;
2. Defendant Catherine Brennan's Supplemental Answers to Plaintiff's Second Set of Interrogatories;
3. Defendants' Supplemental Response to Plaintiff's Requests for Production of Documents, in the form of a document Bates labeled SMA 0067-0069.

Thank you.

Sincerely,

Anne Sterman
Assistant Attorney General, x2109



*The Commonwealth of Massachusetts*

*Department of State Police*

*State Police Detective Unit*
*19 Midstate Drive*
*Auburn, MA 01501*

**MITT ROMNEY**
*GOVERNOR*

**KERRY HEALEY**
*LIEUTENANT GOVERNOR*

**EDWARD A. FLYNN**
*SECRETARY*

**COLONEL THOMAS G. ROBBINS**
*SUPERINTENDENT*

*February 2, 2005*

TO:            Captain Thomas G. Greene, #1126
               Massachusetts State Police Detective Unit / Worcester County

FROM:          Trooper John M. Conron, #2720
               Massachusetts State Police Detective Unit / Worcester County

SUBJECT:       Investigation of request by Dennis Shelton, also known as Shakir Maris
               ABDULLAH, B/M, DOB: 11-01-1961 of Old Colony Correctional
               Center, One Administration Road, Bridgewater, MA 02324 to establish
               legal fund with corporate debentures.
               Case #05-115-0037

1.     On Tuesday, January 25, 2005 at approximately 4:00PM, the undersigned was advised of a possible financial crime by Sergeant Stephen Kelly. Sergeant Kelly outlined the following facts for me. Shakir Maris ABDULLAH is prisoner at Old Colony Correctional Center serving a life sentence for murder. ABDULLAH alleges he has been wrongfully convicted and posted an appeal on a website seeking either legal assistance or donations to fight his conviction. In response to his appeal ABDULLAH received two corporate debentures from Brother Dan Izzo of 512 Onondaga Avenue in Syracuse, New York. ADBULLAH forwarded the corporate debentures to the Clerk of Courts and asked the debentures be deposited into a legal fund on his behalf.

2.     On Wednesday, January 26, 2005 the undersigned contacted the Virginia Division of Securities and Retail Franchising regarding the debenture issued by the Fidelity Corporation. The debenture states that it is a 5 ½ percent convertible subordinated debenture issued on October 13, 1978 for one hundred and eight thousand dollars. The debenture bears a serial number of RU29181. The debenture appears to be issued to CEDE & CO. The certificate's issue date reads October 13, 1978. Immediately below the issue date of the certificate is another

BUREAU OF INVESTIGATIVE SERVICES
MASS. STATE POLICE
2005-115-0037

SMA 0067

YEAR/DIST/CRIME/CASE
SERIAL# 1

*Excellence In Service Through Quality Policing*

date of October 17, 1978. The certificate also indicates the debenture's due date in May 1, 1988. The debenture indicates that the Fidelity Corporation is a Virginia company. The debenture bears an apparent cancellation mark on the right edge of the paper. The mark consists of a series of holes punched in the paper that spell out "CITI" and "10 17 78". At approximately 1153 hours the undersigned spoke with Tom Bayly a senior investigator for the Virginia State Corporation Commission. At approximately 1445 hours Mr. Bayly faxed the undersigned a copy of series of documents outlining the history of the Fidelity Corporation. Most notable of the documents is the Termination of Corporate Existence issued on September 4, 1991.

3.     On Thursday, January 27, 2004 the undersigned met with Assistant District Attorney (ADA) James Lemire regarding the corporate debentures. ADA Lemire handed the undersigned the original mailing from ABDULLAH to the Clerk of Courts which contained the original copies of the debentures.

4.     On Friday, January, 28, 2005 and on Tuesday, February 01, 2005 the undersigned conducted LEAPS/NCIC queries relative to the debentures. LEAPS/NCIC responded with "No Record" for either debenture.

5.     On Tuesday, February 01, 2005 at approximately 1420 hours, the undersigned contacted the Delaware Department of State Division of Corporations concerning the 9 percent Sinking Fund Debenture issued by the Pennsylvania Corporation. The debenture bears a serial number of RV3389. The debenture is issued to W.P. Carr. The certificate indicates the debenture's due date is 1994. The debenture bears an apparent cancellation mark on the lower right hand corner of the certificate. The mark consists of a series of four holes punched through the certificate at, or adjacent to, the signatures of the company's secretary and president. The debenture's issue date appears to be August 28, 1970. The debenture also bears the date January 2, 1974 on the upper right hand corner of the certificate. The debenture indicates the Pennsylvania Company was incorporated in Delaware. The undersigned was advised by the Delaware Division of Corporations that the Pennsylvania Corporation merged with American Premiere Underwriters in 2002. American Premiere Underwriters is a company incorporated in Pennsylvania.

6.     On Wednesday, February 02, 2005 at approximately 1307 hours, the undersigned contacted the Pennsylvania Department of State Corporation Bureau. The undersigned was informed that the Pennsylvania Corporation had merged with American Premiere Underwriters on October 15, 2002. The representative from the Corporation Bureau was able to tell me that American Premiere Underwriters survived the merger, however, she was unable to tell me whether The Pennsylvania Corporation survived the merger or not. The undersigned was provided with the agent information for American Premiere Underwriters. The agent was listed as CT Corporation System 1515 Market Street Suite 1210 Philadelphia, Pennsylvania 19102.

7.     On Thursday, February 03, 2005 at approximately 1144 hours, Trooper Thomas Poirier and the undersigned met with Karen Bishop and James Grey of Merrill Lynch at 446 Main Street in Worcester. Mr. Grey, the Operations Controller at the Worcester Merrill Lynch office, was able to tell the undersigned that the certificates were authentic. Additionally, Mr. Grey informed the undersigned that the perforations to both certificates indicated their cancellation. Mr. Grey went on to explain a variety of reasons why the certificates might have been cancelled.

Excellence In Service Through Quality Policing

SMA 0068

8. On Monday, February 07, 2005 at approximately 0925 hours, the undersigned contacted Brother Dan Izzo of 512 Onondaga Avenue in Syracuse, New York. Brother Izzo told the undersigned that he had purchased the certificates of corporate debenture on EBAY two years ago. Brother Izzo acknowledged that the certificates were valueless. Brother Izzo stated he did not alter or mark any of the certificates he sent them to prisoners, "as is".

9. In conclusion, the certificate of debenture issued by the Fidelity Corporation appears authentic. However, markings on the certificate indicate the debt has been cancelled. Furthermore the company no longer exists and presumably cannot make good on the debenture. Similarly, the certificate of debenture issued by the Pennsylvania Corporation also appears authentic; however, markings on the certificate indicate its cancellation.

10. The undersigned respectfully requests that this case be forwarded to the Worcester County District Attorney's Office for review.

Respectfully Submitted,

#2720

Trooper John M. Conron #2720
Massachusetts State Police
State Police Detective Unit – Worcester

INDEX BY NAME:

Tom Bayly
Commonwealth of Virginia
State Corporation Commission
Division of Securities and Retail
Franchising
P.O. Box 1197
Richmond, VA 23218
(804) 371-9051

Karen Bishop
Merrill Lynch Pierce Fenner & Smith Inc
446 Main Street Floor 12
Worcester, MA 01608
(508) 798-7200

Tom Grey
Merrill Lynch Pierce Fenner & Smith Inc
446 Main Street Floor 12
Worcester, MA 01608
(508) 798-7200

Brother Dan Izzo
512 Onondaga Avenue
Syracuse, NY 13207
(315) 472-5088

Dennis Shelton, a.k.a. Shakir Maris
Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

*Excellence In Service Through Quality Policing*

SMA 0069