UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
    Plaintiff,

v.

Francis A. Ford et. al,
    Defendants.

## MOTION FOR HEARING ON ALL PENDING MOTIONS

The plaintiff, pro se, moves the court once again to schedule hearings on all plaintiff's pending motions/pleading.

Respectfully Submitted,
Shakir Maris Abdullah Pro Se
Shakir Maris Abdullah Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

February 1, 2007

Certificate of Service
I, Shakir Maris Abdullah, pro se, hereby certify that on February 1, 2007 I served a copy of the Motion for Hearings upon Anne Sterman, Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108

Shakir Maris Abdullah Pro Se

1.