UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.=4
05-11539-DPW

Shakir Mauis Abdulloh
   Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan, Assistant
Clerk
   Defendants.

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

The plaintiff moves, under Rule 15(d) of the Rules of Civil Procedure, for leave to supplement the complaint filed herein by adding three new defendants Sergeant Stephen Kelly, Trooper John M. Conron and Assistant District Attorney James Lemire and a new claim of conspiracy by deceit.

These claims arise out of transactions or occurrences or events which have happened since the date of the complaint sought to be supplemented.

1.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
    Plaintiff,

V.

Sergeant Stephen Kelly,
Trooper John M. Conron,
Assistant District Attorney
Jamie Lemire

    Defendants.

EXHIBIT A

## PLAINTIFF'S SUPPLEMENTAL COMPLAINT

1) Plaintiff brings this supplemental complaint alleging that the defendants have engaged in a conspiracy by deceit by deliberately filing a false and inaccurate report to deprive plaintiff of monies donated for a legal fund in violation of USC 42 § 1983, 1985 while acting under the color of state law.

1.

## PARTIES

2) Defendant, Sergeant Stephen Kelly, is a member of Worcester police department and is responsible for providing false information concerning two corporate debenture for establishing a legal fund. He is being sued in his official and individual capacity.

3) Defendant, Trooper John M. Conron, is a Massachusetts State Police Detective in Worcester County and is responsible for preparing false and misleading facts concerning two corporate debenture for establishing a legal fund. He is being sued in his official and individual capacity.

4) Defendant, Assistant District Attorney, James Lemire is a former Assistant District Attorney for Worester County and is responsible for conspiring with Trooper John M. Conron to prepare false and misleading facts concerning two corporate debenture for establishing a legal fund. He is being sued in his official and individual capacity.

2.

## FACTS

Plaintiff realleges facts 1-24 as set forth in his original complaint and set forth the following supplement facts.

5) On January 18, 2007 plaintiff received from Assistant Attorney General, Anne Sterman an investigative Report prepared by Trooper John M. Conron. See exhibit "B" attached.

6) This February 2, 2005 report alleges that Sergeant Stephen Kelly brought to Trooper John M. Conron attention that a possible financial crime may have been committed.

7) During Sergeant Stephen Kelly's outline to Trooper John M. Conron he alleged that plaintiff had sent two corporate debentures to the Clerk of Courts and asked the debentures be deposited into a legal fund on his behalf.

8) Trooper John M. Conron stated that he then launched an investigation into the two corporate debentures and then met with Assistant District Attorney James Lemire who handed to Trooper

3.

John M. Conron the original mailing from the plaintiff to the Clerk of Courts which contained the original copies of the debentures.

9) Trooper John M. Conron further stated in his February 2, 2005 investigative report that he contacted Brother Don Izzo of 512 Onondaga Avenue in Syracuse, New York who told him that he had purchased the certificates of corporate debenture on EBAY two years ago and that the certificates were valueless.

10) On August 7, 2006 Clerk of Court, Francis A. Ford through a reply to plaintiff's second set of interrogatories, stated in interrogatory No. 5 that he was not aware of any person that was presented with plaintiff's Request to establish a legal fund. See exhibit "C" attached hereto.

11) On August 2, 2006 Assistant Clerk Catherine Brennan through a reply to plaintiff's second set of interrogatories, stated in interrogatory No. 5 that she was the only one presented with plaintiff's Request to establish a legal fund. See exhibit "D" attached hereto.

4.

12) On May 8, 2006 plaintiff received from defendants Francis A. Ford and Catherine Brennan exhibits 0001-0066 to plaintiff's first Request for production of documents. See exhibit "E" attached.

13) Then on August 24, 2006 plaintiff filed a Request for admissions asking the defendants Francis A. Ford and Catherine Brennan to admit or deny the genuiness of SMA 0037. See exhibit "F" attached. The defendants Ford and Brennan denied the genuiness of SMA 0037 though the exhibit SMA 0037 came from their own Records. See exhibit "G" attached.

14) Based on these facts plaintiff beleives that Trooper John M. Conron's February 2, 2005 investigative report was a subterfuge to prevent plaintiff from establishing a legal fund with the additional donation that Rev. Daniel Izzo had sent to Clerk of Court Francis A. Ford as is evident from exhibit SMA 0037 and not to plaintiff as Trooper John M. Conron, Sergeant Stephen Kelly or Assistant District Attorney James Lemire has alleged.

5.

# PRAYER FOR RELIEF

Wherefore, Plaintiff Respectfully Request that this Honorable Court grant him the following Relief:

15) Grant plaintiff compensatory damages of $100,000.00 from each of the defendants.

16) Grant plaintiff punitive damages of $100,000.00 from each of the defendants.

17) Grant plaintiff mental and emotional damages of $25,000.00 from each defendant.

18) Award plaintiff the cost for prosecuting this action.

19) Grant such other relief as the Court deems just and equitable.

Respectfully submitted this 1st day of February 2007.

*Shakir Maris Abdullah Pro Se*
Shakir Maris Abdullah Pro Se
Old Colony Correctional Center
One Administration Road
Bridgewater, MA. 02324

6.

## Certificate of Service

I, Shakir Maris Abdullah, pro se, hereby certify that on February 1, 2007 I served a copy of the plaintiff's Supplemental Complaint upon Anne Sterman, Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108.

                                              Shakir Maris Abdullah Pro Se

## Verification of Pleading by Party

I, Shakir Maris Abdullah, being duly sworn, deposes and says that he is the plaintiff in the within entitled action, that he has read the foregoing complaint and knows the contents thereof, and that the same is true of his own knowledge except as to matters therein stated to be alleged on information and belief and as to those matters he believes it to be true.

                                              Shakir Maris Abdullah, Pro Se

7.



# The Commonwealth of Massachusetts
# Department of State Police

State Police Detective Unit
19 Midstate Drive
Auburn, MA 01501

**MITT ROMNEY**
*GOVERNOR*

**KERRY HEALEY**
*LIEUTENANT GOVERNOR*

**EDWARD A. FLYNN**
*SECRETARY*

**COLONEL THOMAS G. ROBBINS**
*SUPERINTENDENT*

EXHIBIT B

February 2, 2005

TO:       Captain Thomas G. Greene, #1126
          Massachusetts State Police Detective Unit / Worcester County

FROM:     Trooper John M. Conron, #2720
          Massachusetts State Police Detective Unit / Worcester County

SUBJECT:  Investigation of request by Dennis Shelton, also known as Shakir Maris
          ABDULLAH, B/M, DOB: 11-01-1961 of Old Colony Correctional
          Center, One Administration Road, Bridgewater, MA 02324 to establish
          legal fund with corporate debentures.
          Case #05-115-0037

1.   On Tuesday, January 25, 2005 at approximately 4:00PM, the undersigned was advised of a possible financial crime by Sergeant Stephen Kelly. Sergeant Kelly outlined the following facts for me. Shakir Maris ABDULLAH is prisoner at Old Colony Correctional Center serving a life sentence for murder. ABDULLAH alleges he has been wrongfully convicted and posted an appeal on a website seeking either legal assistance or donations to fight his conviction. In response to his appeal ABDULLAH received two corporate debentures from Brother Dan Izzo of 512 Onondaga Avenue in Syracuse, New York. ADBULLAH forwarded the corporate debentures to the Clerk of Courts and asked the debentures be deposited into a legal fund on his behalf.

2.   On Wednesday, January 26, 2005 the undersigned contacted the Virginia Division of Securities and Retail Franchising regarding the debenture issued by the Fidelity Corporation. The debenture states that it is a 5 ½ percent convertible subordinated debenture issued on October 13, 1978 for one hundred and eight thousand dollars. The debenture bears a serial number of RU29181. The debenture appears to be issued to .CEDE & CO. The certificate's issue date reads October 13, 1978. Immediately below the issue date of the certificate is another

BUREAU OF INVESTIGATIVE SERVICES
MASS. STATE POLICE
2005-115-0037

YEAR/DIST/CRIME/CASE
SERIAL# 1

SMA 0067

*Excellence In Service Through Quality Policing*

8. On Monday, February 07, 2005 at approximately 0925 hours, the undersigned contacted Brother Dan Izzo of 512 Onondaga Avenue in Syracuse, New York. Brother Izzo told the undersigned that he had purchased the certificates of corporate debenture on EBAY two years ago. Brother Izzo acknowledged that the certificates were valueless. Brother Izzo stated he did not alter or mark any of the certificates he sent them to prisoners, "as is".

9. In conclusion, the certificate of debenture issued by the Fidelity Corporation appears authentic. However, markings on the certificate indicate the debt has been cancelled. Furthermore the company no longer exists and presumably cannot make good on the debenture. Similarly, the certificate of debenture issued by the Pennsylvania Corporation also appears authentic; however, markings on the certificate indicate its cancellation.

10. The undersigned respectfully requests that this case be forwarded to the Worcester County District Attorney's Office for review.

Respectfully Submitted,

#2720

Trooper John M. Conron #2720
Massachusetts State Police
State Police Detective Unit – Worcester

INDEX BY NAME:

Tom Bayly
Commonwealth of Virginia
State Corporation Commission
Division of Securities and Retail
Franchising
P.O. Box 1197
Richmond, VA 23218
(804) 371-9051

Karen Bishop
Merrill Lynch Pierce Fenner & Smith Inc
446 Main Street Floor 12
Worcester, MA 01608
(508) 798-7200

Tom Grey
Merrill Lynch Pierce Fenner & Smith Inc
446 Main Street Floor 12
Worcester, MA 01608
(508) 798-7200

Brother Dan Izzo
512 Onondaga Avenue
Syracuse, NY 13207
(315) 472-5088

Dennis Shelton, a.k.a. Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

*Excellence In Service Through Quality Policing*

SMA 0069

**INTERROGATORY NO. 3**

Please describe in detail your employment history.

EXHIBIT C

**ANSWER NO. 3**

I was a lawyer in private practice from 1979 through 2003, and I have been the Clerk of Courts in Worcester Superior Court from 2003 until the present.

**INTERROGATORY NO. 4**

Please identify by full name and address all persons from whom you have obtained written (signed or unsigned) or oral statements regarding the occurrences alleged in plaintiff's complaint, and set forth dates and substance of any such statements.

**ANSWER NO. 4**

I have discussed the plaintiff's claims with members of my staff on various dates. I have also discussed the plaintiff's claims with Assistant District Attorney James Lemire who was investigating the plaintiff's claims. I do not recall the dates of the conversations.

**INTERROGATORY NO. 5**

Please identify by full name, address and occupation each person that was presented with plaintiff's December 6, 2004 or December 14, 2004 requests to establish a legal fund including (judges and other court or county officials) and their responses and actions to the request?

**ANSWER NO. 5**

Francis A. Ford objects to the form of this interrogatory and on the grounds that it is confusing and difficult to understand. Notwithstanding the objection, I am not aware of any such person.

**INTERROGATORY NO. 6**

State whether or not you ever made or gave any statement, whether oral or in writing to your attorney, investigator or agent concerning what happened to the alleged $100,000 Federal Reserve Bank Note plaintiff sent to your office?

**ANSWER NO. 6**

There was no $100,000 Federal Reserve Note, and thus, no conversations regarding one ever took place.

3

Without waiving said objection, the Defendant responds as follows:

Anna Maria College, Master's Degree in Criminal Justice.

**EXHIBIT D**

### INTERROGATORY NO. 3

Please describe in detail your employment history.

### ANSWER NO. 3

I have been employed by the Commonwealth of Massachusetts Trial Court for the past twenty-five years.

### INTERROGATORY NO. 4

Please identify by full name and address all persons from whom you have obtained written (signed or unsigned) or oral statements regarding the occurrences alleged in plaintiff's complaint, and set forth dates and substance of any such statements.

### ANSWER NO. 4

I have discussed this matter with my superiors and other members of my office on various occasions. Assistant District Attorney James Lemire also was involved at some point and I believe that Trooper John Conron of the CPAC office in Auburn, MA was also contacted.

### INTERROGATORY NO. 5

Please identify by full name, address and occupation each person that was presented with plaintiff's December 6, 2004 or December 14, 2004 requests to establish a legal fund including (judges and other court or county officials) and their responses and actions to the request?

### ANSWER NO. 5

I was. Please see answer to Interrogatory Number 1.

### INTERROGATORY NO. 6

State whether or not you ever made or gave any statement, whether oral or in writing to your attorney, investigator or agent concerning what happened to the alleged $100,000 Federal Reserve Bank Note plaintiff sent to your office?

3



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

May 8, 2006

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

**EXHIBIT E**

Re: **Abdullah v. Ford, et al.**
    USDC, 05-11539DPW

Dear Mr. Abdullah:

Enclosed please find Defendants Francis Ford and Catherine Brennan's Response to Plaintiff's First Request for Production of Documents, Bates Numbered 0001-0066.

Thank you.

Very truly yours,

Cathleen Collins
Paralegal



**EXHIBIT F**



General
Legal
Fund)
Court
Donation

Br. Dan Izzo
512 Onondaga Ave.
Syracuse, NY 13207

To Francis Ford
Clerk/Magistrate
Worcester County Superior Court
2 Main Street
Worcester MA
01608

date of October 17, 1978. The certificate also indicates the debenture's due date in May 1, 1988. The debenture indicates that the Fidelity Corporation is a Virginia company. The debenture bears an apparent cancellation mark on the right edge of the paper. The mark consists of a series of holes punched in the paper that spell out "CITI" and "10 17 78". At approximately 1153 hours the undersigned spoke with Tom Bayly a senior investigator for the Virginia State Corporation Commission. At approximately 1445 hours Mr. Bayly faxed the undersigned a copy of series of documents outlining the history of the Fidelity Corporation. Most notable of the documents is the Termination of Corporate Existence issued on September 4, 1991

3. On Thursday, January 27, 2004 the undersigned met with Assistant District Attorney (ADA) James Lemire regarding the corporate debentures. ADA Lemire handed the undersigned the original mailing from ABDULLAH to the Clerk of Courts which contained the original copies of the debentures.

4. On Friday, January, 28, 2005 and on Tuesday, February 01, 2005 the undersigned conducted LEAPS/NCIC queries relative to the debentures. LEAPS/NCIC responded with "No Record" for either debenture.

5. On Tuesday, February 01, 2005 at approximately 1420 hours, the undersigned contacted the Delaware Department of State Division of Corporations concerning the 9 percent Sinking Fund Debenture issued by the Pennsylvania Corporation. The debenture bears a serial number of RV3389. The debenture is issued to W.P. Carr. The certificate indicates the debenture's due date is 1994. The debenture bears an apparent cancellation mark on the lower right hand corner of the certificate. The mark consists of a series of four holes punched through the certificate at, or adjacent to, the signatures of the company's secretary and president. The debenture's issue date appears to be August 28, 1970. The debenture also bears the date January 2, 1974 on the upper right hand corner of the certificate. The debenture indicates the Pennsylvania Company was incorporated in Delaware. The undersigned was advised by the Delaware Division of Corporations that the Pennsylvania Corporation merged with American Premiere Underwriters in 2002. American Premiere Underwriters is a company incorporated in Pennsylvania.

6. On Wednesday, February 02, 2005 at approximately 1307 hours, the undersigned contacted the Pennsylvania Department of State Corporation Bureau. The undersigned was informed that the Pennsylvania Corporation had merged with American Premiere Underwriters on October 15, 2002. The representative from the Corporation Bureau was able to tell me that American Premiere Underwriters survived the merger, however, she was unable to tell me whether The Pennsylvania Corporation survived the merger or not. The undersigned was provided with the agent information for American Premiere Underwriters. The agent was listed as CT Corporation System 1515 Market Street Suite 1210 Philadelphia, Pennsylvania 19102.

7. On Thursday, February 03, 2005 at approximately 1144 hours, Trooper Thomas Poirier and the undersigned met with Karen Bishop and James Grey of Merrill Lynch at 446 Main Street in Worcester. Mr. Grey, the Operations Controller at the Worcester Merrill Lynch office, was able to tell the undersigned that the certificates were authentic. Additionally, Mr. Grey informed the undersigned that the perforations to both certificates indicated their cancellation. Mr. Grey went on to explain a variety of reasons why the certificates might have been cancelled.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

**EXHIBIT G**

SHAKIR MARIS ABDULLAH,
    Plaintiff,

v.

FRANCIS H. FORD, Clerk, CATHERINE
BRENNAN, Assistant Clerk, and REVEREND
DANIEL IZZO,
    Defendants.

C.A. NO. 05-11539-DPW

### DEFENDANTS FRANCIS FORD AND CATHERINE BRENNAN'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

Pursuant to Fed. R. Civ. P. 36, Defendants Francis Ford and Catherine Brennan hereby respond to Plaintiff's First Request for Admissions.

**REQUEST NO. 1**

That the Worcester Clerk's Office has a designated mail employee from among its staff that opens, record, and dispenses all incoming mail within the division of the clerk's office.

**RESPONSE NO. 1**

Denied.

Plaintiff hereby requests the defendants to admit or deny to the genuineness of the following documents which are attached to this request.

**REQUEST NO. 1**

That the statements on the documents, a copy of which is annexed hereto and marked "Exhibit A", are in accordance with the facts.

**RESPONSE NO. 1**

Denied.

1

**REQUEST NO. 2**

That the statements on the documents, a copy of which is annexed hereto and marked "Exhibit B:, are in accordance with the facts.

**RESPONSE NO. 2**

Denied.

Respectfully Submitted,
FRANCIS FORD,
CATHERINE BRENNAN,

THOMAS F. REILLY
ATTORNEY GENERAL

Ernest L. Sarason, Jr., BBO # 441980
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200 x 2596

Dated: September 1, 2006

## CERTIFICATE OF SERVICE

I, Ernest L. Sarason, Jr., hereby certify that on September 1, 2006, I served a copy of the **Response to Plaintiff's First Set of Admissions** upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

Ernest L. Sarason, Jr.
Assistant Attorney General

2