UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHAKIR MARIS ABDULLAH,        )<br>     Plaintiff,                            )<br>                                          )<br>v.                                      )<br>                                          )<br>FRANCIS H. FORD, Clerk, CATHERINE  )<br>BRENNAN, Assistant Clerk, and REVEREND )<br>DANIEL IZZO,                      )<br>     Defendants.                      )<br>                                          ) | C.A. NO. 05-11539-DPW |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the Defendants, Francis H. Ford and Catherine Brennan.

                                         Respectfully Submitted,
                                         COMMONWEALTH OF MASSACHUSETTS

                                         By its Attorneys,

                                         THOMAS F. REILLY
                                         ATTORNEY GENERAL

                                         /s/ Anne Sterman
                                         Mary O'Neil, BBO #379430
                                         Assistant Attorney General
                                         Government Bureau/Trial Division
                                         One Ashburton Place, Room 1813
                                         Boston, MA  02108
Date: February 12, 2007                 (617) 727-2200 x 2737

**CERTIFICATE OF SERVICE**

      I, Mary O'Neil, Assistant Attorney General, certify that on February 12, 2007 I served the foregoing **document** upon all parties, by electronically filing a copy through the ECF System, and mailing a copy to plaintiff:

    Shakir Maris Abdullah
    Old Colony Correctional Center
    One Administration Rd.
    Bridgewater, MA  02324

                              /s/ Mary O'Neil
                              Mary O'Neil, Assistant Attorney General
                              Government Bureau/Trial Division