UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-11539 DPW |

**DEFENDANTS FORD AND BRENNAN'S MOTION TO RECONSIDER OR IN THE ALTERNATIVE TO STAY DISCOVERY ORDER FOR JUST SO MUCH OF THE ORDER THAT PERTAINS TO THE PERSONAL FINANCIAL RECORDS OF FORD AND BRENNAN AND THEIR DEPOSITIONS[1]**

Defendants Ford and Brennan respectfully request that this Court reconsider a portion of its February 1, 2007 discovery order (the "Order"), or, in the alternative, stay discovery for the good cause shown to permit Ford and Brennan to file a comprehensive Motion for Summary Judgment detailing: the legal and factual deficiencies with plaintiff's case, and why, as a matter of law, the discovery is not necessary or relevant to the case.

The good cause for this motion is:

---

[1] In accordance with the Court's Order the defendants have provided: Brennan's answers to interrogatories; Trooper Conron's Affidavit with exhibits; Sergeant Kelly's Affidavit; Judge McCann's Affidavit; Judge Lemire's Affidavit; Corinne Gorman's Affidavit; Matthew Lefebvre's Affidavit, as well as the Affidavits of Catherine Brennan, Francis Ford, Cathleen Collins, Assistant Attorney General Jennifer Laverty and Assistant Attorney General Anne Sterman.  Further, the defendants have produced Mr. Abdullah's prison mail log with an affidavit and made the Worcester Superior Court's banking records available for in camera review.

1. The debentures in question will be deposited with the Court, and so can be returned to Mr. Abdullah, thus rendering the action moot (attached as exhibits are photocopies of the debentures);[2]

2. Additionally, the plaintiff cannot sustain a claim for conversion because plaintiff has an adequate post-deprivation remedy in the state courts, and any damages would be de minimus because as the attached affidavits reveal, the debentures have no value because they have been cancelled; and

3. Further, since the Court issued its Order, defense counsel learned that the financial records ordered to be produced are held jointly with nonparties whose privacy rights will be compromised without having had an opportunity to be heard on this matter. Additionally, it would be burdensome to obtain all of the records demanded, which could include 401K or equivalent statements, savings accounts, investment accounts, and retirement accounts.

4. The depositions of Ford and Brennan, as specified in the Order, present both legal and logistical issues, including whether the Order is binding on the Department of Corrections (DOC), which is not a party to this case.

Defendants Ford and Brennan respectfully request, for the above good cause shown, that this Court reconsider its Order for their personal bank records, and for the depositions of Ford and Brennan. In the alternative, Defendants Ford and Brennan

---

[2] As noted in the supporting memorandum, if Mr. Abdullah's claim is solely for the photocopy of the $100,000 Federal Reserve Note, this document, which is also valueless, will be deposited with the Court.

request that the Court stay that portion of the Order so the defendants may file a Motion for Summary Judgment on the merits of the case. The defendants incorporate their accompanying Memorandum in further support of their motion.

## REQUEST FOR A HEARING

Defendants Francis Ford and Catherine Brennan respectfully request a hearing on their Motion for Reconsideration. [3]

        Respectfully submitted,

        Defendants Ford and Brennan
        By Their Counsel

        **MARTHA COAKLEY**
        **ATTORNEY GENERAL**

        /s/ Mary O'Neil
        Mary O'Neil, Assistant Attorney General BBO #379430
        Anne Sterman, Assistant Attorney General  BBO #650426
        One Ashburton Place, Room 1816
        Boston, MA.  02108
        Tel. 617-727-2200 X. 2636

Date:  February 23, 2007

---

[3] Defendants respectfully request that the hearing not be scheduled for March 2nd or March 5th.

## **CERTIFICATE OF SERVICE**

  I, Anne Sterman, hereby certify that on February 23, 2007, I served a copy of the above motion upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

               /s/ Anne Sterman
               Anne Sterman
               Assistant Attorney General