UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br><br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>    Defendants. | C.A. NO. 05-11539-DPW |

### DEFENDANTS FRANCIS FORD AND CATHERINE BRENNAN'S MOTION TO WAIVE LOCAL RULE 7.1

Now comes the Defendants, Francis Ford and Catherine Brennan, and respectfully request this Court to waive Local Rule 7.1 on the grounds that the Plaintiff is currently incarcerated at the Old Colony Correctional Center in Bridgewater, Massachusetts, and is unable to confer with the Defendants in compliance with this rule.

Respectfully Submitted,

FRANCIS FORD,
CATHERINE BRENNAN,
By Their Attorney,


/s/ Mary O'Neil
Mary O'Neil, BBO # 379430
Anne Sterman, BBO # 650426
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108
(617) 727-2200   x 2737

Dated: February 23, 2007

## **CERTIFICATE OF SERVICE**

      I, Anne Sterman, hereby certify that on February 23, 2007, I served a copy of the above Motion to Waive Local Rule 7.1 upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

                                                <u>/s/ Anne Sterman</u>
                                                Anne Sterman
                                                Assistant Attorney General