Shakir Maris Abdullah
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

March 8, 2007

FILED
CLERKS OFFICE

2007 MAR -9  P 2: 42

U.S. DISTRICT COURT
DISTRICT OF MASS

United State District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

Re: Abdullah v. Ford et al.
    Civil No. 05-11539-DPW

Dear Sir/Madam:

Would you please forward me a current docket entry sheet to the above-reference matter at your earliest convenience.

Thank you

Shakir Maris Abdullah

cc: file