Shakir Manis Abdullah
8CCC
One Administration Road
Bridgewater, MA. 02324

c/o Michelle Rynne
United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

Re: Abdullah v. Ford et al
C.A. No. 05-11539-DPW

Dear Ms. Rynne:

Would you please forward to my above mentioned address a docket entry sheet to the above-reference matter at your earliest convenience.

Thank you,

Dated: March 30, 2007
cc: file

Shakir Manis Abdullah
Pro Se