UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>)    C.A. No. 05-11539-DPW<br>) |
| FRANCIS A. FORD, et al.,<br>    Defendants. | )<br>) |

## ORDER REVOKING ORDER FOR APPOINTMENT OF *PRO BONO* COUNSEL

WOODLOCK, D.J.

On February 1, 2007, this Court orally granted Plaintiff's Motion for Appointment of Counsel. See Electronic Clerk's Notes for proceedings held February 1, 2007. The matter was thereafter referred to the Court's *Pro Bono* Coordinators. Since then, great effort has been made on their part to obtain *pro bono* counsel on behalf of the Plaintiff. To date, however, no attorneys have been located willing to accept a *pro bono* appointment in this case.

At this juncture, the Court finds that further efforts to secure *pro bono* counsel for the Plaintiff would be futile, and would constitute a waste of judicial resources. Accordingly, it is Ordered that the grant of *pro bono* counsel for the Plaintiff is hereby REVOKED. If Plaintiff seeks counsel to represent him in this action, he must make his own efforts to obtain counsel. Absent an appearance by counsel, Plaintiff will be deemed to be proceeding pro se with respect to all future proceedings.

SO ORDERED.

DATED: April 19, 2007

DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE