UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>    Defendants. | C.A. NO. 05-11539 DPW |

## DEFENDANTS FORD AND BRENNAN'S MOTION FOR SUMMARY JUDGMENT

Defendants Ford and Brennan respectfully submit this motion for summary judgment on all counts of Plaintiff's Complaint. Plaintiff Shakir Maris Abdullah alleges that Defendants Ford and Brennan converted his property in violation of his civil rights under 42 U.S.C. §1983. However, Plaintiff's claims fail because:

(1) Plaintiff admits that he possessed the allegedly converted property as recently as February 28, 2007;

(2) To the extent Plaintiff claims that Ford and Brennan converted other documents sent to them, Plaintiff's claims are moot because the documents in question can, and will, with the Court's approval, be returned to him so there is no conversion;

(3) Plaintiff's damages, if any, are de minimus because the property alleged to have been converted is valueless;

(4) Plaintiff's claim for conversion under 42 U.S.C. §1983 fails as a matter of law, because he has an adequate postdeprivation remedy in the state courts.

(5) Plaintiff cannot meet his burden of proof at summary judgment to prove the claims he alleges; mere unsupported allegations are insufficient as a matter of law to

permit the case to proceed.

Accordingly, Defendants request that judgment enter in their favor. The defendants incorporate the accompanying Memorandum in further support of their motion.

## REQUEST FOR A HEARING

Defendants Francis Ford and Catherine Brennan respectfully request a hearing on their Motion for Reconsideration.

        Respectfully submitted,

        Defendants Ford and Brennan
        By Their Counsel

        **MARTHA COAKLEY**
        **ATTORNEY GENERAL**

        /s/ Mary O'Neil
        Mary O'Neil, Assistant Attorney General BBO #379430
        Anne Sterman, Assistant Attorney General  BBO #650426
        One Ashburton Place, Room 1816
        Boston, MA.  02108
        Tel. 617-727-2200 X. 2636

Date: April 26, 2007

## **CERTIFICATE OF SERVICE**

      I, Anne Sterman, hereby certify that on April 26, 2007, I served a copy of the above motion upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

                                                    /s/ Anne Sterman
                                                  Anne Sterman
                                                  Assistant Attorney General