UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
  Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan, Assistant
Clerk,   Defendants.

PLAINTIFF'S MOTION FOR SANCTIONS
FOR DEFENDANTS' FAILURE TO COMPLY
WITH COURT'S February 1, 2007
DISCOVERY ORDER

---

1. On February 1, 2007 the Court ordered the defendants to produce specific discovery material including all bank/money accounts by February 23, 2007 and to schedule and conduct depositions of defendant's by plaintiff to be completed by end of March 2007.

1.

2. However, on February 23, 2007 defendants submitted incomplete discovery and filed a motion to reconsider or in the alternative to stay discovery order for just so much of the Order that pertains to the person financial records of Ford and Brennan and their depositions. Plaintiff immediately filed a opposition to this request.

3. Then on April 26, 2007 defendants filed a premature motion for summary judgment without having completed the discovery Order. This attempt by defendants was no more than trying to circumvent the Court's February 1, 2007 Discovery Order. Plaintiff also filed a opposition to this request.

4. The Court has made no ruling on either motion and plaintiff now move the Court to issue sanctions against the defendants pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(B)(C) for their failure to comply with the Court's February 1, 2007 Discovery Order.

5. In addition to the foregoing, the Plaintiff moves the Court for such other and further order or orders as the Court seem just under the circumstances, including Plaintiff's reasonable expenses, including attorney's fees incurred in connection with the motion.

2.

This Motion is based upon the record and files existing on the Court docket.

                        Shakir Manis Abdullah, Pro Se
                        Shakir Maris Abdullah, Pro Se
                        Old Colony Connection Center
                        One Administration Road
                        Bridgewater, MA. 02324

                        June 9, 2007

## Certificate of Service

I, Shakir Manis Abdullah, pro se, hereby certify that on June 9, 2007, I served a copy of the Plaintiff's Motion For Sanctions for Defendants' failure to Comply with Court's February 1, 2007 Discovery Order upon Assistant Attorney General, Anne Sterman, One Ashburton Place, 18th Floor, Boston, MA. 02108

3.