UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakir Maris Abdullah
   Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan, Assistant
Clerk,
   Defendants.

PLAINTIFF'S MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR SANCTIONS
FOR DEFENDANT'S FAILURE TO COMPLY
WITH COURT'S FEBRUARY 1, 2007
DISCOVERY ORDER
_____

In R.W. Intern. Corp. v. Welch Foods, Inc. cite as 937 F.2d 11 (1st Cir. 1991), the Court stated: " We need not paint the lily. Once the defendants eschewed the essential interim step exemplified by Rule 37(a), the gateway to utilizing Rule 37(b)(2) in respect to Ward's failure to answer a particular series of questions at his deposition was blocked." The

1.

Court further stated: "In the absence of a Rule 37(a) order or its functional equivalent, Ward's track record, though blemished, could not by itself animate Rule 37(b)(2)."

However, in the case at bar. Once the Court issued its February 1, 2007 Discovery Order pursuant to Federal Rule Civil Procedure 37(a), defendants Ford and Brennan were precluded from refusing to disclose their bank/money accounts and to schedule and provide for their depositions to be taken. See Fashion House, 892 F.2d at 1081-82 (preclusory order); Damiani, 704 F.2d at 16 (dismissal); see also Spiller v. U.S.V. Laboratories, Inc., 842 F.2d 535, 537 (1st Cir. 1988) (plaintiff's "history of foot-dragging" important in upholding Rule 37(b)(2) dismissal). These holdings are fully consistent with the proposition that an order must be in effect, and then violated, before the gears of Rule 37(b)(2) can be engaged. R.W. Intern. Corp. v. Welch Food, Inc. supra at 937 F.2d 11 (1st Cir. 1991).

In concluding, the February 1, 2007 Discovery Order was in effect, the February 1, 2007 Discovery Order was violated by the defendants in not providing their bank/money accounts by or on February 23, 2007 as Ordered by the Court and the February 1, 2007 Order was violated by the defendants in not scheduling a date and time to give their depositions as Ordered by the Court before March 31, 2007. The gears of Rule 37(b)(2) should be engaged for their breach of the Court's Order.

2.

Though plaintiff case is assigned to the pro bono division plaintiff files this motion to protect his rights

Shakir Manis Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

June 11, 2007

## Certificate of Service

I, Shakir Manis Abdullah, pro se, hereby certify that on June 11, 2007, I served a copy of the Plaintiff's Memorandum of Law in Support of Motion for Sanctions for Defendants failure to Comply with Court's February 1, 2007 Discovery Order upon Assistant Attorney General, Anne Sterman, One Ashburton Place, 18th Floor, Boston, MA. 02108