UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

CIVIL ACTION NO.
05-11539

2007 JUN 18 P 1:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

Shakir Manis Abdullah
        Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan,
Assistant Clerk.

## MOTION FOR HEARING ON TWO OUTSTANDING DISCOVERY MOTIONS PENDING WITH THE COURT

1. On February 1, 2007, the Court held a hearing on all outstanding discovery motions. At this hearing by video conference on February 1, 2007, plaintiff did beleived that he had addressed all pending discovery motions with the Court.

2. However, upon plaintiff's receipt of the video conference transcripts from court reporter

1.

Pamela R. Owens on June 12, 2007. Plaintiff realized that he didn't address his motions to Compel Defendants Francis A. Ford and Catherine Brennan to Answer Incomplete and Evasive Interrogatories filed with the clerk's office on August 8th and 14th of 2006.

3. Plaintiff also realized that he hadn't address the Motion requesting Court to serve Subpoena pursuant to Fed. R. Civ. P. 34(c) upon Reverend Daniel Izzo for Production of Documents filed with the clerk's office on August 22, 2006.

4. Plaintiff apologize to the Court for this inadvertent mistake as he is pro se and inexperience.

5. Additionally, United States v. MWI Corp., 232 F.R.D. 14, 17 (D.D.C. 2005) (motion to compel responses to discovery served 2 years earlier deemed timely where no motion for summary judgment pending and no trial date set). Though defendant's having a motion for summary judgment pending that motion is in and of itself premature because of the Court's February 1, 2007 discovery order being incomplete.

2.

Respectfully Submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Connection Center
One Administration Road
Bridgewater, MA. 02324

Certificate of Service
---

I, Shakir Maris Abdullah, pro se, certify hereby that I served the enclose motion for Hearing on Two Outstanding Discovery Motions pending with the Court upon Assistant Attorney General, Anne Sterman, One Ashburton Place, 18th Floor, Boston, MA. 02108.