UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

_____
                                                                  )
SHAKIR MARIS ABDULLAH,                )
    Plaintiff,                                      )
                                                                 )
v.                                                                    )        C.A. NO. 05-11539-DPW
                                                                 )
FRANCIS H. FORD, Clerk, CATHERINE     )
BRENNAN, Assistant Clerk, and REVEREND )
DANIEL IZZO,                                )
    Defendants.                                  )
_____)

**DEFENDANTS FRANCIS H. FORD'S AND CATHERINE BRENNAN'S OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND SUPPLEMENTAL COMPLAINT**

       Defendants Francis H. Ford and Catherine Brennan oppose Mr. Abdullah's Motion to file a Second Supplemental Complaint for the following reasons:

       1.     In contravention of L.R. 15.1 he has not served this motion on the proposed defendants, Corine [sic] Gorman, and Matthew Lefebvre, ten days in advance of the filing of this motion, and thus it is not properly before the Court;

       2.     While it is undisputed that Mr. Abdullah is incarcerated on a life sentence for murder, and thus has equal challenges communicating with counsel, he is still required to file a motion to waive L.R. 7.1, and he has failed to do so; thus this motion is not properly before the Court;

       3.     Finally, Mr. Abdullah fails to present any basis for a claim against Ms. Gorman and Mr. Lefebvre. Simply put, he claims that they were "untrue" in their recently filed affidavits, and for this reason they should be added to his now proposed "second supplemental complaint." That claim is insufficient to make them defendants for an alleged conversion that

occurred on December 20th of 2004. Further, defendants Ford and Brennan refer the Court to their Memorandum in support of their Motion for Summary Judgment that sets out in detail the legal arguments establishing that the present iteration of the Complaint fails to support any legal claim against them.

     Mr. Abdullah has no foundation upon which to build an addition to his "first supplemental complaint." It would be patently unfair to the proposed defendants Ms. Gorman and Mr. Lefebvre to now bring them into this protracted saga; particularly on the proposed claim that Mr. Abdullah says their affidavits were untrue. They were attested to by these Court Officials, and they were true.

                          Respectfully Submitted,

                          FRANCIS FORD,
                          CATHERINE BRENNAN,
                          By Their Attorney:
                          MARTHA COAKLEY
                          ATTORNEY GENERAL

                          /s/ Mary O'Neil
                          Mary O'Neil BBO # 379430
                          Assistant Attorney General
                          One Ashburton Place, 18th Floor
                          Boston, MA  02108
                          (617) 727-2200   x 2636

Dated: July 5, 2007

**CERTIFICATE OF SERVICE**

      I, Mary O'Neil, hereby certify that on July 5, 2007, I served a copy of the above **opposition to plaintiff's motion to file a second supplemental complaint** upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

                                      /s/ Mary O'Neil
                                      Mary O'Neil
                                      Assistant Attorney General