UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br><br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE BRENNAN, Assistant Clerk, and REVEREND DANIEL IZZO,<br>    Defendants. | C.A. NO. 05-11539-DPW |

### DEFENDANTS FRANCIS H. FORD'S AND CATHERINE BRENNAN'S MOTION TO WAIVE LOCAL RULE 7.1

Now come the Defendants, Francis H. Ford and Catherine Brennan, who respectfully request that this Court waive Local Rule 7.1 on the grounds that the plaintiff is currently incarcerated at the Old Colony Correctional Center in Bridgewater, Massachusetts, and is unable to confer with the defendants in compliance with this rule.

Respectfully Submitted,

FRANCIS FORD,
CATHERINE BRENNAN,
By Their Attorney:
MARTHA COAKLEY,
ATTORNEY GENERAL

 /s/ Mary O'Neil
Mary O'Neil BBO # 379430
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108
(617) 727-2200   x 2636

Dated: July 5, 2007

**CERTIFICATE OF SERVICE**

      I, Mary O'Neil, hereby certify that on July 5, 2007, I served a copy of the above **motion to waive Local Rule 7.1** upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

                                                /s/ Mary O'Neil
                                                Mary O'Neil
                                                Assistant Attorney General