UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION 2007 JUL -9 P 12:34
NO. 05-11539 DPW
U.S. DISTRICT COURT
DISTRICT OF MASS.

Shakir Manis Abdullah
    Plaintiff

v.

Francis A. Ford et.al,
    Defendants.

MOTION TO STAY ANY SUMMARY JUDGMENT PLEADING UNTIL PLAINTIFF'S DISCOVERY PHASE IS COMPLETED

As reason for this motion pro se plaintiff states:

Summary judgment is proper if the pleadings, depositions, answers to interrogatories, and admissions on file show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. Discovery in this matter is incomplete at this time. See Rosenburg v. City of Everett, 328 F.3d 12, 17 (1st Cir. 2003) (citing Fed.R.Civ.P. 56(c)(2003).

1.

Shakir Maris Abdullah Pro Se
Shakir Maris Abdullah Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

July 6, 2007

## Certificate of Service

I, Shakir Maris Abdullah, hereby certify that on July 6, 2007, I served a copy of the above motion upon Assistant Attorney General, Anne Sterman, One Ashburton Place Boston, MA. 02108-1598 by pre-paid postage.

2.