UNITED STATES DISTRICT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION
NO. 05-11539 DPW

2007 MAY 9 P 12: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

Shakir Maris Abdullah
    Plaintiff,

v.

Francis A. Ford, Clerk
Catherine Brennan,
Assistant Clerk
    Defendants

MOTION TO COMPEL DISCOVERY
FOR PRODUCTION OF DOCUMENTS

1. On February 21, 2007, Assistant Attorney General, Jennifer Laverty submitted an affidavit to this Court stating that, on or about October 6, 2006, she went to the Worcester Superior Court and picked up the contents of the Court's file with regard to Shakir Maris Abdullah. See Affidavit of Jennifer Laverty.

1.

2. Assistant Attorney General Laverty also submitted a inventory list of the items she picked up from the Worcester Superior Court. See Affidavit of Jennifer Laverty and Exhibit 1.

3. Number 9 to the inventory list which is a: Memorandum from Assistant District Attorney James R. Lemire to Francis Ford, Clerk Worcester Superior Court (Dated July 19, 2005) Re: Dennis Shelton a/k/a Shakir Manis Abdullah, concerning two stock/bond certificates was never turned over to plaintiff in his request for production of documents.

4. This Memorandum is very significant in light of the fact that Francis Ford stated in his February 15, 2007 Affidavit that, he never saw an original corporate debentures sent by Shakir Manis Abdullah. And that he (Ford) never took any corporate debentures or other property belonging to Shakir Manis Abdullah. See Affidavit of Francis Ford.

5. In light of these facts the Court should order the defendants to turned over this discovery material.

Plaintiff request a hearing on this motion.

2.

Shakir Manis Abdullah Pro Se
Shakir Manis Abdullah Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

July 6, 2007

### Certificate of Service

I, Shakir Manis Abdullah, hereby certify that on July 6, 2007, I served a copy of the above motion upon Assistant Attorney General, Anne Sterman, One Ashburton Place Boston, MA. 02108-1598 by pre-paid postage.

3.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>    Defendants. | C.A. NO. 05-11539-DPW |

### AFFIDAVIT OF JENNIFER LAVERTY

I, Jennifer Laverty, upon oath depose and state as follows:

1. I am an Assistant Attorney General for the Office of the Attorney General.

2. On or about October 6, 2006, I went to the Worcester Superior Court and picked up the contents of the Court's file with regard to Shakir Maris Abdullah. These contents included two original corporate debentures.

3. Attached as Exhibit 1 hereto is the Court's inventory list, which I signed, indicating the contents of the file I picked up.

4. I gave the entirety of the file, including the original corporate debentures, to Cathleen Collins, a paralegal in the Attorney General's Office for the Commonwealth of Massachusetts.

**Signed under the pains and penalties of perjury this 21st day of February, 2007.**

                                                Jennifer Laverty
                                                Assistant Attorney General

# EXHIBIT 1

# Commonwealth of Massachusetts
# Worcester County Superior Court

### Acknowledgment of Release of Documents
### In Re: Shakir Maris Abdullah a/k/a: Dennis Shelton
### Worcester Superior Court numbers: 90-1148; 90-1150-51

### October 6, 2006

Per request of Assistant Attorney General Ernest Sarason, the Worcester Superior Court Clerk's Office hereby produces and releases the following documents for the above captioned matter:

1. Greeting card from Br. Dan Izzo (received by Clerk's office December 13, 2004).

2. Correspondence from Br. Dan Izzo (dated November 19, 2004) addressed to Prison Officials with attachments totaling 4 pages.

3. Copy of correspondence (dated December 6, 2004) of Shakir Maris Abdullah with handwritten marker notations and stamped in lower right hand corner with" Br. Dan Izzo" address in Syracuse, NY with attachments totaling 9 pages.

4. Correspondence from Shakir Maris Abdullah (filed with Clerk's Office December 20, 2004) re: establishing legal fund with attachments totaling 8 pages.

5. One Million dollar bill, Serial number B03231025A, Series 2001 with print stating "This certificate is not legal tender, nor is it a representation of any existing or previous US Government capital note".

6. Registered stock certificate entitled "Pennsylvania Company", numbered RV 3389, in the amount of $5,000. (Dated August 28, 1970)

7. Registered stock certificate entitled "Fidelity Corporation", numbered RU 29181, in the amount of $108,000. (Dated October 13, 1978)

8. Copy of correspondence of Shakir Maris Abdullah (received by Clerk's Office February 7, 2005) re: status of establishing legal fund with attachments totaling 7 pages.

9. Memorandum from Assistant District Attorney James R. Lemire to Francis Ford, Clerk Worcester Superior Court (Dated July 19, 2005) re: Dennis Shelton a/k/a Shakir Maris Abdullah, concerning two stock/bond certificates.

10. Letter from Matthew S. Lefebvre, Office Manager, Worcester Superior Court to Mr. Shakir Maris Abdullah a/k/a Dennis Shelton (dated July 22, 2005) re: Clerk's Office's inability to establish a legal fund as requested.

I hereby release the above referenced documents this 6th day of October, 2006 to the custody of Jennifer Laverty, Assistant Attorney General.

_____
Corinne L. Gorman
First Assistant Clerk

I hereby acknowledge the receipt and take into custody the above referenced documents this 6th day of October, 2006.

_____
Jennifer Laverty, Assistant Attorney General
(For Ernest Sarason, Assistant Attorney General)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>  Plaintiff,<br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>  Defendants. | C.A. NO. 05-11539-DPW |

### AFFIDAVIT OF FRANCIS FORD

1. My name is Francis Ford. Until January, 2007, I was the Clerk of the Worcester Superior Court. I am now an attorney at the law firm of Fletcher, Tilton and Whipple in Worcester, MA.

2. I never saw any original corporate debentures sent by Shakir Maris Abdullah.

3. I never took any corporate debentures or other property belonging to Shakir Maris Abdullah.

4. All of my personal banking accounts are held jointly with my wife, Shirley A. Doyle

Signed under the pains and penalties of perjury this 15th day of February, 2007.

_____
Francis Ford