UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

_____

SHAKIR MARIS ABDULLAH,          )
        Plaintiff,              )
                                )
v.                              )          C.A. NO. 05-11539-DPW
                                )
FRANCIS H. FORD, Clerk, CATHERINE )
BRENNAN, Assistant Clerk, and REVEREND )
DANIEL IZZO,                    )
        Defendants.             )
_____)

## DEFENDANTS FRANCIS H. FORD'S AND CATHERINE BRENNAN'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Now come the Defendants, Francis H. Ford and Catherine Brennan, who state that they have complied with all discovery requests, and are awaiting the Court's determination on their Motion for Reconsideration regarding certain discovery requests. Plaintiff now points out a particular one paragraph memorandum from then Assistant District Attorney James R. Lemire that he seeks. In the interests of expediting the litigation, the Defendants have attached this memorandum to this response.

Respectfully Submitted,

FRANCIS FORD,
CATHERINE BRENNAN,
By Their Attorney,

ATTORNEY GENERAL MARTHA COAKLEY

/s/ Mary O'Neil
Mary O'Neil BBO # 379430
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108
(617) 727-2200   x 2636

Dated: July 13, 2007

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 13, 2007.


  /s/ Mary O'Neil
Mary O'Neil
Assistant Attorney General



**COMMONWEALTH OF MASSACHUSETTS**

OFFICE OF THE
**DISTRICT ATTORNEY**
MIDDLE DISTRICT

JOHN J. CONTE
DISTRICT ATTORNEY

**WORCESTER COUNTY COURTHOUSE**
**WORCESTER, MASSACHUSETTS 01608**
**www.worcesterda.com**

TELEPHONE
755-8601
AREA CODE 508

## MEMORANDUM

TO:        Francis Ford, Clerk, Worcester Superior Court

FROM:    James R. Lemire, Assistant District Attorney

DATE:    July 19, 2005

RE:        Dennis Shelton a/k/a Shakir Maris Abdullah

---

In early January 2005, Judge McCann advised me that Dennis Shelton, who is an inmate at Old Colony serving a sentence for a 1990 murder, had sent a request to Worcester Superior Court Clerk's Office asking them to set up a legal defense found for him.   Enclosed with his request were two (2) stock/bond certificates.  Judge McCann asked if our office would check the certificates to determine if the certificates were stolen goods.  The certificates were investigated by Trooper John Conron of our State Police Detective Unit.  He determined that the certificates were not stolen goods and had no value.  The certificates had been cancelled and somehow were purchased on the internet at E-Bay.

**Recommendation**:

I recommend that your office return the items to the defendant and inform him that you cannot accommodate his request.