UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br><br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>    Defendants. | C.A. NO. 05-11539-DPW |

## DEFENDANTS FRANCIS H. FORD'S AND CATHERINE BRENNAN'S MOTION TO WAIVE LOCAL RULE 7.1

Now come the Defendants, Francis H. Ford and Catherine Brennan, who respectfully request that this Court waive Local Rule 7.1 on the grounds that the plaintiff is currently incarcerated at the Old Colony Correctional Center in Bridgewater, Massachusetts, and is unable to confer with the defendants in compliance with this rule.

Respectfully Submitted,

FRANCIS FORD,
CATHERINE BRENNAN,
By Their Attorney,

ATTORNEY GENERAL MARTHA COAKLEY

/s/ Mary O'Neil
Mary O'Neil BBO # 379430
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108
(617) 727-2200   x 2636

Dated: July 13, 2007

Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 13, 2007.

    /s/ Mary O'Neil
Mary O'Neil
Assistant Attorney General