Shakir Moris Abdullah
Old Colony Correction Center
One Administrative Road
Bridgewater, MA 02324

July 18, 2007

FILED
IN CLERKS OFFICE
2007 JUL 20 P 12: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA. 02210

Re: Letter To Stay Proceeding Until
    Appointment Of Counsel Is Resolved

Dear Sir/Madam:

In the interest of justice I, Shakir Moris Abdullah, Civil Action No. 05-11539-DPW Request that this letter be treated as a motion to the above-Reference civil action to stay any further proceedings in the above-entitled matter until counsel is appointed or issue resolved altogether. As reason therefor:

1) I received a letter from Pro Se Staff Attorney/Pro Bono Coordinator Rebecca Greenberg stating that their office was searching for an attorney to represent me in this matter. See attached March 13, 2007 letter attached.

1.

2) I have attempted in my ineptitude to respond to all motions that I understood to need a response for the purpose of preserving my rights and claims.

3) However, because I'm at a disadvantage in communicating with the other parties it's not in my best interest or the interest of justice to proceed any further pro se until the appointment of counsel issue is resolved. Would you bring this matter to Judge Woodlock's attention upon receipt.

Sincerely

Shakir Maris Abdullah
Pro Se


cc: file
    Mary O'Neil

2.

**Office of the Clerk-U. S. District Court**
One Courthouse Way, Boston, MA 02210  Tel: 617-748-9165  Fax: 617-748-9160

---

Pro Se Staff Attorneys Office
U.S. District Court Clerk's Office
One Courthouse Way
Boston, MA 02210

Shakir Maris Abdullah
Old Colony Correction Center
One Administrative Road
Bridgewater, MA 02324

March 13, 2007

Re: Request for Status of Appointment of *Pro Bono* Counsel

Dear Mr. Abdullah:

I am in receipt of your letter dated March 9, 2007 requesting information concerning appointment of *pro bono* counsel on your behalf, in the case Civil Action No. 05-11539-DPW.

Please note that your case has been added to the Court's list of available *pro bono* cases, and has been circulated to our *pro bono* contacts in the legal community. Additionally, direct requests have been made to obtain *pro bono* counsel for you. Unfortunately, to date, no attorneys or law firms have expressed an interest in taking your case *pro bono*. Our office will continue efforts to obtain *pro bono* counsel for you, however, this process will take additional time, and your continued patience is appreciated. Because there are no funds available to pay attorney's fees, the Court must rely on the volunteer services of counsel.

You may be contacted by prospective counsel to discuss this case with you and to evaluate whether to accept a *pro bono* appointment of counsel. If and/or when *pro bono* counsel is obtained, a written Order will issue, and you will receive a copy of the Order appointing counsel. If no *pro bono* counsel can be obtained for you after further efforts, Judge Woodlock will be advised so that he may take whatever action he deems to be appropriate.

I hope this letter has been responsive to your inquiries.

Very truly yours,

Rebecca Greenberg
Pro Se Staff Attorney/Pro Bono Coordinator

cc: Michelle Rynne
    Courtroom Clerk to
    Judge Woodlock