UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,  ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> FRANCIS H. FORD, Clerk, CATHERINE ) <br> BRENNAN, Assistant Clerk, and REVEREND ) <br> DANIEL IZZO, ) <br> Defendants. ) | C.A. NO. 05-11539 DPW |

### DEFENDANTS FORD AND BRENNAN'S OPPOSITION TO PLAINTIFF'S JULY 18, 2007 "LETTER" TO THE COURT

Defendants Ford and Brennan oppose Plaintiff's letter requesting that all action in this matter be stayed until he is notified regarding pro bono representation. The grounds for Defendants' opposition is that Mr. Abdullah has already been informed that he will not receive pro bono representation, and thus, this issue is moot.

Further, this is just another in a series of requests for stays from Plaintiff that now, apparently, are going to arrive on a weekly basis. But there is no reason to stay these proceedings: the Defendants have filed their Motions for Reconsideration and for Summary Judgment, and they await the Court's direction.

### DEFENDANTS' MOTION TO WAIVE L.R. 7.1

Further, Defendants again request that the Court waive L.R. 7.1 as Plaintiff is incarcerated on a murder conviction.

Respectfully submitted,

Defendants Ford and Brennan
By Their Counsel

**MARTHA COAKLEY
ATTORNEY GENERAL**


   /s/   Mary O'Neil
Mary O'Neil, BBO #379430
Assistant Attorney General
One Ashburton Place, Room 1813
Boston, MA.  02108
Tel. 617-727-2200 X. 2636

Date:  July 20, 2007

Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 20, 2007.


      /s/   Mary O'Neil
Mary O'Neil
Assistant Attorney General