UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11539-DPW

Shakir Maris Abdullah,
    Plaintiff,

v.

Francis A. Ford, et al.,
    Defendants.

## PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1

Now come the plaintiff, who respectfully request that this Court waive Local Rule 7.1 on the ground that the plaintiff is currently incarcerated at the Old Colony Correctional Center in Bridgewater, MA., and is unable to confer with the defendants in compliance with this rule.

Respectfully Submitted,
Shakir Maris Abdullah, Pro Se
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

August 8, 2007

### Certificate of Service

I hereby certify that I served the foregoing motion on Mary O'Neil, Assistant Attorney General, One Ashburton Place, 18th Floor, Boston MA 02108 by first class mail.