UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11539-DPW

Shakin Maris Abdullah
        Plaintiff,

v.

Francis A. Ford et. al.,
        Defendants.

PLAINTIFF'S SECOND OPPOSITION TO DEFENDANTS FRANCIS A. FORD AND CATHERINE BRENNAN'S MOTION TO RECONSIDER OR IN THE ALTERNATIVE TO STAY DISCOVERY ORDER FOR JUST SO MUCH OF THE ORDER THAT PERTAINS TO THE PERSONAL FINANCIAL RECORDS OF FORD AND BRENNAN AND THEIR DEPOSITIONS

Now comes the plaintiff upon advise of a inmate law clerk and submit this motion to protect his rights while appointment of counsel is sought by the pro bono division.

1.

1) The property that the Defendants are seeking to return to Plaintiff with the Court permission are not items that Plaintiff sent to the Defendants. Plaintiff objects to the acceptance of these items and refer the Court to his December 1, 2004 letter from Mr. Izzo and Mr. Izzo's December 13, 2004 letter to Clerk of Court Francis A. Ford in support thereof.

2) The $100,000.00 donation that Plaintiff sent to the Clerk's Office was not valueless as the Defendants have alleged. The $100,000.00 Note required collateral before the certificate could be issued for the amount of the Note contained in the application. See Note Requirements.

3) On March 23, 2006 this Court issued a Memorandum and Order stating that it had subject matter jurisdiction over Plaintiff's claim pursuant to 42 U.S.C. § 1983. Therefor, Defendants argue that Plaintiff cannot sustain a claim under 42 U.S.C. § 1983 because he has an adequate post-deprivation remedy in the state courts fails.

4) Further, Massachusetts General Laws cite 258§10: states - The provisions of sections one to eight, inclusive, shall not apply to: ___

(c) any claim arising out of an intentional tort, including assault, battery, false imprisonment, false arrest, intentional mental distress, malicious prosecution, malicious abuse of process, libel, slander, misrepresentation, deceit, invasion of privacy, interference with advantageous relations or interference with contractual relations;

The Defendants conduct in this action has risen above or transcended a ordinary tort to the level of a major civil rights violation because the monies the Defendants converted by deceit and fraud was an intentional act.

5) On February 1, 2007 this Court held a discovery hearing and stated on page 22 from the transcripts of that hearing, "but I would anticipate that the depositions of Ms. Brennan and Mr. Ford will take place at some point toward the end of March. And once they are concluded, I would think that motions for

3.

Summary judgment would be entertained by April 27th." However, the depositions of Ms. Brennan and Mr. Ford never took place nor did Ms. Brennan or Mr. Ford submit their banking records to the Court for in camera review. Therefor, any summary judgment at this point is premature until Plaintiff's discovery is complete. See exhibit 1.

6) What Mr. Izzo spoke of as being a worthless $10,000.00 stock certificate he sent copies of to the Defendant's on December 13, 2004. See exhibit 2. These copies of the $10,000.00 specimen are/is dissimilar to the $100,000.00 donation Mr. Izzo sent Plaintiff on December 1, 2004.

*Shakir Maris Abdullah Pro Se*
Shakir Maris Abdullah Pro Se

### Certificate of Service

I, Shakir Maris Abdullah, hereby certify that I served upon Anne Sterman, Assistant Attorney General the enclosed document by first class mail on August 8, 2007.

*Shakir Maris Abdullah*
*Pro Se*

4.

EXHIBIT 1

Case 1:05-cv-11539-DPW     Document 103-2     Filed 08/10/2007     Page 1 of 8

```
 1  me -- February 23rd.  All right.
 2              MS. STERMAN:  That's fine, Your Honor.
 3              THE COURT:  Now I think that then there should be a
 4  period of time for Mr. Abdullah to look at those, but I would
 5  anticipate that the depositions of Ms. Brennan and Mr. Ford
 6  Ford will take place at some point toward the end of March.
 7  And once they are concluded, I would think that motions for
 8  summary judgment would be entertained by April 27th.
 9  Mr. Abdullah can file his if he wants or wants to file a motion
10  for summary judgment, alternatively oppose yours.  But in any
11  event, that's how we'll get the thing in context.
12              Now, are there other dates that I need to
13  establish, Ms. Sterman?  Do you -- I think that covers the
14  dates.
15              MS. STERMAN:  I believe so, Your Honor.  The
16  interrogatory responses will just be due in the ordinary time.
17              THE COURT:  Yes.  What I think I would like to have
18  is everything coming in on the 23rd, the interrogatory
19  responses, the four new interrogatories that Mr. Abdullah has
20  submitted so we don't have a bunch of different dates that
21  people are dealing with and worrying about.  So that is --
22              MR. ABDULLAH:  Your Honor, I'd like to ask you --
23              THE COURT:  Sure, go ahead.  But let me just recite
24  what I have done and then you can ask me any questions you've
25  got, Mr. Abdullah.
```

1     MR. ABDULLAH:  Yes, Your Honor.

2     THE COURT:  What I have got is that by February
3  23rd, the Commonwealth is going to answer your additional -- I
4  should say counsel on behalf of the defendants and I'll call
5  them Commonwealth here -- is going to answer those or have
6  answered your interrogatories, your four new interrogatories.
7  They are going to get the affidavits that I've indicated must
8  be provided.  And that's --

9     MR. ABDULLAH:  Yes, Your Honor.

10    THE COURT:  -- essentially from the trooper from
11 OCC.  And during the month of March -- at some point during the
12 month of March after you've had a chance to review those
13 affidavits, after you've had a chance to look at the
14 interrogatory answers, I will permit the deposition testimony
15 of Ms. Brennan and Mr. Ford.

16    MR. ABDULLAH:  Yes, Your Honor.

17    THE COURT:  Now, there is one other item or two
18 other items basically that I haven't dealt with.  And that is
19 the bank account materials.  I would like those bank account
20 materials no later than the 23rd, the earlier the better.

21    MS. STERMAN:  Yes, Your Honor.

22    THE COURT:  And when I say bank account materials,
23 I mean statements here --

24    MS. STERMAN:  I understand.

25    THE COURT:  -- so that I can review them.  And when

1   I say bank account, I mean in the broadest possible sense --
2   that is, cash checking accounts, including money market
3   accounts, any account in which a deposit can be reduced to
4   cash.
5           MS. STERMAN: Understood.
6           THE COURT: And I think that's the time.
7           Now, go ahead, Mr. Abdullah. What else? You had a
8   question?
9           MR. ABDULLAH: Yes. I wanted -- I wanted to ask
10  you concerning the individual Sergeant Steven Kelly, the
11  individual that said that he's the one that spoke to Trooper
12  John Conron about a financing crime going on in the department,
13  if an affidavit can be obtained from him as well as Assistant
14  District Attorney, since Trooper Conron said that he received
15  from Assistant District Attorney James Lemire the original
16  docket from the court.
17          THE COURT: Okay.
18          MR. ABDULLAH: Is it possible? Yes, that's what --
19          THE COURT: I think we're having a little problem
20  with the connection, but I will ask that there be an affidavit
21  from Sergeant Kelly, too, saying the source of -- telling us
22  the source of the information that led him to assign the
23  trooper to it.
24          With respect to the Assistant District Attorney,
25  I'm not going to do it. And the reason I'm not going to do it

EXHIBIT 2

Dear Prison Officials:                    Nov 19th 2004

Mailroom:

Concerning the American Art Classic (AAC) $10,000 Note Specimen series 2004 and or a worthless Stock Certificate.

   I mailed a letter to some prisoners because

   last week USA Today had an Internet news story concerning America's 2.2 Million People in US Jails, the article had a link to " Prison Pen Pals " with names and Prison addresses of @65 people seeking Legal and or monetary help and @ 35 kids under 21 with jail time over 3 years, out of @2100 prisoner postings.

   I wrote to this group asking them to ask the Court to endorse the specimen note under USC Title 12 sec 412 and Deposit the note with the Court Clerk for a Legal Fund ( and to some a Trust and Text to Speech Software for Courts and Prisons )

   If the Court has Special Drawing Right certificates/powers it maybe able to establish limited Legal Fund Trusts under USC Title 12 sec 412.

   I did want to inform the prisoners that I hold bearer instruments that the Court could use as collateral under USC Title 12 sec 342 In the form of National Bank Notes or Guaranteed National Bank Notes.

   I do not know much about prison or that other Trust programs do exist, my goal is to provide the Courts with Text to Speech Software and a possible EXHILE OF PRISONER program to volunteer mining prison work camps in one of America's 1000s of abandoned silver mines.

   As a member of the clergy I thought I should do something productive for the Courts and possible the prisoners.

   It seems the entire mailing was a failure because the novelty note.

   If you have the $10,000 note specimen and or stock certificate you can keep it or throw it away.

SMA 0058

Br. Dan Izzo
512 Onondaga Ave.
Syracuse, NY 13207

http://www.floodlight.org/theory/flaherty/.htm 11/18/04
$10,000.00 "Authentic" BILL - This bill begins a new chapter in the series of American A... Page 1 of 2



**DIRECTORY**

Home
AAC NOVELTY MONEY
DVD MEMBERSHIP
FAST MONEY MAKERS!!
FLEA MARKET/EBAY
GAGS AND PRANKS
HOT HOT HOT
PLAYING CARDS
SHOCKING PRODUCTS
SPECIAL DEALS
STICKERS/DECALS
WHOLESALE BANDANAS
WHOLESALE GLOW PRODUCTS
WHOLESALE INFLATABLES
WHOLESALE JEWELRY
WHOLESALE KEYCHAINS
WHOLESALE KNIVES
WHOLESALE LIGHTERS
WHOLESALE SUNGLASSES
WHOLESALE TATTOOS
WHOLESALE WATCHES
View Cart
Check Out
About Us

Search Our Store [           ] 

○ Item #  ● Description



| | |
|---|---|
| Item #: | 191 |
| Item Name: | $10,000.00 "Authentic" BILL |
| Description: | This bill begins a new chapter in the series of American A "Authentic" looking $10,000.00 bill could have been produ Mint! It may look real but don't take it to WalMart! |
| Unit: | low as 7.5 cents each! |
| Price: | 100 for $ 24.00 |

[Add To Cart]   [Keep Shopping]

Home | E-Store | About Us | Contact Us

AMERICAN ART CLASSICS, INC.
PMB 20, 3665 East Bay Dr., Ste. 204
Largo, Florida 33771-1965 - United States
Tel: 1-727-461-4991 * Fax: 1-775-582-3971
Email: frank@americanartclassics.com

SMA 0059

......event-aboutus&returnto=http%3A%2F%2Famen... 11/18/04
AL? - Q. Are they legal? A. Yes! This is the most often asked question ... Page 1 of 1



- JRY
- NOVELTY
- EY
- D MEMBERSHIP
- FAST MONEY MAKERS!!
- FLEA MARKET/EBAY
- GAGS AND PRANKS
- HOT HOT HOT
- PLAYING CARDS
- SHOCKING PRODUCTS
- SPECIAL DEALS
- STICKERS/DECALS
- WHOLESALE BANDANAS
- WHOLESALE GLOW PRODUCTS
- WHOLESALE INFLATABLES
- WHOLESALE JEWELRY
- WHOLESALE KEYCHAINS
- WHOLESALE KNIVES
- WHOLESALE LIGHTERS
- WHOLESALE SUNGLASSES
- WHOLESALE TATTOOS
- WHOLESALE WATCHES
- View Cart
- Check Out
- About Us

Search Our Store [    ] Go

○ Item #  ● Description

| | |
|---|---|
| Item #: | FAQ |
| Item Name: | ARE THEY LEGAL? |
| Description: | Q. Are they legal? A. Yes! This is the most often asked qu person seeing one of our bills for the first time. Our Collec not only legal, they have official U.S. Government approva approved Copyright from the Library of Congress. You ca Collectible Dollar Bills with complete confidence that you a any U.S. law. |
| Unit: | Info |
| Price: | CALL FOR PRICE |

[Add To Cart]  [Keep Shopping]

Home | E-Store | About Us | Contact Us

AMERICAN ART CLASSICS, INC.
PMB 20, 3665 East Bay Dr., Ste. 204
Largo, Florida 33771-1965 - United States
Tel: 1-727-461-4991 * Fax: 1-775-582-3971
Email: frank@americanartclassics.com



SMA 0060