Shakir Manis Abdullah
Old Colony Connection Center
One Administration Road
Bridgewater, MA. 02324

October 2, 2007

Richard Nici, Docket Clerk
United States District Court
1 Courthouse Way
Boston, MA. 02210

Re: Abdullah v. Fond, et al.,
C. A. No. 05-11539-DPW

Dear Mr. Nici:

On 01/27/2006, Judge Douglas P. Woodlock entered a further Order on Application To Proceed In Formis Pauperis and Order RE: Issuance of Summonses. See exhibit 1.

In the first sentence of paragraph one a mistake was made as to my other assets (stocks, bonds, securities, etc.) valued at "[$] $34,643.

1.

What was meant by the 34.643 were the amount of shares I had and their market value being $676.58. See exhibit 2.

Thank you for correcting this matter for me. Sorry it wasn't done sooner. But, I just notice it.

Sincerely,

Shakir M. Abdullah, Pro Se

CC: file

2.

Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>Plaintiff,<br><br>v.<br><br>FRANCIS A. FORD, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-11539-DPW<br>)<br>)<br>) |

FURTHER ORDER ON APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
AND ORDER RE: ISSUANCE OF SUMMONSES

WOODLOCK, D.J.

On January 3, 2006, a Memorandum and Order (#5) entered denying Plaintiff's Motion to Proceed *in forma pauperis* (#1) without prejudice to renew upon the filing of his prison account statement for the relevant time period. On January 18, 2006, Plaintiff's certified prison account statement (#6) was filed in compliance with the January 3, 2006 Memorandum and Order. On January 20, 2006, a Memorandum and Order (#7) entered directing the Plaintiff to file an Affidavit pursuant to 28 U.S.C. § 1915(a)(1). Concomitantly, Plaintiff filed the requisite Application to Proceed Without Prepayment of Fees and Affidavit (#8), although the document was not docketed until January 23, 2006.

In his Affidavit (#8), Plaintiff declares he receives $20.00 to $25.00 per month from his mother, and has other assets (stocks, bonds, securities, etc.) valued at "[$]$34.643" and mutual funds worth $676.58. Additionally, the certified prison account balance information indicates that Plaintiff currently has a balance of $35.84 in his account, and that his average six month balance was $8.38. Upon review of both Plaintiff's Motion to Proceed *in forma pauperis* (#1) and his recent Affidavit, as well as his prison account statement, I find that Plaintiff has

Exhibit 2

# Mutual Fund Statement

**MUNDER**

Reporting Period: 01/01/06 - 03/31/06

Account Number: 0003352002

**Customer Service:** For information and assistance, please call 800.438.5789 or access our homepage at http://www.munder.com

Funds Distributors Inc
3435 Stelzer Rd
Columbus OH 43219

**Additional Investments:**
Amount $ _____
**Fund Name(s):** _____

SHAKIR MARIS ABDULLAH
OCCC
1 ADMINISTRATION RD
BRIDGEWATER MA  02324-3298

Dealer: 099999
Branch: 000
Rep/No.: 000

1890 000 0003352002   0000000000   0000000000   5

## Invest by Mail

*Use the above remittance slip to forward your next investment. Detach here.*

## Account Summary

| Activity | Quarter | Year-to-Date |
|---|---|---|
| Beginning Balance | $676.58 | $676.58 |
| Deposits | $.00 | $.00 |
| Withdrawals | -$12.00 | -$12.00 |
| Reinvested Distributions | $.00 | $.00 |
| Change in Investment Value | $25.63 | $25.63 |
| ENDING BALANCE | $690.21 | $690.21 |
| Withholdings | $.00 | $.00 |

## Earnings Summary

| Category | Quarter | Year-to-Date |
|---|---|---|
| Taxable Income | $.00 | $.00 |
| Tax-exempt Income | $.00 | $.00 |
| ST Cap Gain | $.00 | $.00 |
| LT Cap Gain | $.00 | $.00 |
| TOTAL DISTRIBUTIONS | $.00 | $.00 |

## Portfolio Summary

| Munder Fund-Class | Shares Owned MAR.31,2006 | Price per Share MAR.31,2006 | Total Market Value DEC.31,2005 | Total Market Value MAR.31,2006 | % of Total Portfolio |
|---|---|---|---|---|---|
| Munder Internet Fund - Class B | 34.051 | $20.27 | $676.58 | $690.21 | 100 % |
| TOTAL VALUE | | | $676.58 | $690.21 | 100 % |

## Detailed Account Activity

**FOR FUNDS WITH ACCOUNT ACTIVITY THIS PERIOD**

| Security | Date | Description | Shares | Share Price | Transaction Amount | Market Value |
|---|---|---|---|---|---|---|
| Munder Internet Fund - Class B | | | | | | |
| 326/0003352002 | 01/01 | Beginning | 34.643 | | | $676.58 |
| | 01/18 | Q4 2005 Small Account Fee | 0.295 | 20.36 | 6.00 | |
| | 03/29 | Q1 Small Account Fee | 0.297 | 20.23 | 6.00 | |
| | 03/31 | ENDING | 34.051 | $20.27 | | $690.21 |



SH   COM  099999   000        000        SOC COD    1    D   MNTHLY    46209

PAGE 1 of 2