Shakir Manis Abdullah
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324
October 2, 2007

Richard Nici, Docket Clerk
United States District Court
1 Courthouse Way
Boston, MA. 02210



Re: Abdullah v. Ford, et al.,
    C.A. No. 05-11539-DPW

Dear Mr. Nici:

On 9/25/2007, Judge Douglas P. Woodlock entered an Order granting the Defendants' Motion for Reconsideration and stayed this matter pending resolution of the defendants' motion for summary judgment.

At some point I will have to reply to the defendants summary judgment motion. What I need from you is a copy of the docket entry sheet that I may present my replies by docket numbers.

Thank you,
Shakir M. Abdullah, Pro Se

cc: file