UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11539-DPW

Shakir Maris Abdullah
Plaintiff,

v.

Francis A. Ford, et.al.,
Defendants,

## PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1

Now come the Plaintiff, who respectfully Request that this Court waive Local Rule 7.1 on the ground that the plaintiff is currently incarcerated at the Old Colony Correction Center in Bridgewater, MA., and is unable to confer with the defendants in compliance with this rule.

Respectfully Submitted,
Shakir Maris Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

October 5, 2007

### Certificate of Service

I hereby certify that I served the foregoing motion on Anne Sterman, Assistant Attorney General, One Ashburton Place, 18th Floor, Boston MA. 02108 by first class mail.