UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11539-DPW

Shakir Maris Abdullah
    Plaintiff,

v.

Francis A. Ford, et. al.,
    Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A COMPREHENSIVE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

Now comes the plaintiff, Shakir Maris Abdullah and hereby request the Court to allow him to file a comprehensive Response/Opposition for consideration by the Court to the defendants' Francis A. Ford and Catherine Brennan's motion for summary judgment for the following reasons:

1.

1. Plaintiff has not had a full opportunity to submit all his arguments, pleadings, answers to interrogatories, admissions, and affidavits to the Court for it's consideration on the defendant's motion for summary judgment due to plaintiff awaiting the Court's February 1, 2007 discovery order.

2. The previous Opposition that plaintiff had filed on May 5, 2007 with the Court was mainly concern with the defendant's motion for summary judgment being premature and an attempt to deprive plaintiff of his rights to conduct depositions and have their financial records screen by the court. However, the Court has since the filing of this motion allowed this matter to be stayed pending resolution of the defendants' motion for summary judgment.

3. In the interest of justice this motion should be allowed that plaintiff may put forth a showing of a genuine issue for trial.

2.

Respectfully submitted,

Shakir Maris Abdullah Pro, Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

October 5, 2007

Certificate of Service

I hereby certify that I served the foregoing Motion for Leave to file a Comprehensive Response to Defendants' Motion for Summary Judgment on Anne L. Sterman, Attorney General, One Ashburton Place, Boston, MA. 02108 by prepaid first class mail.

3.