UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11539-DPW

Shakir Manis Abdullah
  Plaintiff,

v.

Francis H. Ford, et. al.,
  Defendants.

PLAINTIFF'S COMPREHENSIVE RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff, Shakir Manis Abdullah, and in deference with the Court's 11/5/2007 Order plaintiff submits only the following below argument and exhibit to be considered along with the voluminous evidence already compiled in this matter to Defendant's Summary Judgment Motion.

1.

1) The final piece of evidence is a news article insert of an individual who attempted to pass a $1M bill and was jailed. See highlighted Offbeat Stories from the Patriot Ledger.

2) Plaintiff submits this evidence as another reason why the Defendants bank statements should be examined as well as their depositions being taken. Plaintiff has not been charged with any crime in connection with the $1M bill he received from the Defendants. Nor has plaintiff had any opportunity to acquire a $1M bill while being incarcerated.

Respectfully Submitted,

Shakir Mauis Abdullah, Pro Se
Old Colony Correction Center
One Administration Road
Bridgewater, MA. 02324

November 17, 2007

Certificate of Service

I hereby certify that I served the foregoing Comprehensive Response To Defendant's Motion For Summary Judgment on Annie Steerman, Attorney General, One Ashburton Place, Boston, MA. 02108 by prepaid first class mail.

3.

He nearly didn't survive, but Milton firefighter is on the long road back

Business Profiles
Home & Garden
Business Directory
PLYMOUTH GUIDE

SPECIAL SECTIONS
Living Well/Health News
Wedding/Bridal
Education & Training
Coupons
ONLINE PERSONALS

SOUTHOFBOSTON.COM
Archive
Contact Us
Work for Us
Newspapers in Education
Home Page
FEATURED ADS



MA
Wicked Local Classifieds

Read more...



WEYMOUTH, MA
Wicked Local Classifieds

Read more...

NO PHOTO
AVAILABLE

EASTON, MA
Wicked Local Classifieds

Read more...

The Patriot Ledger
400 Crown Colony Drive
P.O. Box 699159
Quincy, MA 02269-9159
(617) 786-7000

CONTACT US

"He said 'Hi' to me," Grant said, as he choked back a lump in his throat.

Texas Defensive Driving
Comedy Defensive Driving School® Online Movie. NO Reading
ComedyDefensiveDriving.com

Auto Insurance Rates
Don't Overpay For Auto Insurance. Compare Free Quotes Online & Save!
www.Insurance.com

Driving with Air Bags
Get Dept of Transportation tips for safe driving with air bags
www.SaferCar.Gov

Central MA Auto School
Worcester - West Boylston MA (508) 835-2333
www.centralmasafety.org

Ads by Google

Sometimes, Grant said, when Pickens talks with his wife and children he gets their names mixed up, and says, "I'm all messed up."

"It's like the puzzle pieces in the box," Grant said. "All the pieces are there, he just has to put the puzzle together."

Pickens is weak, Grant said, and an amplifier has been attached so that when he speaks it is easier to hear what he says.

About a month ago Pickens was moved to Kindred Hospital, an acute rehabilitation facility in Braintree.

This past week he was back at Beth Israel for skin grafts to close leg wounds.

He was expected to be at Beth Israel for about a week.

In July, while Pickens was at the Atherton Street fire station on Route 138, there was a minor car crash at an intersection across the street.

Pickens ran out to help and while he was aiding one of the victims, a Buick LeSabre driven by C.W. Tolbert slammed into him, rocketing him into the road about 70 feet away, police said.

Tolbert, 46, of Stoughton, a father of four, has been in jail since the accident and is charged with his third drunk-driving offense and negligent drunken driving causing serious bodily injury.

Bail has been set at $7,500, but his family has not been able to pay it.

He is expected in Norfolk County Superior Court on Nov. 30 for a pretrial hearing.

Copyright 2007 The Patriot Ledger
Transmitted Saturday, October 06, 2007

WORLD NEWS

■ Russian killer: 1st victim unforgettable
■ Physics Nobel goes to German, Frenchman

■ IRAQ
■ Mideast politics
■ Hamas profile
■ Iraq Shrine
■ Myanmar's Endless War

NATIONAL NEWS

■ Argument led to Wis. deputy's rampage
■ 7 bodies found after Wash. plane crash
■ Devlin faces life in Mo. abductions
■ 1 killed, 3 hurt in N.M. balloon crash
■ Study: Tasers safe for police to use

SPORTS

■ NASCAR 2006
■ NASCAR Drivers
■ SPRING TRAINING
■ HOCKEY
■ PRO BASKETBALL

■ Indians eliminate Yankees with 6-4 win
■ Cowboys steal last-second win over Bills
■ Jones gives Olympic medals back

ENTERTAINMENT

■ The Oscars

■ Mila Kunis says Culkin cooks every night
■ TiVo to feature Rhapsody music service
■ Thalia, Mottola welcome baby girl

MORE WORLD & US NEWS:

■ POLITICS
■ BUSINESS
■ HEALTH
■ TECHNOLOGY

OFFBEAT STORIES

■ Man jailed for trying to pass $1M bill
■ Golden retriever nurses stray kitten
■ Man accused of taking lewd test drive