```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,         ) | |
|     Plaintiff,                    ) | |
|                                   ) | |
|         v.                      ) | |
|                                   ) | C.A. No. 05-11539-DPW |
| FRANCIS A. FORD, et al.,       ) | |
|     Defendants.                   ) | |

## FINAL JUDGMENT

WOODLOCK, D.J.

In accordance with the Memorandum and Order of January 3, 2006 (#5) dismissing all claims against defendant Reverend Daniel Izzo, and in accordance with the Memorandum and Order of December 21, 2007 (#112) granting Summary Judgment for the defendants Francis A. Ford and Catherine Brennan, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

> **Judgment for defendants Reverend Daniel Izzo, Francis A. Ford, and Catherine Brennan against plaintiff Shakir Maris Abdullah.**

                                          /s/ Douglas P. Woodlock
                                          UNITED STATES DISTRICT JUDGE

DATED: December 21, 2007