UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIR MARIS ABDULLAH,<br>    Plaintiff,<br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>    Defendants. | C.A. NO. 05-11539 DPW |

**CERTIFICATION OF COMPLIANCE
WITH THE COURT'S DECEMBER 21, 2007 ORDER**

Defendants Ford and Brennan, through their counsel, hereby certify that they have complied with the Court's December 21, 2007 order by returning to Plaintiff Abdullah all documents belonging to him which were in their possession or control. The documents were returned to the Plaintiff via certified mail no. 70011140000373053476, return receipt requested, on December 28, 2007. A copy of the cover letter to the Plaintiff is attached hereto as Exhibit A.

Respectfully submitted,

Defendants Ford and Brennan
By Their Counsel

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Anne Sterman
Mary O'Neil, Assistant Attorney General, BBO #379430
Anne Sterman, Assistant Attorney General, BBO #650426
One Ashburton Place, Room 1816
Boston, MA  02108
Tel. 617-727-2200

Date: December 28, 2007

## CERTIFICATE OF SERVICE

      I, Anne Sterman, hereby certify that on December 28, 2007, I served a copy of the above certification upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah  
Old Colony Correctional Center  
One Administration Road  
Bridgewater, MA  02324

      /s/ Anne Sterman  
      Anne Sterman  
      Assistant Attorney General



# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

(617) 727-2200
www.ago.state.ma.us

MARTHA COAKLEY
ATTORNEY GENERAL

December 28, 2007

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

**Re: <u>Shakir Maris Abdullah v. Francis H. Ford, Clerk, Catherine Brennan, Assistant Clerk, and Reverend Daniel Izzo</u>**
United States District Court for the District of Massachusetts C.A. No. 05-11539 DPW

Dear Mr. Abdullah:

　　Pursuant to Judge Woodlock's December 21, 2007 order in the above-captioned case, we are returning to you the following original documents, which are enclosed with this letter:

1. Letter from Shakir Maris Abdullah to Francis A. Ford, dated December 14, 2004 (8 pages including attachments);

2. Letter from Shakir Maris Abdullah to Francis A. Ford, dated February 4, 2005 (7 pages including attachments);

3. Letter from Matthew Lefebvre to Shakir Maris Abdullah, dated July 22, 2005 (1 page);

4. Letter from Shakir Maris Abdullah to Francis A. Ford, dated December 14, 2004, with handwritten additions on cover page and stamped address of Br. Dan Izzo (9 pages including attachments);

5. Letter addressed "Dear Prison Officials" dated November 19, 2004 (4 pages including attachments);

6. Envelope, greeting card, and business card from Br. Dan Izzo to Francis Ford, stamped received on December 13, 2004;

7. One Million Dollar bill, marked "not legal tender" and serial number B03231025A;

8. Fidelity Corporation 5 ½% convertible subordinated debenture, number RU 29181;

9. Pennsylvania Company 9% sinking fund debenture, number RV 3389.

Thank you for your attention to this matter.

Very truly yours,

Anne Sterman
Assistant Attorney General
(617) 727-2200 x2109

Enclosures

cc: United States District Court, District of Massachusetts