UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11539-DPW

Shakir Manis Abdullah
   Plaintiff,

v.

Francis A. Ford, et. al.,
   Defendants

PLAINTIFF'S MEMORANDUM IN SUPPORT
OF MOTION FOR RECONSIDERATION
PURSUANT TO FED. R. CIV. P. 59(e)

1. The highlighted area on the November 19, 2004 letter (attached) was already highlighted when plaintiff received the letter from defendants on February 28, 2005. This was Rev. Dan Izzo's way of indicating what was the purpose of the letter. But the Court was never made aware of this by the defendants.

2. Attached hereto also is plaintiff's February 4, 2005 letter mention in his motion for reconsideration. Plaintiff has submitted this exhibit for the Court's convenience as well as to prove a further point of defendants deception.

3. On December 6, 2004 plaintiff sent his initial Request to the defendants to establish a legal fund. However, plaintiff <u>did not</u> send a carbon copy of this letter to Rev. Dan Izzo. See December 6, 2004 letter attached.

4. When plaintiff received discovery from the defendants on (May 8, 2006) it contained the December 6, 2004 letter which had now been written on (i.e. General Legal Fund) even though plaintiff never sent a copy of the December 6, 2004 letter to Rev. Dan Izzo. See December 6, 2004 letter (General Legal Fund) attached.

5. The Court should especially be aware that this December 6, 2004 letter with (General Legal Fund) written on it was not submitted with the February 28, 2005 letter plaintiff received from defendant Brennan (#4). Rather, it was after plaintiff conducted discovery that the December 6, 2004 letter with (General Legal Fund) written on it surfaced for the first time (#110 Attachments #2 and #3 exhibits).

2.

6. Plaintiff suggest that these writings on the December 6, 2004 letter stating, "General Legal Fund" further substantiate that the defendants received and process the two Fidelity Corporation Debentures under USC Tittle 12 sec 342 and the $100,000 Note under USC Tittle 12 sec 412.

7. Further, the handwriting of Bro. Dan Izzo on the February 4, 2004 letter is not identical to the handwriting on the December 6, 2004 letter (General Legal Fund). Therefor, Rev. Dan Izzo could not have written these statements on the December 6, 2004 i.e. (General Legal Fund) letter. This is just another reason why defendants bank/money accounts should have been examined by the Court.

8. All of these exhibits were and are existing in the Record.

9. See <u>Stepenischen v. Merchants Despatch Trans. Corp.</u>, 722 F.2d 922, 981 (1st Cir. 1983) (holding that Rule 56(c) imposes on trial courts the duty to examine all evidence "on file").

Respectfully Submitted

Shakir Mario Abdullah Pro Se

December 31, 2007


## Certificate of Service

I, Shakir Manis Abdullah, hereby certify that I served upon Anne Sterman, Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108, Plaintiff's Memorandum In Support of Motion For Reconsideration Pursuant to Fed. R. Civ. P. 59(e).

**To the Court Clerk**

Dear Prison Officials:                                    Nov 19th 2004

Mailroom;  **Donation Note for a General Legal Fund**

Concerning the American Art Classic (AAC) $10,000 Note Specimen series 2004 and or a worthless Stock Certificate.

   I mailed a letter to some prisoners because last week USA Today had an Internet news story concerning America's 2.2 Million People in US Jails, the article had a link to " Prison Pen Pals " with names and Prison addresses of @65 people seeking Legal and or monetary help and @ 35 kids under 21 with jail time over 3 years, out of @2100 prisoner postings.

   I wrote to this group asking them to ask the Court to endorse the specimen note under USC Title 12 sec 412 and Deposit the note with the Court Clerk for a Legal Fund ( and to some a Trust and Text to Speech Software for Courts and Prisons )

   If the Court has Special Drawing Right certificates/powers it maybe able to establish limited Legal Fund Trusts under USC Title 12 sec 412.

   I did want to inform the prisoners that I hold bearer instruments that the Court could use as collateral under USC Title 12 sec 342 In the form of National Bank Notes or Guaranteed National Bank Notes.

   I do not know much about prison or that other Trust programs do exist , my goal is to provide the Courts with Text to Speech Software and a possible EXHILE OF PRISONER program to volunteer mining prison work camps in one of America's 1000s of abandoned silver mines.

   As a member of the clergy I thought I should do something productive for the Courts and possible the prisoners.

   It seems the entire mailing was a failure because the novelty note.

   If you have the $10,000 note specimen and or stock certificate you can keep it or throw it away.

**No Reply Needed**

Br. Dan Izzo
512 Onondaga Ave.
Syracuse, NY 13207

*Margin notes:* Re: Mr Abdullah 12/04 1st mailing  —  ( I'm scared of Irene )

*Donation Letter*

*For a: Court General Fund*

Shakir Maris Abdullah
OCCC
1 Administration Road
Bridgewater, MA. 02324

February 4, 2005

*Relating to this letter issue;*

FRANCIS A. FORD
CLERK OF THE COURT
ROOM 21 - COURT HOUSE
2 MAIN STREET
WORCESTER, MA. 01608-1176

Dear Mrs. Ford:

On December 6, 2004 I forwarded to your office a request to establish a legal fund on my behalf with the clerk's office. However, this request was returned on December 10, directing me to provide a docket entry number. Thereafter, I forwarded you another letter on December 14, 2005 containing this requested information. But, I have received no reply from you concerning this matter to date. Please see attachments.

Would you kindly inform me of the status of this request that I may proceed to retain a attorney to correct these injustices.

Shakir Maris Abdullah
AKA Dennis Shelton
No(s); 90-1148; 1150-51

*I do not know Petitioner  The Donation is For the Court For a "General Legal Fund" Rev Izzo*

Sincerely yours,

Shakir Maris Abdullah
Shakir Maris Abdullah

cc: file
Rev. Dan Izzo

Francis A. Ford
Clerk/Magistrate
Worcester County Superior Court
2 Main Street
Worcester, MA. 01608

December 6, 2004

Shakir Maris Abdullah
OCCC
One Administration Rd.
Bridgewater, MA. 02324

Dear Mrs. Ford:

Enclosed please find my Justice Denied legal Ad I had placed on the internet seeking legal assistance or donations.

In response to this request I received the enclosed Note for the Court Clerk to endorse and deposit with the Court Clerk for a legal Fund on my behalf.

I have also provided herein a copy of the message that accompanied the Note directing me to forward this item to you that I may have a legal Fund established to resolve the many issues contained in my Justice Denied Legal Ad.

1.

Once this process is completed by your office would you please notify me forthwith.

Thank you for your time and attention into this very important matter.

Sincerely yours,

Shakir Maris Abdullah

cc: File

2.

Francis H. Ford
Clerk/Magistrate
Worcester County Superior Court
2 Main Street
Worcester, MA. 01608

December 6, 2004

C O P Y

(I don't know)
(Petitioner)

Shakir Maris Abdullah
OCCC
One Administration Rd.
Bridgewater, MA. 02324

SMA 0049

Dear Mrs. Ford:

Enclosed please find my Justice Denied Legal Ad I had placed on the internet seeking legal assistance or donations.

In response to this request I received the enclosed Note for the Court Clerk to endorse and deposit with the Court Clerk for a legal fund on my behalf.

I have also provided herein a copy of the message that accompanied the Note directing me to forward this item to you that I may have a legal fund established to resolve the ~~matters contained in my Justice Denied~~ General Legal Fund
Legal Ad.

To the Court:
Deposit under USC Title 12 sec 342
National Bank Notes as, for
the same collated under USC 12 sec 412

Once this process is completed by your office would you please notify me forthwith.

Thank you for your time and attention into this very important matter.

Sincerely yours,

Shakir Maris Abdullah

cc: File

2.

SMA 0050