UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHAKIR MARIS ABDULLAH,<br>Plaintiff,<br>v.<br><br>FRANCIS H. FORD, Clerk, CATHERINE<br>BRENNAN, Assistant Clerk, and REVEREND<br>DANIEL IZZO,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-11539 DPW |

**DEFENDANTS FORD AND BRENNAN'S OPPOSITION TO
PLAINTIFF'S MOTION FOR RECONSIDERATION**

Defendants Ford and Brennan hereby oppose Plaintiff's Motion for Reconsideration of this Court's December 21, 2007 memorandum and order. Plaintiff's motion raises no specific deficiency in the Court's ruling, claiming only that the Court misunderstood facts previously presented, and reiterating that the Plaintiff is entitled to relief. These arguments do not support the granting of a motion for reconsideration, which "is 'an extraordinary remedy which should be used sparingly.'" *Palmer v. Champion Mortgage*, 465 F.3d 24, 30 (2006), *quoting* 11 Charles Alan Wright et al., Federal Practice and Procedure § 2810.1 (2d ed. 1995). As grounds for requesting reconsideration, "the movant must demonstrate either that newly discovered evidence (not previously available) has come to light or that the rendering court committed a manifest error of law." *Id.* Plaintiff's motion demonstrates neither.

In his motion, Plaintiff raises no newly discovered facts or errors of law. Instead, the motion purports to clarify Plaintiff's earlier factual representations as to what he believes was taken by the Defendants. However, the motion for reconsideration sets forth the same argument Plaintiff has maintained all along – that he sent the Defendants

something of value.   This is the very argument that this Court found to be factually unsupported, after consideration of the same facts and exhibits Plaintiff presents in his motion for reconsideration.

In addition, as the Defendants certified to this Court on December 28, 2007, they have now returned to the Plaintiff all original documents received either from the Plaintiff or on the Plaintiff's behalf.  As described in the Court's order, the return of this property renders Plaintiff's claims moot.  Plaintiff's motion for reconsideration presents no evidence of any legal error in the Court's mootness analysis.

Because the Plaintiff's motion raises no newly-discovered evidence or manifest error of law, Defendants respectfully request that it be DENIED.

Respectfully submitted,

FRANCIS FORD and CATHERINE BRENNAN,

By Their Attorney,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Anne Sterman
Mary O'Neil, Assistant Attorney General, BBO #379430
Anne Sterman, Assistant Attorney General, BBO #650426
One Ashburton Place, Room 1816
Boston, MA  02108
Tel. 617-727-2200

Date:

## **CERTIFICATE OF SERVICE**

      I, Anne Sterman, hereby certify that on January 7, 2008, I served a copy of the above Opposition upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Shakir Maris Abdullah  
Old Colony Correctional Center  
One Administration Road  
Bridgewater, MA  02324

                                    /s/ Anne Sterman  
                                    Anne Sterman  
                                    Assistant Attorney General