Shakir Maris Abdullah
Old Colony Connection Center
One Administration Rd.
Bridgewater, MA. 02324

FILED
IN CLERKS OFFICE
2008 JAN -7 P 2: 14
U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

January 4, 2008

Re: Abdullah v. Ford et. al.,
C.A. No. 05-11539-DPW

Dear Sir/Madam:

On December 28, 2007 you filed my motion for Reconsideration pursuant to Federal Rule Civil Procedure 59(e).

However, after filing my motion for reconsideration you forward me the enclosed transaction that took place in your office by, (Lovett, Jarrett) that the above-reference matter/case was closed.

While the Court did enter a judgment in the above-reference matter on December 21, 2007, Federal Rule Civil Procedure permits the filing of such a motion as my motion for reconsideration within 10 days of the final judgment as of Right.

1.

I am pro-se and it is my intention to file a notice of appeal from the December 21, 2007 judgment entered in this matter but I need to have my motion for reconsideration decided first in the event that I have to appeal that decision as well.

I realize that this was a honest mistake because of the case being closed but would you please consult Federal Rule Civil Procedure 59(e) that give me the right to file and have this type of motion decided after a final judgment has been rendered in a matter such as this.

Once again, would you please consult Federal Rule Civil Procedure 59(e) that give me the right to file this type of motion at the conclusion of a final judgment decision and bring this matter/motion for reconsideration to Judge Woodlock's attention at your earliest convenience for his appropriate disposition.

Would you please notify me forthwith of any and all actions taken in response to this request.

Thank you

Shakir Maris Abdullah

2. Pro Se

cc: file
Anne Sterman

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 12/28/2007 at 4:05 PM EST and filed on 12/28/2007
Case Name: Abdullah v. Ford et al
Case Number: 1:05-cv-11539
Filer: Shakir Maris Abdullah
WARNING: CASE CLOSED on 12/21/2007
Document Number: 115

Docket Text:
MOTION for Reconsideration re [112] Memorandum & ORDER, by Shakir Maris Abdullah.(Lovett, Jarrett)


1:05-cv-11539 Notice has been electronically mailed to:

Mary E O'Neil    mary.e.o'neil@state.ma.us

Anne L. Sterman    Anne.Sterman@state.ma.us, amanda.murphy@state.ma.us

1:05-cv-11539 Notice will not be electronically mailed to:

Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Rd.
Bridgewater, MA 02324

Ernest Sarason
Office of Attorney General's Office
Trial Division
One Ashburton Place
Boston, MA 02108

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=12/28/2007] [FileNumber=2185733-
0] [d22c15110302c1f8d45a6d9485a306caf5d3ff9da4d519cb23e43b385695093bea
90215c5200c494dcaff69d7c219da7e4b6eed1892096fa9339969dcb77f405]]