UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11539-DPW

Shakir Maris Abdullah
   Plaintiff,

v.

Francis A. Ford, et. al.,
   Defendants

PLAINTIFF'S REJOINDER TO DEFENDANTS FORD AND BRENNAN'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff states that a Rule 59(e) motion is appropriate where the court misunderstood the facts, a party's arguments or the controlling law. Sevants of Paraclete v. Does, 204 F.3d 1005, 1012 (10th Cir. 2000). Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a partys position or controlling law. See also Sosebee v. Astrue, 494 F.3d 583, 589 (7th Cir. 2007), where the court was asked under Rule 59(e) to correct the error it made when it ignored that evidence already in the record. Please see plaintiff's motion for reconsideration and memorandum in

1.

Support thereof.

In addition, plaintiff stated in his 59(e) motion for reconsideration and now reiterate again that he never sent to the defendants any of the documents he received from defendants attorney on December 29, 2007. See attachments of what plaintiff sent to defendants on December 6, 2004. These exhibits are in the record and contain the exact envelope that plaintiff received from Bro. Dan Izzo and the exact contents. (#77 exhibits 1 thru 3).

On the other hand see attached letter sent to Francis Ford from Bro. Dan Izzo with the inscriptions, "General Legal Fund, Court Donation" written on it. See also the Assignment and Transfer of National Bank Notes USC Title 12 sec 342 Deposits stating, "Notice This Letter Is Connected To A Donation Of 2 Fidelity Corporation Notes Mailed To The Court Clerk Francis Ford. These exhibits are in the record as well. (#77 exhibits 1 thru 3 and others).

Therefore, plaintiff has already submitted to the Court what he had sent to the defendants to establish a legal fund with that did not consist of the documents plaintiff received from the defendants attorney on December 29, 2007.

Respectfully Submitted,

Shakir Maris Abdullah Pro Se

January 11, 2008

Certificate of Service

I, Shakir Maris Abdullah, hereby certify that I served upon Anne Sterman, Assistant Attorney General, One Ashburton Place, 18th Floor, Boston MA. 02108. Plaintiff's Rejoinder To Defendants Ford and Brennan's Opposition To Plaintiff's Motion For Reconsideration

3.

Cryonic Life Insurance Company

Rev Dan Izzo
Dept of General Resurrection

512 Onondaga Ave
Syracuse, NY 13207

Br. Dan Izzo
512 Onondaga Ave.
Syracuse, NY 13207





Shakir Maris Abdullah
#W51043
OCCC
One Administration Rd.
Bridgewater, MA 02324



02324+3298  99

# UNITED STATES of AMERICA

Search

### TITLE 12 > CHAPTER 3 > SUBCHAPTER XII > § 412
### § 412. Application for notes; collateral required

*Release date: 2004-03-18*

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section 92, 342 to 348, 349 to 352, 361, 372, or 373 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of Federal Reserve banks.



County Clerk            County Judge

REGISTERED: X         X

X County Treasurer

Please Endorse and Deposit with Court Clerk as a General Legal Fund

SMA 0037

Br. Dan Izzo
512 Onondaga Ave.
Syracuse, NY 13207



DEC 1 2004
CLERK OF
WORCESTER

To Francis Ford
Clerk/Magistrate
Worcester County Superior Court
2 Main Street
Worchester MA
    01608

General
Legal
Fund,
Court
Donation

FORM LETER

## ASSIGNMENT AND TRANSFER
## of NATIONAL BANK NOTES
## USC Title 12 sec 342  DEPOSITS

NOTICE THIS LETTER IS CONNECTED TO A DONATION

OF 2 FIDELITY CORPORATION NOTES MAILED TO THE COURT CLERK

FOR A **GENERAL LEGAL FUND** FOR THE COUNTY COURTS

DONATION OF @ **$100,000.00** total NATIONAL BANK NOTES

**DEPOSIT like a paper coin, add to your bank account**

*" It was new money, created by the bank ....."*

TO THE County Court of **Worchester; Francis Ford,**
Court Clerk as Trustee

---

FOR VALUE RECEIVED, the undersigned hereby sells, assigns

and transfers @ **$100,000.00** total **NATIONAL BANK NOTES** to:

**for DEPOSIT,**
**under**——————————————————————————————————————
—————————**US CODE**
TITLE 12§ 342. Deposits; exchange and collection; member and nonmember banks or other depository institutions; charges

(US CODE TITLE 31  § 3302 Custodians of (Public) money )

Shakir Maris Abdullah
Old Colony Connection Center
One Administration Road
Bridgewater, MA. 02324

January 11, 2008

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

Re: Abdullah v. Ford et, al.,
C.A. No. 05-11539 - DPW

Dear Sir/Madam:

Enclosed please find for filing and docketing upon Receipt;

1) Plaintiff's Rejoinder To Defendants Ford and Brennan's Opposition To Plaintiff's Motion For Reconsideration and Certificate of Service.

2) 5 attachments

Sincerely yours,
Shakir Maris Abdullah Pro Se

cc: Anne Sterman