Shakir Maris Abdullah
Old Colony Correctional Center
One Administration Rd.
Bridgewater, MA. 02324

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

Re: Abdullah v. Ford et al
    No. 05-11539-DPW

Dear Sir/Madam:

On 12/28/2007, I filed a motion for Reconsideration pursuant to Fed. R. Civ. P. 59(e). Would you please inform me whether or not any action has been taken on said motion.

Thank You

Shakir Maris Abdullah

Date: March 7, 2008
cc: file