AO 240 (Rev. 10/93)

# UNITED STATES DISTRICT COURT

FOR THE    District of    MASSACHUSETTS

SHAKIR MARIS ABDULLAH
Plaintiff

V.

FRANCIS A. FORD, ET. AL.,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Shakir Maris Abdullah, pro-se__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __OLD COLONY CORRECTIONAL CENTER__

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   Mutual Funds value at $460.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

03/28/08
Date

Shaker Mario Abdullah
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20080326 13:08

Page 1

| Commit# : | W51043 | | | OLD COLONY CORRECTIONAL CENTER | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | ABDULLAH, SHAKIR, M, | | | Statement From | 20070901 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20080326 | | | |
| Block : | ATTUCKS IV | | | | | | | |
| Cell/Bed : | M24 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Period : | $7,489.01 | $7,475.39 | $57.50 | $57.50 |
| 20070905 21 06 | PY - Payroll | 9397545 | | OCC | ~20070819 To 20070825 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070906 10 19 | EX - External Disbursement | 9408371 | 120738 | OCC | ~FINAL PAYMENT FOR CA# 05-11539-DPW~U S DISTRICT COURT | $0.00 | $7.93 | $0.00 | $0.00 |
| 20070906 10 19 | MA - Maintenance and Administration | 9408373 | | OCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070906 16 37 | IS - Interest | 9414240 | | OCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20070911 22 30 | CN - Canteen | 9451179 | | OCC | ~Canteen Date 20070911 | $0.00 | $13.59 | $0.00 | $0.00 |
| 20070912 21 07 | PY - Payroll | 9455153 | | OCC | ~20070826 To 20070901 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070919 09 31 | IC - Transfer from Inmate to Club A/c | 9489059 | | OCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.58 | $0.00 | $0.00 |
| 20070919 21 09 | PY - Payroll | 9491580 | | OCC | ~20070902 To 20070908 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070925 13 54 | ML - Mail | 9518541 | 291 | STH | ~SOC FOR ISL BRHD | $15.00 | $0.00 | $0.00 | $0.00 |
| 20070925 13 54 | TI - Transfer from Institution | 9518544 | | STH | ~Associate Receipt Number is 9518541 | $0.00 | $15.00 | $0.00 | $0.00 |
| 20070925 13 54 | TI - Transfer from Institution | 9518545 | | OCC | ~Associate Receipt Number is 9518541 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20070926 21 10 | PY - Payroll | 9525891 | | OCC | ~20070909 To 20070915 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20071002 22 30 | CN - Canteen | 9560765 | | OCC | ~Canteen Date 20071002 | $0.00 | $20.57 | $0.00 | $0.00 |
| 20071003 21 07 | PY - Payroll | 9565756 | | OCC | ~20070916 To 20070922 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20071010 21 09 | PY - Payroll | 9603843 | | OCC | ~20070923 To 20070929 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20071012 16 47 | IS - Interest | 9626369 | | OCC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20071017 08 37 | EX - External Disbursement | 9655369 | 121671 | OCC | ~HALALCO BOOKS | $0.00 | $32.50 | $0.00 | $0.00 |
| 20071017 08 37 | MA - Maintenance and Administration | 9655372 | | OCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20071017 21 12 | PY - Payroll | 9658669 | | OCC | ~20070930 To 20071006 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20071018 09 25 | IC - Transfer from Inmate to Club A/c | 9669034 | | OCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.60 | $0.00 | $0.00 |
| 20071018 09 25 | IC - Transfer from Inmate to Club A/c | 9669039 | | OCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.60 | $0.00 | $0.00 |
| 20071023 22 30 | CN - Canteen | 9689474 | | OCC | ~Canteen Date 20071023 | $0.00 | $12.40 | $0.00 | $0.00 |
| 20071024 21 13 | PY - Payroll | 9694863 | | OCC | ~20071007 To 20071013 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20071030 22 30 | CN - Canteen | 9723481 | | OCC | ~Canteen Date 20071030 | $0.00 | $9.74 | $0.00 | $0.00 |
| 20071031 21 15 | PY - Payroll | 9727826 | | OCC | ~20071014 To 20071020 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20071106 16 57 | IS - Interest | 9766106 | | OCC | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20071106 22 30 | CN - Canteen | 9781832 | | OCC | ~Canteen Date 20071106 | $0.00 | $9.96 | $0.00 | $0.00 |
| 20071107 21 13 | PY - Payroll | 9790062 | | OCC | ~20071021 To 20071027 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20071113 22 30 | CN - Canteen | 9819909 | | OCC | ~Canteen Date 20071113 | $0.00 | $10.07 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20080326 13:08

Page 2

| Commit# : | W51043 | | | OLD COLONY CORRECTIONAL CENTER | | | |
|---|---|---|---|---|---|---|---|
| Name : | ABDULLAH, SHAKIR, M, | | | Statement From | 20070901 | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20080326 | | |
| Block : | ATTUCKS IV | | | | | | |
| Cell/Bed : | M24 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20071114 21 21 | PY - Payroll | 9826665 | | OCC | ~20071028 To 20071103 | $10.00 | $0 00 | $0 00 | $0.00 |
| 20071119 22 30 | CN - Canteen | 9853938 | | OCC | ~Canteen Date 20071119 | $0 00 | $10.28 | $0 00 | $0.00 |
| 20071121 21 15 | PY - Payroll | 9866531 | | OCC | ~20071104 To 20071110 | $10.00 | $0 00 | $0 00 | $0 00 |
| 20071127 22 30 | CN - Canteen | 9890691 | | OCC | ~Canteen Date 20071127 | $0 00 | $9 74 | $0 00 | $0 00 |
| 20071128 21 18 | PY - Payroll | 9894779 | | OCC | ~20071111 To 20071117 | $10 00 | $0 00 | $0.00 | $0 00 |
| 20071204 22.30 | CN - Canteen | 9927357 | | OCC | ~Canteen Date 20071204 | $0 00 | $7 14 | $0 00 | $0 00 |
| 20071205 21 17 | PY - Payroll | 9937626 | | OCC | ~20071118 To 20071124 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20071206 09 16 | IC - Transfer from Inmate to Club A/c | 9947051 | | OCC | ~RELIGIOUS ITEM~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0 00 | $2 99 | $0 00 | $0 00 |
| 20071206 16 41 | IS - Interest | 9952951 | | OCC | | $0 03 | $0 00 | $0 00 | $0 00 |
| 20071211 22 30 | CN - Canteen | 9990909 | | OCC | ~Canteen Date 20071211 | $0 00 | $10 02 | $0.00 | $0 00 |
| 20071212 21 13 | PY - Payroll | 9997610 | | OCC | ~20071125 To 20071201 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20071218 22 30 | CN - Canteen | 10028794 | | OCC | ~Canteen Date 20071218 | $0 00 | $10.21 | $0 00 | $0 00 |
| 20071219 21 17 | PY - Payroll | 10037176 | | OCC | ~20071202 To 20071208 | $10.00 | $0 00 | $0 00 | $0 00 |
| 20071226 21 23 | PY - Payroll | 10077094 | | OCC | ~20071209 To 20071215 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20071231 22 30 | CN - Canteen | 10101148 | | OCC | ~Canteen Date 20071231 | $0 00 | $16 06 | $0 00 | $0 00 |
| 20080102 21 22 | PY - Payroll | 10111185 | | OCC | ~20071216 To 20071222 | $10 00 | $0 00 | $0 00 | $0.00 |
| 20080108 22 30 | CN - Canteen | 10150517 | | OCC | ~Canteen Date 20080108 | $0 00 | $13 84 | $0 00 | $0 00 |
| 20080109 21 12 | PY - Payroll | 10156185 | | OCC | ~20071223 To 20071229 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20080110 16 38 | IS - Interest | 10171149 | | OCC | | $0.04 | $0 00 | $0 00 | $0 00 |
| 20080116 21 20 | PY - Payroll | 10209032 | | OCC | ~20071230 To 20080105 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20080122 22.30 | CN - Canteen | 10238894 | | OCC | ~Canteen Date 20080122 | $0 00 | $20 04 | $0 00 | $0 00 |
| 20080123 21 17 | PY - Payroll | 10243644 | | OCC | ~20080106 To 20080112 | $10 00 | $0.00 | $0 00 | $0 00 |
| 20080130 21 19 | PY - Payroll | 10278671 | | OCC | ~20080113 To 20080119 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20080205 22 30 | CN - Canteen | 10313960 | | OCC | ~Canteen Date 20080205 | $0.00 | $18 74 | $0 00 | $0 00 |
| 20080206 21 20 | PY - Payroll | 10321445 | | OCC | ~20080120 To 20080126 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20080207 16 12 | IS - Interest | 10337079 | | OCC | | $0 05 | $0.00 | $0 00 | $0 00 |
| 20080212 22 30 | CN - Canteen | 10372221 | | OCC | ~Canteen Date 20080212 | $0 00 | $10 47 | $0 00 | $0 00 |
| 20080213 21 21 | PY - Payroll | 10378166 | | OCC | ~20080127 To 20080202 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20080219 22 30 | CN - Canteen | 10409088 | | OCC | ~Canteen Date 20080219 | $0 00 | $10 87 | $0 00 | $0 00 |
| 20080220 21 19 | PY - Payroll | 10413586 | | OCC | ~20080203 To 20080209 | $10 00 | $0 00 | $0 00 | $0 00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20080326 13:08

| | | | | | | Page 3 |
|---|---|---|---|---|---|---|
| Commit# : | W51043 | | OLD COLONY CORRECTIONAL CENTER | | | |
| Name : | ABDULLAH, SHAKIR, M, | | Statement From | 20070901 | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | To | 20080326 | | |
| Block : | ATTUCKS IV | | | | | |
| Cell/Bed : | M24 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20080227 21 16 | PY - Payroll | 10448600 | | OCC | ~20080210 To 20080216 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20080304 22 30 | CN - Canteen | 10481119 | | OCC | ~Canteen Date 20080304 | $0 00 | $19 96 | $0 00 | $0 00 |
| 20080305 21 14 | PY - Payroll | 10490656 | | OCC | ~20080217 To 20080223 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20080307 15 58 | IS - Interest | 10513490 | | OCC | | $0.03 | $0 00 | $0 00 | $0 00 |
| 20080311 22.30 | CN - Canteen | 10541757 | | OCC | ~Canteen Date 20080311 | $0 00 | $10 03 | $0 00 | $0 00 |
| 20080312 21 19 | PY - Payroll | 10549418 | | OCC | ~20080224 To 20080301 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20080318 22 30 | CN - Canteen | 10579493 | | OCC | ~Canteen Date 20080318 | $0.00 | $7 52 | $0 00 | $0 00 |
| 20080319 11 11 | IC - Transfer from Inmate to Club A/c | 10584116 | | OCC | ~BRONSTEIN~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.33 | $0 00 | $0 00 |
| 20080319 21 20 | PY - Payroll | 10587165 | | OCC | ~20080302 To 20080308 | $10 00 | $0 00 | $0 00 | $0 00 |
| 20080325 22 30 | CN - Canteen | 10615953 | | OCC | ~Canteen Date 20080325 | $0.00 | $9 14 | $0 00 | $0.00 |
| 20080326 08 44 | IC - Transfer from Inmate to Club A/c | 10618750 | | OCC | ~MUSLIM MASJID - Z166~MUSLIM MASJID - Z166 | $0.00 | $1 00 | $0 00 | $0 00 |
| | | | | | | $320.43 | $333 92 | $0 00 | $0 00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.13 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0 13 | $0 00 | $0.00 | $0 00 | $0 00 | $0 00 |