UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11539-DPW

SHAKIR MARIS ABDULLAH
    PLAINTIFF,

vs.

FRANCIS A. FORD, ET. AL.,
    DEFENDANTS.

## NOTICE OF APPEAL

Notice is hereby given that Shakir Maris Abdullah, plaintiff in the above named case hereby appeal to the United States Court of Appeals for the 1st Circuit from the final judgment entered in this action on the 21st day of December 2007 granting Summary Judgment for the defendants Francis A. Ford and Catherine Brennan and from the judgment entered in this action on the 19th day of March 2008 denying plaintiff's Rule 59(e) motion for reconsideration.

*Shakir Maris Abdullah Pro Se*
Shakir Maris Abdullah. Pro Se
Old Colony Correctional Center
One Administration Road
Bridgewater, MA. 02324

## CERTIFICATE OF SERVICE

I, Shakir Maris Abdullah, hereby certify that I served upon Anne Sterman, Assistant Attorney General, One Ashburton Place, 18th Floor, Boston, MA. 02108, Plaintiff's Notice Of Appeal.

Dated: April 15, 2008