UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11539

Shakir Maris Abdullah

v.

Francis A. Ford

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-59, 61-75, 77-85, 87-124

Sealed Documents 60, 76

and contained in I - III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/3/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 21, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 4/22/08.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11539-DPW

Abdullah v. Ford et al
Assigned to: Judge Douglas P. Woodlock
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/15/2005
Date Terminated: 12/21/2007
Jury Demand: Defendant
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Shakir Maris Abdullah**　　　represented by **Shakir Maris Abdullah**
Old Colony Correctional Center
One Administration Rd.
Bridgewater, MA 02324
PRO SE

V.

**Defendant**

**Francis A. Ford**　　　represented by **Anne L. Sterman**
*Clerk*　　　Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200
Email: Anne.Sterman@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Sarason**
Office of Attorney General's Office
Trial Division
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-3076
Email: Ernest.Sarason@jud.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary E O'Neil**
Office of the Attorney General

CM/ECF - USDC Massachusetts - Version ESR 3.1.2 as of 12/15/2007
Case 1:05-cv-11539-DPW    Document 125-2    Filed 04/22/2008    Page 2 of 14
Page 2 of 14

One Ashburton Place
Boston, MA 02108
617-727-2200, ext. 2636
Fax: 617-727-3076
Email: mary.e.o'neil@state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Catherine Brennan**
*Assistant Clerk*

represented by **Anne L. Sterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Sarason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary E O'Neil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Rizzo**
*Reverend*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Shakir Maris Abdullah.(Jenness, Susan) (Entered: 07/21/2005) |
| 07/15/2005 | 2 | MOTION Effectuate Service by Shakir Maris Abdullah.(Jenness, Susan) (Entered: 07/21/2005) |
| 07/15/2005 | 3 | COMPLAINT against Francis A. Ford, Catherine Brennan, Daniel Rizzo Filing fee: $ 0.00, receipt number 0.00, filed by Shakir Maris Abdullah. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 07/21/2005) |
| 07/15/2005 | 4 | EXHIBIT re 3 Complaint by Shakir Maris Abdullah. (Jenness, Susan) (Entered: 07/21/2005) |
| 07/15/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 07/21/2005) |
| 01/03/2006 | 5 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered denying without prejudice 2 Motion affect service of the complaint. Plaintiff's Motion for Leave to Proceed in forma pauperis 1 is denied |

|  |  |  |
|---|---|---|
|  |  | without prejudice to resubmittal accompanied by a certified copy of his prison account statement. Unless Plaintiff directs otherwise, the Superintendent and/or the Treasurer's Office at Old Colony Correctional Center are ORDERED to provide this Court with a certified copy of Plaintiff's prison account statement within fourteen (14) days of the date of this Memorandum and Order. Such statement shall include balance information for the six (6) months preceding July 15, 2005 (date the Complaint was filed), and specifically include the following information: 1) the average monthly deposits to Plaintiff's prison account for that six (6) month period; and 2) the average monthly balance in Plaintiff's account for the six (6) month period immediately preceding July 15, 2005. Defendant Reverend Daniel Izzo is dismissed as a Defendant in this action. Summonses shall not issue as to Defendants Francis A. Ford, Clerk of Court for Worcester County and Assistant Clerk of Court Catherine Brennan, pending resolution of the filing fee issues. (PSSA, 4) (Entered: 01/03/2006) |
| 01/18/2006 | 6 | Prisoner Trust Fund Account Statement by Shakir Maris Abdullah. (Hassett, Kathy) (Entered: 01/18/2006) |
| 01/20/2006 | 7 | Judge Douglas P. Woodlock : FURTHER ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS entered: Although Plaintiff has now provided his prison account statement, Plaintiff may not proceed in forma pauperis at this time, because he has not submitted the requisite Affidavit under section 1915(a)(1). The clerk is directed to send Plaintiff the standard Application form, and Plaintiff shall submit a completed Application to Proceed in forma pauperis within forty-two (42) days of the date of this Order. Failure of Plaintiff to comply with this directive will result in dismissal of this action.(PSSA, 1) Modified on 1/20/2006 to correct typo. (PSSA, 1). (Entered: 01/20/2006) |
| 01/20/2006 | 8 | RESPONSE TO ORDER TO SHOW CAUSE by Shakir Maris Abdullah. (Jenness, Susan) (Entered: 01/23/2006) |
| 01/27/2006 | 9 | Judge Douglas P. Woodlock : FURTHER ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS AND ORDER RE: ISSUANCE OF SUMMONSES entered: Plaintiff Shakir Maris Abdullah is assessed an initial partial filing fee of $1.68, pursuant to 28 U.S.C. section 1915(b)(1); The remainder of the fee $248.32 is to be assessed and collected in accordance with 28 U.S.C. section 1915(b)(2); The Clerk shall issue summonses as to Defendants Francis A. Ford, Clerk of Court for Worcester County, and Catherine Brennan, Assistant Clerk of Court; and The United States Marshal shall bear all costs of service on the Defendants. Failure to effectuate service within 120 days of the date of this Order may result in dismissal of this action. (PSSA, 1) (Entered: 01/27/2006) |
| 01/27/2006 | 10 | NOTICE: re payment of fee (prisoner filer) issued to the Treasurer at OLD COLONY CORRECTIONAL CENTER (PSSA, 1) (Entered: 01/27/2006) |
| 01/27/2006 |  | Summons Issued as to Francis A. Ford, Catherine Brennan. (PSSA, 1) |

CM/ECF - USDC Massachusetts - Version 2.5 as of 12/2004
Case 1:05-cv-11539-DPW   Document 125-2   Filed 04/22/2008   Page 4 of 14
Page 4 of 14

| | | |
|---|---|---|
| | | (Entered: 01/27/2006) |
| 01/27/2006 | 11 | MOTION for Leave to Proceed in forma pauperis by Shakir Maris Abdullah.(Nici, Richard) (Entered: 01/30/2006) |
| 02/03/2006 | 12 | Letter/request (non-motion) from Evelyn Smith. (Nici, Richard) (Entered: 02/09/2006) |
| 02/07/2006 | | Motions terminated: 11 MOTION for Leave to Proceed in forma pauperis filed by Shakir Maris Abdullah,. (Nici, Richard) (Entered: 02/07/2006) |
| 02/24/2006 | 13 | US Marshal Process Receipt and Return for Summons. Francis Ford served Delivered on 2/14/06 (Nici, Richard) (Entered: 02/28/2006) |
| 02/24/2006 | 14 | US Marshal Process Receipt and Return for Summons. Catherine Brennan served Delivered on 2/14/06 (Nici, Richard) (Entered: 02/28/2006) |
| 02/27/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered. ELECTRONIC ORDER REQUIRING ELECTRONIC FILING. It is hereby ORDERED that, unless leave is granted, upon good cause shown, to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately(Nici, Richard). (Entered: 02/27/2006) |
| 03/10/2006 | 15 | MOTION to Dismiss for Lack of Jurisdiction by Francis A. Ford, Catherine Brennan.(Sarason, Ernest) (Entered: 03/10/2006) |
| 03/10/2006 | 16 | MEMORANDUM in Support re 15 MOTION to Dismiss for Lack of Jurisdiction filed by Francis A. Ford, Catherine Brennan. (Sarason, Ernest) Additional attachment(s) added on 3/16/2006 (Nici, Richard). (Entered: 03/10/2006) |
| 03/10/2006 | 17 | MOTION Waive Local Rule 7.1 re 15 MOTION to Dismiss for Lack of Jurisdiction, 16 Memorandum in Support of Motion by Francis A. Ford, Catherine Brennan.(Sarason, Ernest) (Entered: 03/10/2006) |
| 03/13/2006 | 18 | Request (affidavit) for notice of default. (Nici, Richard) (Entered: 03/15/2006) |
| 03/16/2006 | | Notice of correction to docket made by Court staff. Correction: docket entry #16 corrected because: document was incomplete, only the last page was available. (Nici, Richard) (Entered: 03/16/2006) |
| 03/21/2006 | 19 | MEMORANDUM in Opposition re 15 MOTION to Dismiss for Lack of |

| | | |
|---|---|---|
| | | Jurisdiction filed by Shakir Maris Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 03/21/2006) |
| 03/23/2006 | 20 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered denying 15 Motion to Dismiss for Lack of Jurisdiction (PSSA, 1) (Entered: 03/23/2006) |
| 03/27/2006 | 21 | MOTION to Appoint Counsel by Shakir Maris Abdullah.(Nici, Richard) (Entered: 03/28/2006) |
| 03/30/2006 | 22 | ANSWER to Complaint with Jury Demand by Francis A. Ford, Catherine Brennan.(Sarason, Ernest) (Entered: 03/30/2006) |
| 04/11/2006 | 23 | MOTION to Produce documents by Shakir Maris Abdullah.(Nici, Richard) (Entered: 04/13/2006) |
| 04/11/2006 | 24 | Response to answer by Shakir Maris Abdullah. (Attachments: # 1 Exhibit 1-11# 2 12-21)(Nici, Richard) (Entered: 04/13/2006) |
| 04/13/2006 | 25 | Letter/request (non-motion) from Shakin M. Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 04/14/2006) |
| 04/27/2006 | 26 | Amended MOTION to Appoint Counsel by Shakir Maris Abdullah.(Nici, Richard) (Entered: 04/28/2006) |
| 05/24/2006 | 27 | First set of Interrogatories by Shakir Maris Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 05/25/2006) |
| 05/24/2006 | 28 | MOTION for Discovery by Shakir Maris Abdullah.(Nici, Richard) (Entered: 05/25/2006) |
| 05/25/2006 | 29 | MOTION for Order to compel discovery and certificate of service by Shakir Maris Abdullah. (Attachments: # 1 Exhibit part 1# 2 Exhibit part 2)(Nici, Richard) (Entered: 05/30/2006) |
| 06/13/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered. Parties shall confer and submit a proposed discovery schedule by 6/30/06. All pending motions denied without prejudice to be resubmitted, if appropriate, after a discovery schedule has been set. Motions terminated: 26 MOTION to Appoint Counsel, 28 MOTION for Discovery, 29 MOTION for Order to compel discovery and certificate of service, 21 MOTION to Appoint Counsel, 17 MOTION Waive Local Rule 7.1, 23 MOTION to Produce. (Rynne, Michelle) (Entered: 06/13/2006) |
| 06/15/2006 | 30 | MOTION for a lien by Shakir Maris Abdullah.(Nici, Richard) Additional attachment(s) added on 6/16/2006 (Nici, Richard). (Entered: 06/16/2006) |
| 06/20/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered denying without prejudice 30 Motion for a lien, in light of order issued 6/13/06. (Rynne, Michelle) (Entered: 06/20/2006) |
| 06/30/2006 | 31 | Recommendations for Scheduling Order. (Sarason, Ernest) (Entered: 06/30/2006) |
| 07/10/2006 | 32 | MOTION to Strike by Shakir Maris Abdullah.(Nici, Richard) (Entered: |

| | | 07/11/2006) |
|---|---|---|
| 07/12/2006 | 33 | Judge Douglas P. Woodlock : ORDER entered. SCHEDULING ORDER: Motions due by 2/28/2007.(Rynne, Michelle) (Entered: 07/12/2006) |
| 07/14/2006 | 34 | Letter/request (non-motion) from S.M. Abdullah. Sent docket sheet. (Nici, Richard) (Entered: 07/19/2006) |
| 07/17/2006 |  | Receipt#73757 $45 for FILING FEE. (Nici, Richard) (Entered: 07/18/2006) |
| 08/07/2006 | 37 | MOTION to Compel by Shakir Maris Abdullah.(Nici, Richard) (Entered: 08/16/2006) |
| 08/07/2006 | 38 | MOTION for a Subpeona by Shakir Maris Abdullah.(Nici, Richard) (Entered: 08/16/2006) |
| 08/07/2006 | 39 | MOTION to Appoint Counsel by Shakir Maris Abdullah.(Nici, Richard) (Entered: 08/16/2006) |
| 08/07/2006 | 40 | MOTION for Hearing by Shakir Maris Abdullah.(Nici, Richard) (Entered: 08/16/2006) |
| 08/07/2006 | 41 | MOTION to Compel by Shakir Maris Abdullah. Exhibits voluminous and unscanned.(Nici, Richard) (Entered: 08/16/2006) |
| 08/07/2006 | 43 | Objection by Shakir Maris Abdullah. (Nici, Richard) (Entered: 08/17/2006) |
| 08/10/2006 | 35 | First set of Interrogatories by Shakir Maris Abdullah (Nici, Richard) (Entered: 08/16/2006) |
| 08/14/2006 | 36 | MOTION for Order by Shakir Maris Abdullah. (Attachments: # 1 Affidavit)(Nici, Richard) (Entered: 08/16/2006) |
| 08/14/2006 | 42 | MOTION to Compel by Shakir Maris Abdullah. (Attachments: # 1 Affidavit # 2 Exhibit)(Nici, Richard) (Entered: 08/16/2006) |
| 08/18/2006 | 44 | MOTION for Order to compelling production of documents by Shakir Maris Abdullah. Exhibits voluminous and unscanned. (Attachments: # 1 Affidavit)(Nici, Richard) (Entered: 08/21/2006) |
| 08/18/2006 | 45 | MOTION to Compel by Shakir Maris Abdullah.(Nici, Richard) (Entered: 08/21/2006) |
| 08/22/2006 | 46 | Opposition re 36 MOTION for Order filed by Francis A. Ford, Catherine Brennan. (Sarason, Ernest) (Entered: 08/22/2006) |
| 08/24/2006 | 47 | Opposition re 32 MOTION to Strike, 38 MOTION Subpeona, 44 MOTION for Order to compelling production of documents, 45 MOTION to Compel, 36 MOTION for Order, 41 MOTION to Compel, 42 MOTION to Compel, 39 MOTION to Appoint Counsel, 37 MOTION to Compel filed by Francis A. Ford, Catherine Brennan. (Sarason, Ernest) (Entered: 08/24/2006) |
| 08/24/2006 | 48 | Letter/request for a subpoena (non-motion) from S.M. Abdullah. (Nici, |

| | | |
|---|---|---|
| | | Richard) (Entered: 08/28/2006) |
| 08/24/2006 | 49 | MOTION for the Court to serve a subpoena by Shakir Maris Abdullah. (Attachments: # 1 Exhibits)(Nici, Richard) (Entered: 08/28/2006) |
| 08/31/2006 | 50 | REPLY to Response to Motion re 49 MOTION for the Court to serve a subpoena, 44 MOTION for Order to compelling production of documents, 45 MOTION to Compel filed by Shakir Maris Abdullah. (Nici, Richard) (Entered: 09/01/2006) |
| 09/01/2006 | 51 | MOTION for Protective Order by Francis A. Ford, Catherine Brennan. (Sarason, Ernest) (Entered: 09/01/2006) |
| 09/05/2006 | 52 | MOTION for court to serve subpoena by Shakir Maris Abdullah.(Nici, Richard) Additional attachment(s) added on 9/8/2006 (Nici, Richard). (Entered: 09/07/2006) |
| 09/05/2006 | 53 | Request (non-motion) from S.M. Abdullah. (Nici, Richard) Additional attachment(s) added on 9/8/2006 (Nici, Richard). (Entered: 09/07/2006) |
| 09/08/2006 | 54 | MOTION for Clarification re 51 MOTION for Protective Order by Shakir Maris Abdullah.(Sonnenberg, Elizabeth) (Entered: 09/13/2006) |
| 09/14/2006 | 55 | MOTION for leave to Amend Complaint by Shakir Maris Abdullah. (York, Steve) (Entered: 09/14/2006) |
| 09/18/2006 | 56 | MOTION requesting Court to serve subpoena duces tecum by Shakir Maris Abdullah. (Attachments: # 1 Exhibit a# 2)(Sonnenberg, Elizabeth) (Entered: 09/19/2006) |
| 09/22/2006 | 61 | Letter/requesting copy of docket sheet (non-motion) from Shakir Maris Abdullah. (Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/22/2006 | | DOCKET SHEET sent to Shakir Maris Abdullah (Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/25/2006 | 57 | MOTION for Funds for a Stenographer by Shakir Maris Abdullah. (Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/25/2006 | 58 | MOTION to take Depositions by stenographic means by Shakir Maris Abdullah.(Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/25/2006 | 59 | Proposed Document(s) submitted by Shakir Maris Abdullah. Document received: Notice of Oral Examination. (Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/25/2006 | 60 | SEALED MOTION by Shakir Maris Abdullah.(Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 10/26/2006 | | Remark: Case Data modified (nature of suit; cause of action) to reflect prisoner civil rights filing. (PSSA, 1) (Entered: 10/26/2006) |
| 11/20/2006 | | ELECTRONIC NOTICE of Hearing on all pending Motions. Motion Hearing set for 1/9/2007 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Parties should also be prepared to address |

| | | |
|---|---|---|
| | | scheduling. Court will make arrangements for Mr. Abjullah to appear via video conferencing. (Rynne, Michelle) (Entered: 11/20/2006) |
| 11/20/2006 | 62 | Writ of Habeas Corpus Issued as to Shakir Abdullah for video conference on 1/9/07. (Rynne, Michelle) (Entered: 11/20/2006) |
| 01/09/2007 | 63 | NOTICE of Appearance by Anne L. Sterman on behalf of Francis A. Ford, Catherine Brennan (Sterman, Anne) (Entered: 01/09/2007) |
| 01/10/2007 | | ELECTRONIC NOTICE of RESCHEDULING VIDEO CONFERENCE on all pending Motions. Motion Hearing reset for 1/18/2007 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 01/10/2007) |
| 01/10/2007 | 64 | Writ of Habeas Corpus Issued for Video conference on 1/18/07 at 9:00 a.m. (Rynne, Michelle) (Entered: 01/10/2007) |
| 01/16/2007 | | E-Mail Notice returned as undeliverable. Name of Addressee: Ernest Sarason. The ECF Help Desk has contacted the law firm, and heard a voice mail message stating that the attorney has left the Attorney General's Office. The attorney's email address has been removed from the ECF database to prevent the return of additional undeliverable email notices. (Hurley, Virginia) (Entered: 01/16/2007) |
| 01/17/2007 | | ELECTRONIC NOTICE Resetting or Cancelling Hearing. Video Conference set for 1/18/07 is CANCELED. (Rynne, Michelle) (Entered: 01/17/2007) |
| 01/26/2007 | 65 | Writ of Habeas Corpus Issued re: Shakir Abdulla for Video Conference on 2/1/07 at 10:30 a.m. (Rynne, Michelle) (Entered: 01/28/2007) |
| 01/26/2007 | | ELECTRONIC NOTICE of Hearing : Video/Status Conference set for 2/1/2007 10:30 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 01/28/2007) |
| 01/26/2007 | 66 | MOTION for Oral Examination by Shakir Maris Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 01/29/2007) |
| 01/26/2007 | 67 | MOTION for Leave to File by Shakir Maris Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 01/29/2007) |
| 01/30/2007 | 68 | MOTION for Sanctions by Shakir Maris Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 01/30/2007) |
| 01/31/2007 | 69 | Opposition re 68 MOTION for Sanctions, 67 MOTION for Leave to File, 66 MOTION Oral Examination filed by Francis A. Ford, Catherine Brennan. (Sterman, Anne) (Entered: 01/31/2007) |
| 02/01/2007 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Videoconference held on 2/1/2007. Mr. Abdullah appears via videoconference. All pending motions addressed at conference. Motion to compel: Clerks Brennan and Ford shall submit to the court ex parte affidavits with copies of all bank/money accounts for the period of 12/04 through 5/05. Motion for Interrogatories: plaintiff is limited to 4 |

| | | |
|---|---|---|
| | | additional interrogatories. Motion for depositions: Depositions of Clerks Brennan and Ford shall take place at the Worcester Superior Court. Depositions are limtied to 1 hour each. The Commonwealth shall pay for the court reporter. Defendants shall file affidavits by (1)State Trooper (summary including information received, sources, and conclusions with exhibits); (2) Sargent (sources); and (3) individual who provided documents to the State Trooper. Motion for Subpoena: Commonwealth shall produce an affidavit from the facility as to log of mail in and out as to Mr. Adullah for the period of 12/4 to 5/5. Motion to appoint counsel: case will be referred to the pro bono coordinator. Schedule: All affidavits filed by 2/23/07. Depositions completed by end of March 2007. Motions for summary judgment due 4/27/07.(Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 02/02/2007) |
| 02/02/2007 | 70 | MOTION for Hearing by Shakir Maris Abdullah.(Nici, Richard) (Entered: 02/06/2007) |
| 02/02/2007 | 71 | MOTION for Leave to File by Shakir Maris Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 02/06/2007) |
| 02/07/2007 | | Judge Douglas P. Woodlock : Electronic ORDER entered finding as moot 70 Motion for Hearing, finding as moot 71 Motion for Leave to File; Motions dealt with at videoconference held on 2/1/07. (Rynne, Michelle) (Entered: 02/07/2007) |
| 02/12/2007 | 72 | NOTICE of Appearance by Mary E. O'Neil on behalf of Francis A. Ford, Catherine Brennan (O'Neil, Mary) (Entered: 02/12/2007) |
| 02/23/2007 | 73 | MOTION for Reconsideration *And/or Stay* by Francis A. Ford, Catherine Brennan.(Sterman, Anne) (Entered: 02/23/2007) |
| 02/23/2007 | 74 | MEMORANDUM in Support re 73 MOTION for Reconsideration *And/or Stay* filed by Francis A. Ford, Catherine Brennan. (Attachments: # 1 Affidavit Brennan affidavit# 2 # 3 Affidavit Collins Affidavit# 4 Affidavit Conron Affidavit# 5 Affidavit Evans-Howard Affidavit# 6 Affidavit Ford Affidavit# 7 # 8 Affidavit Gorman Affidavit# 9 Affidavit Kelly Affidavit# 10 Affidavit Laverty Affidavit# 11 Affidavit Lefebvre Affidavit# 12 Affidavit Lemire Affidavit# 13 Affidavit McCann Affidavit# 14 Affidavit Sterman Affidavit)(Sterman, Anne) (Entered: 02/23/2007) |
| 02/23/2007 | 75 | MOTION Waive Local Rule 7.1 re 73 MOTION for Reconsideration *And/or Stay* by Francis A. Ford, Catherine Brennan.(Sterman, Anne) (Entered: 02/23/2007) |
| 02/23/2007 | 76 | Sealed Document with exhibits. (exhibits not scanned) (Nici, Richard) (Entered: 02/26/2007) |
| 02/26/2007 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 75 Motion TO Waive Local Rule 7.1. (Rynne, Michelle) (Entered: 02/26/2007) |
| 03/01/2007 | 77 | MEMORANDUM in Opposition re 73 MOTION for Reconsideration |

|  |  |  |
|---|---|---|
|  |  | *And/or Stay* filed by Shakir Maris Abdullah. (Attachments: # 1 Exhibit). One of the three exhibits has not been scanned.(Nici, Richard) (Entered: 03/01/2007) |
| 03/06/2007 | 78 | MEMORANDUM in Opposition re 73 MOTION for Reconsideration *And/or Stay* filed by Shakir Maris Abdullah. (Nici, Richard) Additional attachment(s) added on 3/7/2007 (Nici, Richard). (Entered: 03/07/2007) |
| 03/09/2007 | 79 | Letter/request (non-motion) from S.M. Abdullah. (Nici, Richard) (Entered: 03/12/2007) |
| 03/12/2007 |  | DOCKET SHEET sent to S.M. Abdullah (Nici, Richard) (Entered: 03/12/2007) |
| 04/04/2007 | 80 | Letter/request (non-motion) from S.M. Abdullah. (Nici, Richard) (Entered: 04/04/2007) |
| 04/04/2007 |  | DOCKET SHEET sent to S.M. Abdullah (Nici, Richard) (Entered: 04/04/2007) |
| 04/19/2007 | 81 | Judge Douglas P. Woodlock : ORDER entered revoking order for appointment of Pro Bono Counsel. (Nici, Richard) (Entered: 04/24/2007) |
| 04/26/2007 | 82 | MOTION Waive local rule 7.1 by Francis A. Ford, Catherine Brennan. (Sterman, Anne) (Entered: 04/26/2007) |
| 04/26/2007 | 83 | MOTION for Summary Judgment by Francis A. Ford, Catherine Brennan.(Sterman, Anne) (Entered: 04/26/2007) |
| 04/26/2007 | 84 | MEMORANDUM in Support re 83 MOTION for Summary Judgment filed by Francis A. Ford, Catherine Brennan. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Affidavit Brennan# 4 Affidavit Collins# 5 Affidavit Conron# 6 Affidavit Ford# 7 Affidavit Gorman# 8 Affidavit Kelly# 9 Affidavit Laverty# 10 Affidavit Lefebvre# 11 Affidavit Lemire# 12 Affidavit McCann# 13 Affidavit Sterman)(Sterman, Anne) (Entered: 04/26/2007) |
| 05/08/2007 | 85 | MEMORANDUM in Opposition re 83 MOTION for Summary Judgment filed by Shakir Maris Abdullah. (Attachments: # 1 Exhibit 1-2# 2 Exhibit 3-4)(Nici, Richard) (Entered: 05/08/2007) |
| 06/11/2007 | 86 | TRANSCRIPT of Video Conference held on February 1, 2007 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/11/2007) |
| 06/13/2007 | 87 | MOTION for Sanctions by Shakir Maris Abdullah.(Nici, Richard) (Entered: 06/13/2007) |
| 06/14/2007 | 88 | MEMORANDUM in Support re 87 MOTION for Sanctions filed by Shakir Maris Abdullah. (Nici, Richard) (Entered: 06/14/2007) |
| 06/15/2007 | 89 | Opposition re 87 MOTION for Sanctions filed by Francis A. Ford, Catherine Brennan. (O'Neil, Mary) (Entered: 06/15/2007) |

CM/ECF - USDC Massachusetts - Version ESR 3.1.2 as of 12/15/2007
Case 1:05-cv-11539-DPW    Document 125-2    Filed 04/22/2008    Page 11 of 14
Page 11 of 14

| 06/15/2007 | 90 | MOTION *to Waive Local Rule 7.1* by Francis A. Ford, Catherine Brennan.(O'Neil, Mary) (Entered: 06/15/2007) |
| --- | --- | --- |
| 06/18/2007 | 91 | MOTION for Hearing by Shakir Maris Abdullah.(Nici, Richard) (Entered: 06/20/2007) |
| 06/25/2007 | 92 | MOTION for Leave to File by Shakir Maris Abdullah. (Attachments: # 1 Exhibit A# 2 Exhibit 1)(Nici, Richard) (Entered: 06/25/2007) |
| 07/05/2007 | 93 | Opposition re 92 MOTION for Leave to File *Second Supplemental Complaint* filed by Francis A. Ford, Catherine Brennan. (O'Neil, Mary) (Entered: 07/05/2007) |
| 07/05/2007 | 94 | MOTION Waive Local Rule 7.1 re 92 MOTION for Leave to File *Second Supplemental Complaint* by Francis A. Ford, Catherine Brennan. (O'Neil, Mary) (Entered: 07/05/2007) |
| 07/09/2007 | 95 | MOTION to Stay re 83 MOTION for Summary Judgment by Shakir Maris Abdullah.(Nici, Richard) (Entered: 07/09/2007) |
| 07/09/2007 | 96 | MOTION to Compel by Shakir Maris Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 07/09/2007) |
| 07/13/2007 | 97 | RESPONSE to Motion re 96 MOTION to Compel filed by Francis A. Ford, Catherine Brennan. (Attachments: # 1 Exhibit)(O'Neil, Mary) (Entered: 07/13/2007) |
| 07/13/2007 | 98 | Opposition re 95 MOTION to Stay re 83 MOTION for Summary Judgment filed by Francis A. Ford, Catherine Brennan. (O'Neil, Mary) (Entered: 07/13/2007) |
| 07/13/2007 | 99 | Motion to Waive Rule 7.1 (O'Neil, Mary) Modified on 7/13/2007 (Nici, Richard). (Entered: 07/13/2007) |
| 07/20/2007 | 100 | Motion to Stay from Shakia Maris Abdulla re: Letter to Stay Proceeding until appointment of counsel is resolved. (Sonnenberg, Elizabeth) Modified on 7/24/2007 (Nici, Richard). (Entered: 07/20/2007) |
| 07/20/2007 | 101 | Response by Francis A. Ford, Catherine Brennan to 100 Letter/request (non-motion). (O'Neil, Mary) (Entered: 07/20/2007) |
| 08/10/2007 | 102 | MOTION to Set Aside L.R. 7.1 by Shakir Maris Abdullah.(Nici, Richard) (Entered: 08/10/2007) |
| 08/10/2007 | 103 | MEMORANDUM in Opposition re 73 MOTION for Reconsideration *And/or Stay* filed by Shakir Maris Abdullah. (Attachments: # 1 Exhibit) (Nici, Richard) (Entered: 08/10/2007) |
| 08/20/2007 | 104 | MOTION waive L.R. 7.1 by Shakir Maris Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 08/20/2007) |
| 09/21/2007 | 105 | Letter/request (non-motion) from S.K. Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 09/21/2007) |
| 09/25/2007 | | Judge Douglas P. Woodlock : ORDER entered granting 73 Motion for |

| | | |
|---|---|---|
| | | Reconsideration, this matter shall be stayed pending resolution of the defendants' motion for summary judgment. (Woodlock, Douglas) (Entered: 09/25/2007) |
| 10/04/2007 | 106 | Letter/request (non-motion) from S. Abdullah. (Attachments: # 1 Exhibit) (Nici, Richard) (Entered: 10/04/2007) |
| 10/04/2007 | 107 | Letter/request (non-motion) from S. Abdullah. (Nici, Richard) (Entered: 10/04/2007) |
| 10/04/2007 | | DOCKET SHEET sent to S. Abdullah (Nici, Richard) (Entered: 10/04/2007) |
| 10/11/2007 | 108 | MOTION TO waive L.R. 7.1 by Shakir Maris Abdullah.(Nici, Richard) (Entered: 10/11/2007) |
| 10/11/2007 | 109 | MOTION for Leave to File A Response by Shakir Maris Abdullah.(Nici, Richard) (Entered: 10/11/2007) |
| 10/23/2007 | 110 | MOTION to WAIVE by Shakir Maris Abdullah. (Attachments: # 1 Affidavit # 2 Exhibit # 3 Exhibit)(Nici, Richard) (Entered: 10/25/2007) |
| 11/05/2007 | | Judge Douglas P. Woodlock : ELECTRONIC ORDER entered: It is hereby Ordered that Plaintiff's Motion to Waive Local Rule 7.1 (#108) and his Motion to Waive Local Rule 7.1 (#110) are hereby ALLOWED. It is Further Ordered that Plaintiff's Motion for Leave to File a Comprehensive Response to the Motion for Summary Judgment (#109) is hereby ALLOWED, provided, however, that Plaintiff's comprehensive opposition shall be no more than 10 double-spaced pages in length, and shall not be duplicative of pleadings previously filed in this action. Plaintiff's response is due by November 20, 2007. Finally, apart from the comprehensive opposition permitted to be filed, Plaintiff is prohibited from filing any further amendments, supplements, exhibits, affidavits or other oppositions in this case. The matter remains stayed pending resolution of the summary judgment motion. (PSSA, 1) (Entered: 11/05/2007) |
| 11/19/2007 | 111 | MEMORANDUM in Opposition re 83 MOTION for Summary Judgment filed by Shakir Maris Abdullah. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 11/20/2007) |
| 12/21/2007 | 112 | Judge Douglas P. Woodlock: MEMORANDUM AND ORDER entered: Defendants' Motion for Summary Judgment (#83) is ALLOWED; All other pending motions (## 82, 87, 90, 91, 92, 94, 95, 96, 99, 100, 102, 104) are DENIED; Within 14 days of the date of this Memorandum and Order the defendants shall return to Abdullah all documents belonging to him which are in their possession or control. The defendants shall file a certification of compliance with this directive within that 14 day period; and Final Judgment shall issue for the defendants.(PSSA, 1) (Entered: 12/21/2007) |
| 12/21/2007 | 113 | Judge Douglas P. Woodlock: FINAL JUDGMENT entered in favor of Defendants Reverend Daniel Izzo, Francis A. Ford, and Catherine |

| | | |
|---|---|---|
| | | Brennan against Plaintiff Shakir Maris Abdullah.(PSSA, 1) (Entered: 12/21/2007) |
| 12/28/2007 | 114 | CERTIFICATE OF SERVICE by Francis A. Ford, Catherine Brennan *As Required By The Court's 12/21/07 Order*. (Attachments: # 1 Exhibit A) (Sterman, Anne) (Entered: 12/28/2007) |
| 12/28/2007 | 115 | MOTION for Reconsideration re 112 Memorandum & ORDER, by Shakir Maris Abdullah.(Lovett, Jarrett) (Entered: 12/28/2007) |
| 01/03/2008 | 116 | MEMORANDUM in Support re 115 MOTION for Reconsideration re 112 Memorandum & ORDER; filed by Shakir Maris Abdullah. (Attachments: # 1 Exhibits)(Lovett, Jarrett) (Entered: 01/04/2008) |
| 01/07/2008 | 117 | MEMORANDUM in Opposition re 115 MOTION for Reconsideration re 112 Memorandum & ORDER,, filed by Francis A. Ford, Catherine Brennan. (Sterman, Anne) (Entered: 01/07/2008) |
| 01/07/2008 | 118 | Letter re: Motion for Reconsideration from Shakir Abdullah. (Abaid, Kimberly) (Entered: 01/08/2008) |
| 01/14/2008 | 119 | REPLY to defendant Ford and Brennan's opposition to re 115 plaintiff's MOTION for Reconsideration re 112 filed by Shakir Maris Abdullah. (Attachments: # 1 Exhibits, # 2 Cover Letter)(Seelye, Terri) (Entered: 01/16/2008) |
| 03/10/2008 | 120 | Letter/request (non-motion) dated 3/7/08 from Shakin Maris Abdullah. (Seelye, Terri) (Entered: 03/11/2008) |
| 03/11/2008 | | DOCKET SHEET sent to Shakin Abdullah (Seelye, Terri) (Updated docket from 7/17/06 to 3/11/08) (Entered: 03/11/2008) |
| 03/19/2008 | | Judge Douglas P. Woodlock: Electronic ORDER entered on plaintiff's Motion for Reconsideration (Docket No. 115): Upon review of plaintiff's Motion for Reconsideration and his supporting exhibits, and upon review of the defendants' Opposition (Docket No. 117) and plaintiff's Replies (Docket Nos. 118, 119), I agree with the defendants that plaintiff's motion raises no specific deficiency in my ruling granting summary judgment. Plaintiff contends I misunderstood the facts and that he is entitled to relief. He also questions the authenticity of Reverend Izzo's statements as set forth in the Memorandum and Order (Docket No. 112). In brief, I find plaintiff has not set forth any newly discovered evidence germane to the legal issues presented in this case, nor has he demonstrated a manifest error of law. Again, plaintiff contends he submitted something of value to the defendants. I have determined plaintiff's contention to be wholly unsupported and that the independent and credible evidence suggests otherwise. Finally, defendants have certified that all original documents received from plaintiff have been returned to him. In light of this, I find no reason to reconsider the Memorandum and Order granting summary judgment to the plaintiff, or to alter the Final Judgment (Docket No. 113) entered on December 21, 2007. Plaintiff is advised that I will not consider any further requests to alter or amend the Final Judgment in this case based on matters |

CM/ECF - USDC Massachusetts - Version ESR 3.1.2 as of 12/15/2007
Case 1:05-cv-11539-DPW   Document 125-2   Filed 04/22/2008   Page 14 of 14
Page 14 of 14

| | | |
|---|---|---|
| | | previously raised and rejected, and plaintiff may not file any further pleadings in this action except for a Notice of Appeal, should he seek to appeal the Final Judgment. (PSSA, 1) (Entered: 03/19/2008) |
| 04/03/2008 | 121 | NOTICE OF APPEAL as to Order on Motion for Reconsideration by Shakir Maris Abdullah NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/23/2008. (Seelye, Terri) FILING FEE NOT PAID. (Entered: 04/03/2008) |
| 04/03/2008 | 122 | MOTION for Leave to Proceed in forma pauperis on appeal proceedings by Shakir Maris Abdullah.(Seelye, Terri) (Entered: 04/03/2008) |
| 04/03/2008 | 123 | MOTION to Appoint Counsel by Shakir Maris Abdullah. (Attachments: # 1 Exhibit A)(Seelye, Terri) (Entered: 04/03/2008) |
| 04/17/2008 | 124 | NOTICE OF APPEAL as to 113 Judgment by Shakir Maris Abdullah. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/7/2008. (Seelye, Terri) Filing fee not paid. (Entered: 04/18/2008) |