# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 08-1505

SHAKIR MARIS ABDULLAH

Plaintiff - Appellant

v.

FRANCIS A. FORD, Clerk; CATHERINE BRENNAN, Assistant Clerk

Defendants - Appellees

---

Daniel Rizzo, Reverend

Defendant

---

**JUDGMENT**

Entered: May 13, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Appellant's appeal shall proceed under No. 08-1502.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 13 2008

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Shakir Maris Abdullah
Mary Elizabeth O'Neil
Ernest L. Sarason
Anne Sterman